**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

**UNITED STATES OF AMERICA,**            Case No: 22-40055-TC
                                                                       AUSA: Stephen Hunting
                           Plaintiff,                                      Defendant: Tom Lemon

v.

**ROGER GOLUBSKI,**
          Defendant.

| JUDGE: | Judge Rachel E. Schwartz | DATE: | September 15, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 2:02 pm |
| INTERPRETER: | _____ | PROBATION: | Mitchell Shivers |

## PROCEEDINGS

☒ **Initial Appearance – 10 min.**    ☐ Initial Revocation Hearing – min.    ☐ Bond Hearing – min.
☐ Detention Hearing – min.    ☐ Initial Rule 5(c)(3) – min.    ☐ Bond Revocation Hearing – min.
☒ **Arraignment – 8 min.**    ☐ Preliminary Hearing – min.    ☐ Status Conference – min.
☐ Discovery Conference – min.    ☐ Pretrial Conference – min.    ☐ In-Court Hearing – min.

☐ Defendant sworn      ☒ **Examined re: financial status**      ☒ **Counsel appointed**

☒ **Charges and penalties explained to defendant**      ☒ **Advised of Due Process Protections Act**
☒ **Constitutional Rights Explained**    ☒ **Felony**      ☐ Misdemeanor
☐ Declines to Waive Indictment    ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment    ☐ Information filed
☐ Advised of Rights Under Rule _____      ☐ Signed Consent to Transfer _____

☒ **Waived Reading**    ☐ Read to Defendant:    ☒ **Indictment**    ☐ Information    ☐ Complaint
☒ **Number of Counts: 6**    ☐ Guilty    ☒ **Not Guilty**    ☒ **Indictment Unsealed**

☐ Bond Revoked      ☐ Bail Fixed at: $_____
☐ Release Order executed      ☐ Continued on present conditions      ☒ **Remanded to Custody**

☒ **Case Management Order will be issued by Magistrate Judge Schwartz.**

☒ **Status Conference: October 12, 2022 at 9:00 AM before Judge Crouse in Topeka Courtroom 401.**

☒ **Defendant's next appearance:**    Detention hearing on September 19, 2022 at 3:00 PM before Judge Schwartz.

**OTHER:** Defendant appears in person, in custody and the court appoints Tom Lemon. Government moves for detention. Defendant requests a continuance of the hearing. The court grants the continuance. Defendant is remanded to the custody of the U.S. Marshal Service.