# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
    *Plaintiff,*

**v.**                                    Case No. **22-40055-TC**

**ROGER GOLUBSKI,**
    *Defendant.*

_____

## ORDER APPOINTING COUNSEL
_____

NOW on this 15th day of September 2022, the Court upon a showing that the defendant is financially unable to employ counsel and does not wish to waive counsel, appoints Thomas G. Lemon as counsel for Roger Golubski pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A.

This appointment is effective September 15, 2022.

        /s/ Rachel E. Schwartz
        The Honorable Rachel E. Schwartz
        United States Magistrate Judge