IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No.: 22-CR-40055-TC-RES |
| | ) | |
| ROGER GOLUBSKI, | ) | |
| Defendant. | ) | |
| _____ | ) | |

ENTRY OF APPEARANCE

Comes now Thomas G. Lemon of the law firm of Cavanaugh, Biggs & Lemon, PA. and hereby enters his appearance as counsel of record for the Defendant, Roger Golubski, in the above-captioned matter.

/s/ Thomas G. Lemon _____
Thomas G. Lemon
Kansas Bar Number 16120
Attorneys for Defendant
Cavanaugh, Biggs & Lemon, P.A.
3200 SW Huntoon
Topeka, Kansas 66604
TEL: 785/440-4000
FAX: 785/440-3900
tlemon@cavlem.com

CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of September 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the counsel of record.

s/ Thomas G. Lemon _____
Thomas G. Lemon
Kansas Bar Number 16120
Attorneys for Defendant