**SEALED**

AO 442  (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Kansas _____

UNITED STATES OF AMERICA

V.

ROGER GOLUBKSI

## WARRANT FOR ARREST

Case Number: 22-40055-TC

**RECEIVED** By U.S. Marshals Service at 8:25 am, Sep 15, 2022

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ROGER GOLUBSKI _____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

☑ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    ☐ Supervised Release Violation    ☐ Violation Notice

charging him or her with  (brief description of offense)
Cts. 1 - 6   18 USC 242: Deprivation of Civil Rights

☑ in violation of Title  18  United States Code, Section(s)  242

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| SKYLER B. O'HARA | s/ J. Lolley, Deputy Clerk |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | September 14, 2022    Topeka, Kansas |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

Subject was arrested by FBI

| DATE RECEIVED 09.15.22 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 09.15.22 | | |