IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              *Plaintiff*,<br>v.<br><br>ROGER GOLUBSKI,<br><br>              *Defendant.* | Case No. 22-cr-40055-TC |

<u>WITHDRAWAL OF COUNSEL AND
ENTRY OF APPEARANCE OF SUBSTITUTED COUNSEL</u>

     Pursuant to D. Kan. Rule 83.5.5(c), the undersigned give notice to the Court and all parties that Thomas G. Lemon of Cavanaugh, Biggs & Lemon, PA withdraws as counsel for Defendant Roger Golubski and that Christopher M. Joseph, of Joseph, Hollander & Craft LLC, enters his appearance on behalf of Defendant Roger Golubski.

                                 Respectfully submitted,

                                 Joseph, Hollander & Craft LLC

                        By:    <u>s/Christopher M. Joseph</u>
                                 Christopher M. Joseph, #19778
                                 1508 S.W. Topeka Boulevard
                                 Topeka, Kansas 66612
                                 (785) 234-3272 Phone
                                 (855) 955-1318 Fax
                                 cjoseph@josephhollander.com

          By:    /s/ Thomas G. Lemon
                 Thomas G. Lemon, #16120
                 Cavanaugh, Biggs & Lemon, PA
                 3200 SW Huntoon
                 Topeka, KS 66604
                 (785) 440-4000 Phone
                 tlemon@cavlem.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                 /s/ Christopher M. Joseph
                 Christopher M. Joseph