UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) | Case Number: | 22-40055 |
| | ) | | |
| Plaintiff, | ) | | |
| vs. | ) | | |
| | ) | | |
| ROGER GOLUBSKI, | ) | | |
| | ) | | |
| Defendant(s). | ) | | |
| _____ | ) | Date of Hearing: | 10/12/22 |

## CRIMINAL MINUTE SHEET – STATUS CONFERENCE

| JUDGE: | Hon. Toby Crouse, United States District Judge |
| --- | --- |
| COURT REPORTER: | Sherry Harris |
| COURTROOM DEPUTY: | Traci Anderson |
| TIME IN COURT: | 7 minutes |

**APPEARANCES:** *court and parties appearby:* **IN PERSON**
- UNITED STATES OF AMERICA:    **Stephen Hunting**
- DEFENDANT'S COUNSEL:    **Chris joseph**
- DEFENDANT:    ☒ Present (On Release)

**PROCEEDINGS:**

Defendant requests a 60-day continuance while awaiting discovery.

The Court sets a status conference for <u>December 14, 2022, at 9:00 a.m.</u> before Judge Crouse in Courtroom 401.

The Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 12/14/2022 as to Defendant Roger Golubski.

Defendant remains on pretrial release.