UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Number: | **22-40055** |
| | ) | | |
| Plaintiff, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **ROGER GOLUBSKI,** | ) | | |
| | ) | | |
| Defendant(s). | ) | | |
| _____ | ) | Date of Hearing: | **12/14/22** |

## CRIMINAL MINUTE SHEET – STATUS CONFERENCE

| JUDGE: | Hon. Toby Crouse, United States District Judge |
|---|---|
| COURT REPORTER: | Sherry Harris |
| COURTROOM DEPUTY: | Traci Anderson |
| TIME IN COURT: | 10 minutes |

**APPEARANCES:**   *court and parties appear by:*   **IN PERSON**
- UNITED STATES OF AMERICA:   **Stephen Hunting**
- DEFENDANT'S COUNSEL:   **Chris joseph**
- DEFENDANT:   ☒ Present (On Release)

**PROCEEDINGS:**

**Defendant requests a 60-day continuance for discovery purposes.**

**The Court sets a status conference for <u>March 14, 2023, at 9:00 a.m.</u> before Judge Crouse in Courtroom 401.**

**The Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 3/14/23 as to Defendant Roger Golubski.**

**Defendant remains on pretrial release.**