**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

| UNITED STATES OF AMERICA, | Case No: 22-40055-TC |
|---|---|
| Plaintiff, | 22-40086-TC-4 |
| | AUSA: Stephen Hunting |
| v. | Defendant: Christopher Joseph |
| ROGER GOLUBSKI, | |
| Defendant. | |

| JUDGE: | Judge Rachel E. Schwartz | DATE: | January 12, 2023 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 10:55 a.m. |
| INTERPRETER: | _____ | PROBATION: | Diana Kerns |

## PROCEEDINGS

☐ Initial Appearance – min.   ☐ Initial Revocation Hearing – min.   ☐ Bond Hearing – min.
☐ Arraignment – min.   ☐ Initial Rule 5(c)(3) – min.   ☐ Bond Revocation Hearing – min.
☐ Detention Hearing – min.   ☐ Preliminary Hearing – min.   ☒ In-Court Hearing – 58 min.

☒ **Constitutional Rights Explained**

☐ Bond Revoked   ☒ Continued on present conditions   ☐ Release Order executed   ☐ Remanded to Custody

**OTHER:** Defendant appears in person, not in custody and with counsel Chris Joseph. Exhibits for Defendant numbered 1-3 submitted for purposes of this hearing. The court, after hearing the proffers and arguments of counsel, the court denies Defendant's motion to modify conditions of release (22-40055 ECF No. 18; 22-40086-4 ECF No. 42). Formal order to follow.