IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br>v.<br><br>ROGER GOLUBSKI,<br><br>*Defendant.* | Case No. 22-40055-TC &<br>22-40086-TC |

PROTECTIVE ORDER

The Court hereby orders that Defendant Golubski and his counsel shall protect all materials produced in this action by ENSZ & JESTER, P.C. and MCCAULEY & ROACH, LLC in accordance with the terms of the protective orders entered in D. Kan. Case No. 18-cv-02545 (Docs. 124 & 735). Defendant Golubski and his counsel are prohibited from disclosing materials produced in this action by ENSZ & JESTER, P.C. and MCCAULEY & ROACH, LLC in violation of the protective orders D. Kan. Case No. 18-cv-02545 (Docs. 124 & 735). Defendant Golubski and his counsel are prohibited from disclosing information obtained from materials produced in this action by ENSZ & JESTER, P.C. and MCCAULEY & ROACH, LLC in violation of the protective orders D. Kan. Case No. 18-cv-02545 (Docs. 124 & 735).

IT IS SO ORDERED this 30th day of January, 2023.

                                                s/ Toby Crouse
                                                Honorable Toby Crouse
                                                United States District Court Judge