## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Number: | **22-40055** |
| Plaintiff, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **ROGER GOLUBSKI,** | ) | | |
| Defendant. | ) | | |
| _____ | ) | Date of Hearing: | **3/14/23** |

**and**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Number: | **22-40086** |
| Plaintiff, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **CECIL BROOKS (1)** | ) | | |
| **LEMARK ROBERSON (2)** | ) | | |
| **RICHARD ROBINSON (3)** | ) | | |
| **ROGER GOLUBSKI (4),** | ) | | |
| Defendant(s). | ) | | |
| _____ | ) | Date of Hearing: | **3/14/23** |

## CRIMINAL MINUTE SHEET – MOTION HEARING

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Sherry Harris** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **52 minutes** |

**APPEARANCES:**   *court and parties appear by:*   **IN PERSON**

- UNITED STATES OF AMERICA: **Stephen Hunting**
- BROOKS' COUNSEL: **Jonathan Truesdale**
- ROBERSON'S COUNSEL: **Paul Hood**
- ROBINSON'S COUNSEL: **J. Justin Johnston**
- GOLUBSKI'S COUNSEL **Chris Joseph**
- DEFENDANT BROOKS: ☒ Present (In Custody)
- DEFENDANT ROBERSON: ☒ Waiver – not present (On Release)
- DEFENDANT ROBINSON: ☒ Present (On Release)
- DEFENDANT GOLUBSKI: ☒ Present (On Release)

| *Non-Movant Parties* | *Counsel* |
|---|---|
| **Ophelia Williams, Saundra Newsom, Niko Quinn, Michelle Houcks, Richelle Miller, Jermeka Hobbs Estate of John Keith Calvin,** and Members of Calvin Family, **John and Jane Does,** unnamed Nonparty Victims *and* | **Quentin Templeton - Present** |
| **Rose Lee McIntyre and Lamonte McIntyre** | **Cheryl Pilate - Present** |

**PROCEEDINGS:**
The parties discuss the pending motions:

**22-40055:**
**Doc. 29**, Joint Objection and Third Party Motion to Quash Subpoena filed by John and Jane Does, Estate of John Keith Calvin, Jermeka Hobbs, Richelle Miller, Michelle Houcks, Niko Quinn, Saundra Newsom and Ophelia Williams.

**Doc. 31**, Third Party Motion to Quash Subpoena filed by Rose Lee McIntyre and Lamonte McIntyre.

**22-40086:**
**Doc. 53**, Joint Objection and Third Party Motion to Quash Subpoena filed by John and Jane Does, Estate of John Keith Calvin, Jermeka Hobbs, Richelle Miller, Michelle Houcks, Niko Quinn, Saundra Newsom and Ophelia Williams.

**Doc. 55**, Joint Objection and Third Party Motion to Quash Subpoena filed by Rose Lee McIntyre and Lamonte McIntyre.

**The Court grants the Motions to Quash in both cases.**

The Court sets a **status conference for both cases for June 14, 2023, at 9:00 a.m.** before Judge Crouse in Courtroom 401. All other previously scheduled status conferences in both cases are cancelled.

The Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 6/14/2023 as to all Defendants in both cases.

Defendant Brooks is remanded to custody.

Defendants Roberson, Robinson and Golubski remain on pretrial release.