IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 *Plaintiff,*<br>v.<br><br>ROGER GOLUBSKI,<br><br>                *Defendant.* | Case No. 22-40055-TC |

JOINT MOTION TO DESIGNATE CASE AS COMPLEX

Defendant Roger Golubski and the United States of America, by and through AUSA Stephen Hunting, respectfully request that the Court designate this case as complex and unusual, which will allow the Court to establish a schedule for discovery, the filing of motions, and the setting of hearings and trial beyond normal time limits.

Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(ii), the Court may grant a continuance and speedy trial exclusion for a period of delay if the Court finds that the ends of justice served by granting a continuance outweigh the interest of the public and the defendant in a speedy trial. Among the factors to be considered when a Court considers whether to grant such a continuance are:

> Whether the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

18 U.S.C. 3161(h)(7)(B)(ii).

1

The parties agree and jointly submit that this is an unusual and complex case due to the following factors:

(1) **Lengthy investigation regarding even lengthier period of time, resulting in voluminous discovery.** FBI agents met with United States Attorney McAllister December 12, 2018, regarding allegations Defendant Golubski committed sexual offenses during his tenure as a Kansas City Kansas Police Officer which might constitute violations of 18 U.S.C. 242.  McAllister proposed the FBI investigate to build a case for prosecution.  That investigation continued for nearly four years before Golubski was indicted.   As a result, discovery in this case is voluminous.

(2) **Ongoing discovery production.**  Defense counsel has continued to identify discoverable information and make written requests for additional productions. Counsel for the government has been receptive to the requests and either indicated that such discovery does not exist or worked to produce the documents.  Just over one year after the indictment in this case, the process of submitting such letters with specific requests for discovery is still ongoing and additional discovery has been promised by the government.   Counsel are working diligently, but discovery requests remain outstanding.

(3) **Related civil case.** The charged victims in this case made similar allegations in the civil damages action, *McIntyre et al. v. Unified Government of Wyandotte County and Kansas City, Kansas et al.*, D. Kan, 18-cv-02545, making discovery from that civil case relevant to the defense of this action.   The parties to this action attempted to facilitate defense counsel's access to those materials for use in defending this case.

Those efforts are ongoing, but the pace is currently dictated by counsel in the *Brooks* case.

**(4)** **Numerous witnesses.** Based on current information and discussions to date, counsel anticipate trial will require testimony from dozens of witnesses.

**(5)** **Pretrial motions and briefing.** The parties anticipate significant pretrial motion and briefing, including scheduling designation of 404(b) and 413 witnesses as well as challenges to the admissibility of such evidence. Resolution of those challenges will likely dictate the length and scope of trial.

Respectfully submitted,

By:   s/ Christopher M. Joseph
Christopher M. Joseph, #19778
Carrie E. Parker, #24988
Joseph, Hollander & Craft LLC
1508 S.W. Topeka Blvd.
Topeka, Kansas 66612
(785) 234-3272
(785) 234-3610 fax
cjoseph@josephhollander.com
cparker@josephhollander.com

CERTIFICATE OF SERVICE

   I hereby certify that on September 18, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

            s/ Christopher M. Joseph
            Christopher M. Joseph