**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case Number: | **22-40055** |
| Plaintiff, | ) | | |
| **vs.** | ) | | |
| | ) | | |
| **ROGER GOLUBSKI,** | ) | | |
| Defendant. | ) | | |
| _____ | ) | Date of Hearing: | **9/20/23** |

**CRIMINAL MINUTE SHEET – STATUS CONFERENCE**

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Sherry Harris** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **10 minutes** |

**APPEARANCES:**   *court and parties appear by:*  **IN PERSON**
- UNITED STATES OF AMERICA:   **Stephen Hunting**
- DEFENDANT'S COUNSEL:   **Chris Joseph**
- DEFENDANT GOLUBSKI:   ☒ Present (On Release)

**NATURE OF HEARING:**

The parties discuss Defendant's motion to designate this case as a complex case, Doc. 44. The Court grants said motion.

The parties agree that additional time is needed to receive and review discovery in related case before proceeding forward.

The Court sets a status conference for **October 25, 2023 at 9:15 a.m.** in Courtroom 401 before Judge Toby Crouse.

The Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 10/25/23 as to Defendant.

Defendant remains on pretrial release.