IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br>v.<br><br>ROGER GOLUBSKI,<br><br>       *Defendant.* | Case No. 22-CR-40055-TC<br>Case No. 22-CR-40086-04-TC |

**WAIVER OF APPEARANCE FOR STATUS CONFERENCE**

  Defendant Roger Golubski, though undersigned counsel, waives his right to appear for the November 21, 2023, status conference and respectfully requests that he be permitted to appear through undersigned counsel, Christopher Joseph.

  Mr. Golubski is on pretrial release. Undersigned counsel has advised Mr. Golubski of his right to appear personally at the status conference and that important scheduling decisions may be made during that conference. Undersigned counsel has also advised Mr. Golubski of his speedy trial rights, including his rights under 18 U.S.C. § 3161(c)(1), and of the impact of excludable delay under 18 U.S.C. § 3161(7). Mr. Golubski is aware that scheduling decisions made at the status conference may impact his speedy trial rights.

  Mr. Golubski waives his right to appear in person at the status conference. Mr. Golubski also authorizes undersigned counsel to appear on his behalf and to make scheduling decisions as needed, including consenting to a finding of necessary excludable delay pursuant to 18 U.S.C. § 3161(7).

Undersigned counsel agrees with this Waiver and believes that Mr. Golubski has made an informed and voluntary decision.

Respectfully submitted,

JOSEPH, HOLLANDER & CRAFT LLC
*Attorneys for Roger Golubski*

s/ Christopher M. Joseph
Christopher M. Joseph, #19778
Joseph, Hollander & Craft LLC
5200 Bob Billings Parkway, Suite 201
Lawrence, Kansas 66049
(785) 856-0143
(855) 955-1318 Fax
cjoseph@josephhollander.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

s/ Christopher M. Joseph
Christopher M. Joseph