**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | Case Number: | **22-40055** |
| Plaintiff, | **)** | | |
| **vs.** | **)** | | |
| | **)** | | |
| **ROGER GOLUBSKI,** | **)** | | |
| Defendant. | **)** | | |
| _____ | **)** | Date of Hearing: | **11/21/23** |

**CRIMINAL MINUTE SHEET – STATUS CONFERENCE**

| JUDGE: | **Hon. Toby Crouse, United States District Judge** |
|---|---|
| COURT REPORTER: | **Sherry Harris** |
| COURTROOM DEPUTY: | **Traci Anderson** |
| TIME IN COURT: | **12 minutes** |

**APPEARANCES:**   *court and parties appear:*   **IN PERSON**
- UNITED STATES OF AMERICA:   **Stephen Hunting**
- GOLUBSKI'S COUNSEL   **Chris Joseph**
- DEFENDANT GOLUBSKI:   ☒ Waiver filed - not Present (On Release)

**NATURE OF HEARING:**

The parties discuss the briefing schedules as proposed.

The Court sets the following briefing schedule:

    Response by Defendant due:   January 19, 2024
    Reply by Government due:   February 2, 2024
    Status Conference set:   February 14, 2024 at 9:00 a.m. in Courtroom 401

The Court makes ends of justice findings pursuant to 18 U.S.C. § 3161(h)(7)(A) and speedy trial time is excluded from today until 2/14/24 as to Defendant.

Defendant remains on pretrial release.