# UNITED STATES DISTRICT COURT
## District of Kansas
(Topeka Docket)

**UNITED STATES OF AMERICA,**

        Plaintiff,

        v.                                CASE NO. 22-40055-TC

**ROGER GOLUBSKI,**

        Defendant.

# SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

**DEPRIVATION OF CIVIL RIGHTS**
**[18 U.S.C. § 242]**

In or about and between September 1997 and June 1998, both dates being approximate and inclusive, in the District of Kansas, the defendant,

**ROGER GOLUBSKI,**

while acting under color of law, did willfully deprive S.K., whose identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes

the right not to be deprived of bodily integrity.  Specifically, GOLUBSKI sexually assaulted S.K. by digitally penetrating S.K. and making S.K. perform oral sex on him in GOLUBSKI's vehicle, all without S.K.'s consent.  GOLUBSKI's conduct included aggravated sexual abuse and an attempt to commit aggravated sexual abuse, and included kidnapping and an attempt to commit kidnapping.

In violation of Title 18, United States Code, Section 242.

## COUNT 2

### DEPRIVATION OF CIVIL RIGHTS
### [18 U.S.C. § 242]

In or about and between September 1997 and June 1998, both dates being approximate and inclusive, in the District of Kansas, the defendant,

**ROGER GOLUBSKI,**

while acting under color of law, did willfully deprive S.K., whose identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right not to be deprived of bodily integrity.  Specifically, GOLUBSKI sexually assaulted S.K. in GOLUBSKI's vehicle, by genitally penetrating S.K., without S.K.'s consent.  GOLUBSKI's conduct included aggravated sexual abuse and an attempt to commit aggravated sexual abuse, and included kidnapping and an attempt to commit kidnapping.

All in violation of Title 18, United States Code, Section 242.

## COUNT 3

**DEPRIVATION OF CIVIL RIGHTS**
**[18 U.S.C. § 242]**

Between in or about September 1997 and December 2001, both dates being approximate and inclusive, in the District of Kansas, the defendant,

**ROGER GOLUBSKI,**

while acting under color of law, did willfully deprive S.K., whose identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right not to be deprived of bodily integrity. Specifically, without S.K.'s consent, GOLUBSKI on multiple occasions performed oral sex on S.K., made S.K. perform oral sex on him, digitally penetrated S.K., and genitally penetrated S.K., in and next to GOLUBSKI's vehicle.  GOLUBSKI's conduct included aggravated sexual abuse and an attempt to commit aggravated sexual abuse, and included kidnapping and an attempt to commit kidnapping.

All in violation of Title 18, United States Code, Section 242.

## COUNT 4

**DEPRIVATION OF CIVIL RIGHTS**
**[18 U.S.C. § 242]**

In or about August 1999, in the District of Kansas, the defendant,

**ROGER GOLUBSKI,**

while acting under color of law, did willfully deprive O.W., whose identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the

United States, not to be deprived of liberty without due process of law, which includes the right not to be deprived of bodily integrity. Specifically, without O.W.'s consent, GOLUBSKI genitally penetrated O.W. in O.W.'s house. GOLUBSKI's conduct included aggravated sexual abuse and an attempt to commit aggravated sexual abuse.

In violation of Title 18, United States Code, Section 242.

## COUNT 5

**DEPRIVATION OF CIVIL RIGHTS**
**[18 U.S.C. § 242]**

Between in or about August 1999 and December 2002, both dates being approximate and inclusive, in the District of Kansas, the defendant,

**ROGER GOLUBSKI,**

while acting under color of law, did willfully deprive O.W., whose identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right not to be deprived of bodily integrity. Specifically, without O.W.'s consent, GOLUBSKI made O.W. perform oral sex on him in GOLUBSKI's vehicle. GOLUBSKI's conduct included aggravated sexual abuse and an attempt to commit aggravated sexual abuse, and included kidnapping and an attempt to commit kidnapping.

In violation of Title 18, United States Code, Section 242.

## COUNT 6

**DEPRIVATION OF CIVIL RIGHTS**
**[18 U.S.C. § 242]**

Between in or about September 1999 and December 2002, both dates being

approximate and inclusive, in the District of Kansas, the defendant,

**ROGER GOLUBSKI,**

while acting under color of law, did willfully deprive O.W., whose identity is known to the Grand Jury, of the right, secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right not to be deprived of bodily integrity. Specifically, without O.W.'s consent, GOLUBSKI on multiple occasions made O.W. perform oral sex on him and genitally penetrated O.W. in O.W.'s house. GOLUBSKI's conduct included aggravated sexual abuse and an attempt to commit aggravated sexual abuse, and included kidnapping and an attempt to commit kidnapping.

In violation of Title 18, United States Code, Section 242.

A TRUE BILL.

April 24, 2024                    s/Foreperson
DATE                              FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ *Stephen A. Hunting*
Stephen A. Hunting
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas 66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: stephen.hunting@usdoj.gov
Ks. S. Ct. No. 21648

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

By: /s/ *Tara Allison*
Tara Allison
Trial Attorney, Criminal Section, Civil Rights Division
United States Department of Justice
150 M St. NE, Suite 7.1132
Washington, DC 20002
Ph: (202) 598-7882
Email: tara.allison@usdoj.gov
NY Bar No. 5666029

> IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

# PENALTIES

**Counts 1 through 6: Deprivation of Civil Rights, 18 U.S.C. § 242**

- Punishable by any term of years of imprisonment or life. 18 U.S.C. § 242.

- A term of supervised release of not more than five (5) years. 18 U.S.C. § 3583(b)(1).

- A fine not to exceed $250,00.00. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00 per count. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.