In The United States District Court of Kansas

5500 State Avenue, Kansas City, KS 66101

UNITED STATES

    Petitioner

vs.                                                                       Case No. 5:22-CR-40055

ROGER GOLUBSKI, ET AL.

    Defendants

## AMICUS BRIEF BY AKOSUA AAEBO-AKHAN
## IN SUPPORT OF THE PEITIONERESSES

**COMES NOW,** Akosua Aaebo-Akhan (fka Tynisha L. Reinerio), a lifelong victim of sex and human trafficking by the white jewish mafia, who also refer to themselves as Cherokee Indians, and specifically deceased Roger Golubski and his surviving colleagues as members, to file this Amicus Brief By Akosua Aaebo-Akhan In Support Of The Petitioneresses to factually allege the court's decision to dismiss United States vs. Roger Golubski, et. al. (5:22-CR-40055) is naively and inadvertently ensuring judicial and law enforcement official sex and human traffickers are able to continue perpetually subjecting a countless number of Black victims to international and intergenerational slavery, terrorism, and sex and human trafficking simply because they were not referenced in the Civil Complaint filed of United States v. Golubski, et. al.  (US Kansas District Court 5:22-CR-40055), due to circumstances beyond their control, and states;

**QUESTIONS PRESENTED:**

1. Is the court via its decision to dismiss United States vs. Roger Golubski, et. al. (5:22-CR-40055) guilty of enabling judicial and law enforcement official sex and human traffickers to perpetually continue subjecting a countless number of Black victims to international and intergenerational slavery, terrorism, and sex and human trafficking simply because they were not referenced in the Civil Complaint filed of United States v. Golubski, et. al.  (US Kansas District Court 5:22-CR-40055), due to circumstances beyond their control and who 1) were too afraid to come forward to testify but are easily identifiable, 2) were unable to escape sex and human trafficking to come forward to testify but are easily identifiable, and/or 3) did not know Roger Golubski and his surviving colleagues were under investigation, but have

since provided their victim testimony to federal public defender Cheryl Pilate (cpilate@morganpilate.com) after the aforementioned Civil Complaint was filed?

2. Is the court via its decision to dismiss United States vs. Roger Golubski, et. al. (5:22-CR-40055) guilty of enabling the perpetuation of indigenous Akan American descendants and descendantesses being subjected to over 200 years of Black international and intergenerational slavery, terrorism, and sex and human trafficking by the white jewish mafia, who also refer to themselves as Cherokee Indians, and which included/includes the deceased Roger Golubski and his surviving colleagues due to their genetic indigenous African American makeup in order to conceal knowledge said victims are a sovereign people who are not and have never been Native American and/or American Indian despite being illegally classified as such, and that those victims who are specifically direct indigenous Akan American descendants and descendantesses remain the legal owners of the land detailed in Kanza Treaty 1825, 1846, and 1859 (misnomered the state of Kansas)?

Akosua Aaebo-Akhan, a royal indigenous Akan descendantess, asks the court take judicial notice of all the case filings in Supreme Court Case No. 23-6173, the DC Superior Court Cases; 2021 ASO 00504, 2022 CCC 000037, 2023 CCC 000046, 2023 CA 04697B, 2025 CCC 000043, 2025 CCC 000010, 2025 CCC 000010, 2024 MHE 1439, 2022-CA-004874-B, 2022-CAB-005078, the District of Columbia Court of Appeals Cases; 23CV0327, 23CV0864, 23CT0916, 25FM279, 25FM0168, the US Kansas District Court Cases; 2:20-CV-02295-EFM-JPO, 2:20-CV-02296-EFM-JPO, the United States District Court For The District of Columbia Case No. 22-3812 (TSC), the 16th Circuit Court of Jackson County, Missouri Case 1416-CV01310, the United States District Court For The Western District of Missouri Case No. 4:15-CV-161, 4:17-CV-947, the United States Court of Appeals for the Eighth Circuit Case No. 18-3311, the two City of Grandview, Missouri vs. Tynisha L. Reinerio cases, the United States Court of Appeals for the Tenth Circuit Case No. 21-3136, because Akosua Aaebo-Akhan has been attempting to expose the crimes of the white jewish mafia, who also refer to themselves as Cherokee Indians, which includes the crimes of deceased Roger Golubski and his surviving colleagues since she was a pre-schooler.

Therefore like countless other victims, not only is Akosua Aaebo-Akhan a victim of sexual crimes committed by deceased Roger Golubski and his surviving colleagues, but she has birthed three Sons due to being involuntarily impregnated three times using the pilfered sperm of Odwirafo Kwesi Ra Nehem Ptah Akhan, a royal indigenous Akan descendant, because said sex and human traffickers desired to maximize the sex and human trafficking value of her Children and maintain control of their family land inheritance, which required ensuring their royal genetics were preserved. Hence the court consider the possibility it is engaging in judicial misconduct by overlooking the reality that the victims of sexual violence by the white jewish mafia, who also refer to themselves as the white jewish mafia named in Case No. 5:22-CR-40055; Michelle Houcks, Saundra Newsom, Niko Quinn, Ophelia Williams, Richelle Miller, in addition to Akosua Aaebo-Akhan and countless

others, are not only the victims of the crimes committed by deceased Roger Golubski and his surviving colleagues.. but there exists an incalculable inventory of oblivious victims, such as Odwirafo Kwesi Ra Nehem Ptah Akhan, whose sperm and/or ovum was pilfered to conceive and birth children that they to date still do not know they fathered or mothered.

Akosua Aaebo-Akhan asks the court take judicial notice of the fact that the kidnapping of Black females at birth, whether for illegal adoption purposes or criminal enslavement purposes, is not only common but cases such as the State of Florida vs. Gloria Williams (In the Circuit Court of the Fourth Judicial Court 2017-CF-000539, and Duval County Florida) and the State of New York vs. Annugetta Pettway (Manhattan Federal Court) prove they most often go undetected fir decades, yet most often, for entire lifetimes. Hence all of the aforementioned court cases substantiate Akosua Aaebo-Akhan's lifelong factual and federal international and intergenerational slavery, terrorism, and sex and human trafficking allegations, starting from the moment she was kidnapped at birth and enslaved every moment since then to date by the white jewish mafia, who also refer to themselves as Cherokee Indians, which includes incriminating deceased Roger Golubski and his surviving colleagues.

<u>Akosua Aaebo-Akhan asks the court take judicial notice that to date she has no criminal history, yet her police reports declaring her firstborn Son fathered by Odwirafo Kwesi Ra Nehem Ptah Akhan was murdered by decapitation on October 21, 2019 @ 6:28AM by the white jewish mafia, who also refere to themselves as Cherokee Indians, remain uninvestigated, and her surviving fraternal Twin Sons fathered by Odwirafo Kwesi Ra Nehem Ptah Akhan are still victims of sex and human trafficking by the white jewish mafia, who also refer to themselves as Cherokee Indians.</u> Akosua Aaebo-Akhan asks the court to also take judicial notice to the fact that judicial and law enforcement official sex and human traffickers across state boundaries and in the District of Columbia, no different than convicted former judges Michael Conahan and Mark Ciavarella, have found solace and convenience in discrediting and criminalizing said victims such as Akosua Aaebo-Akhan for seeking relief, without even being made to meet their burden as to her allegations of slavery, terrorism, and sex and human trafficking against them on the merits in cases victimization is the both the indisputable show cause in the civil cases and/or the credible affirmative defense in criminal cases.

See Exhibit - Trustory of Kansa publication by Akosua Aaebo-Akhan, substantiating via documented research the aforementioned allegations the aforementioned indigenous Akan American direct descendants and descendantesses of Akan people who were the first to settle North America, (and specifically the state of Kansas) have irrefutably been illegally stripped of their indigenous land, identity, property, religion, cultural and sovereignty. The court should be overwhelmingly disturbed that she has been reporting her factual, federal, international, and intergenerational victim of slavery, terrorism, and sex and human trafficking allegations verbally, electronically, and in court proceedings (including under oath testimony) to judicial officials, public

service employees, and law enforcement officials for over forty years.. <u>yet not in even one of such instances,</u> including the aforementioned eight criminal (five District of Columbia Superior Court cases and two City of Grandview, Missouri cases) and one mental health case (District of Columbia Superior Court) her allegations been judged on the merits to determine if she is/was mentally ill and/or to ensure identified criminals are/were convicted. Instead the court has illegally and prematurely declared Akosua Aaebo-Akhan a mentally ill criminal, forcing her to litigate tirelessly pro se to overturn said injustice.. when it could have easily investigated her victim of sex and human trafficking allegations, including the irrefutable DNA evidence she submitted proving she is not related to Esther Jean Ross (the sex and human trafficker fraudulently listed as 'Mother' on her birth certificate after an alleged home birth) and dismissing the tenets of her indigenous Akan America religion, Nduru (Hoodoo) simply because it not rooted in white culture.

The court by turning a blind eye to the fact that Michelle Houcks, Saundra Newsom, Niko Quinn, Ophelia Williams, Richelle Miller, Akosua Aaebo-Akhan and countless other white jewish mafia victims, whether by violence or ignorance, have irrefutably been stripped of their indigenous land, identity, property, religion, cultural, sovereignty, and children - whether by usurped physical custody or being oblivious as to their existence.. is desecrating the US Constitution and all that it stands for. <u>And to add insult to injury the court in US Kansas District Court Case 25CV2500 is determined to keep Kwesi Akhan oblivious to and separated from his fraternal Twin Sons birthed by Akosua Aaebo-Akhan simply because Akosua Aaebo-Akhan does not have the financial means, evidenced by the court's approval of her forma pauperis application, to hire a private investigator to pinpoint his new and/or possibly non existent residential address, considering he just broadcasted a Odwirafo YouTube video of himself lecturing from a htoel room.</u> (See Exhibits - Motion To Serve Kwesi Akhan Electronically, Judicial Notice & Motion To Request The Court Mail Kwesi Akhan Waiver of Service Forms.) Regarding said matter, the US District Court Case 25CV2500 case docket reads.. 12/03/2025 ORDER denying 20 Plaintiff's Motion to Serve Kwesi Akhan Electronically. First, Fed. R. Civ. P. 4(e) does not allow for service by email, as proposed by plaintiff. Second, plaintiff's motion is premature because the court has not yet determined if plaintiff's complaint will survive the court's screening for merit under 28 U.S.C. § 1915(e)(2)(B). If and when plaintiff's complaint does survive screening, plaintiff will be responsible for providing a physical address to the court for service of summons by the U.S. Marshals Service with respect to each defendant, including Mr. Akhan. Signed by Magistrate Judge Angel D. Mitchell on 12/3/2025.

The court must take judicial notice that Akosua Aaebo-Akhan has suffered dearly for nearly five decades because she is the exception to the rule, she does not, never had, and never will drink, smoke, do drugs, engage in criminality.. and is still a virgin who will only be sexually intimate with Odwirafo Kwesi Ra Nehem Ptah Akhan if he so chooses. The court cannot expect all of the aforementioned Black victims to have the same fortitude to endure the lifelong and indescribable tortures, and the past seven years to the present date of being continues to be hungry, homeless, and penniless day in and day. The court in DC Superior Court Case 2025

CCC 000043 literally issued a bench warrant for Akosua Aaebo-Akhan's arrest after ignoring her Motion To Attend Remotely and Motion To Request Continuance despite on two days notice to appear in court in DC while she was in Kansas. Not only was Akosua Aaebo-Akhan detained by the same Kanasas City law enforcement officers that have been sex and human trafficking her for decades via the US Marshals Service in five jails in four different states from 04/08/2025 to 04/29/2025.. they beat, raped, and tortured Akosua Aaebo-Akhan so bad that they refused to let her attend her scheduled hearing in DC Superior Court Case 2021 ASO 00504 the second week of April. Akosua Aaebo-Akhan alleges the only reason they did not kill her is because she snuck a letter to Kwesi Akhan saying that they were planning to kill her because they had taken a DNA swab of her under US Kansas District Court Case 25MJ8064 in order to falsely allege she was related to the sex and human trafficker Esther Jean Ross.

To ensure Akosua Aaebo-Akhan remained illegally detained, the court in DC Superior Court 2025 CCC 000043 literally allowed a Black standby counsel attorney that Akosua Aaebo-Akhan had never met before and still does not know the name of, entered an admission of guilt on her behalf on 05/12/2025 during court proceedings and which can be verified by full court transcript of said hearing. Obviously said admission of guilt was felonious considering it contradicted all of Akosua Aaebo-Akhan's pro se court filings and the case was dismissed on the merits months later. And at the hearing on 06/17/2025, Judge Sean C. Staples in DC Superior Court 2025 CCC 000043 illegally assigned Akosua Aaebo-Akhan a white public defender despite having full knowledge via documentation in her previous criminal cases reviewed by him, considering he also presided over the case from which DC Superior Court 2025 CCC 000043 all Akosua Aaebo-Akhan's DC Superior Court Cases stem; DC Superior Court Case 2021 ASO 00504, and on record refused to allow Akosua Aaebo-Akhan a detention hearing unless she accepted the white attorney. Thus Akosua Aaebo-Akhan was literally detained from 05/12/2025 to 11/19/2025 without a detention hearing in violation of DC §23–1322.

 Akosua Aaebo-Akhan also asks the court take judicial notice that perpetual crimes of slavery, terrorism, and sex and human trafficking she is referencing are not going to just go away on their own because sex and human trafficking is the second most profitable crime on the planet. The court must understand the magnitude of the sex and human trafficking claims that undergird those being asserted by Michelle Houcks, Saundra Newsom, Niko Quinn, Ophelia Williams, Richelle Miller in this case, whether they as victims are aware of it or not, and which include being to prove the criminality of white jewish mafia members; including vice president of Industrial Bank Elduise Joyce Johnson for pilfering Kwesi Akhan's sperm and money laundering, Kansas Congressman Kevin Yoder for green card sex and human trafficking, former FBI agent Randy Harris for forced labor sex and human trafficking, Wyandotte County, Kansas judge Kathleen Lynch for sex and human trafficking, retired Kansas City, Kansas police officer Otto Rau for sex and human trafficking, pastoral couples; Tony D. & Mary Ann Cobbins of Canaan Worship Center and Christian & Danielle Newsome of Journey Church International for forced labor sex and human trafficking, online evangelist Esther Jean Ross for sex and

human trafficking, priestess Voodoo Queen Kalindah Laveaux (Enrika Lurette Eaglin) for sex and human trafficking, priestess Kajara Nia Yaa Nebthet (Ingrid Russell) for sex and human trafficking, birth worker Mawusi Ashashakir (Monica Thomas-Cooper) for sex and human trafficking, and entrepreneur Wabet Seshat Tut Ankh Wadjet (Raven Alvarez) for sex and human trafficking, entrepreneur Amma Asaase Agyei (Amaris L. Gaymon), Amma Maati (Jessica), etc.

Lastly, Akosua Aaebo-Akhan asks the court take judicial notice that it is nonsensical the courts in the aforementioned cases she made claims regarding Kanza Treaty of 1825, 1846, and 1859 refused to accept her submissions until she edited them to allege that she and her people are/were Native American and/or American Indian in order to even be eligible request relief. It is nonsensical for the court to engage in reverse racism by declaring all criminal allegations made by Black people, including Michelle Houcks, Saundra Newsom, Niko Quinn, Ophelia Williams, Richelle Miller, Akosua Aaebo-Akhan, and countless other Black victims, against white jewish people and members of their organized crime networks antisemitic according to the US Constitution and specifically 34 U.S.C.A. §20711, Trafficking Victims Protection Reauthorization Act, Department of Homeland Security's (DHS) Center for Countering Human Trafficking (6 USC Ch. 1), and Kanza Treaty of 1825, 1846, and 1859.

**WHEREFORE,** Akosua Aaebo-Akhan is requesting the court take judicial notice of the irrefutable facts contained and referenced in this Amicus Brief By Akosua Aaebo-Akhan In Support Of The Petitioneresses and reopen 5:22-CR-40055 to expose and eradicate the over 200 years of Black international and intergenerational slavery, terrorism, and sex and human trafficking by the white jewish mafia, who also refer to themselves as Cherokee Indians, that indigenous Akan American descendants and descendantesses continue to be subjected to is exposed, and punish the criminals responsible, regardless of their race, status, or gender.. once and for all.

/s/ 

Akosua Aaebo-Akhan
No Mailing Address
Email Address: akosua.aaebo@yahoo.com
Petitioneress