# THE TRUSTORY OF KANSA (KANSAS)



**Sakomufo Akosua Tanisha Boduaa Seshat Aaebo-Akhan**

**DISCLAIMER:** The researched content of this publication exists as a Divine message Sakomufo Akosua Tanisha Boduaa Seshat Aaebo Akhan received as Okofohemma (Warrioress Queen) of 35,000 year old Asanteman Amaruka Atifi Mu (Asante Nation in North America), Akwamuman Amaruka Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman (Kansa Asante Empire), all three originally founded by Akan Abibibrifo Fie Deε Amarukafo (Akan Black Indigenous Americans) in Kansa (Kansas) while engaged in akom (spirit possession) and nkom (spirit communication) with Nyamewaa-Nyame (The Supreme Being), the Abosom (Deities/Gods/Goddesses/Forces In Nature), and Nananom Nsamanfo (Honorable Ancestors & Ancestresses).

©Copyright by Sakomufo Akosua Tanisha Boduaa Seshast Aaebo-Akhan, 2019, 2024, 2025.

## DEDICATION

To Sakomufo's Sons; Asafohene (Warrior King) Yaw Pereko Baakan Aaebo-Akhan, Oheneba (Prince) Kwame Atoapoma Manu Aaebo-Akhan, and Oheneba (Prince) Aku Ntoni Mensa Aaebo-Akhan. Have no fear. You have been exonerated. You are Sakomufo's greatest inspiration. Engage in Akyisan (Ancestral Religious Reversion). Be the Nduru (Asante expression of Hoodoo Religion) men you already are, boldly and unapologetically. Embrace and fulfill your nkra/nkrabea (Divine function), knowing that you are far more powerful than you know and you will achieve nkra/nkrabea goals that exceed your wildest imagination.

**PREFACE**



Nyamewaa (Amenet) and Nyame (Amen), Whom Together comprise the Supreme Being.

One of the many goals of this book is to resurrect the awareness of our greatness as Black people, and clarify that we incarnate with all of the resources we need to assimilate Divine wisdom and overcome every perceived and potential obstacle we face in life. And we must start by dispelling the myth perpetuated by akyiwadefo (white people) that we are descendants of apes, as proposed by their racist Evolution Theory. Or that we exist as products of happenstance, as proposed by their nonsensical Big Bang Theory. Understand. Akyiwadefo (white people) do not actually believe either of these theories. Akyiwadefo (white people) will tell us anything they think we'll believe, and that perpetuates white supremacy nationalism… except the Truth. And the Truth is. We are Divine Beings. The only Created human beings on Asaase (Earth). So let's start from the beginning.

Nyamewaa & Nyame (Amenet & Amen), known by different names in various African cultures (Mawu and Lisa, Komosu and Chukwu, Katyeleo and Kolotyolo, etc.), are the Great Goddess and Great God, Mother & Father Supreme Being of all Creation. And as you might have guessed. They are Black and initially existed alone for a time. Then They birthed Ka & Kait (also known as Keku & Kekuit), Whom Together comprise the Soul & Divine Consciousness of Nyamewaa-Nyame and govern what we know as Dark Energy & Dark Matter in outer space - which is also the substance found in all internally melanin dominant Creation (minerals, plants, animals, humans, etc.) Nyamewaa & Nyame then birthed Hehu & Hehut, the very breath of life (inhalation and exhalation) that all Created beings experience. Nyamewaa & Nyame then birthed Nun & Nunet (also known as Nun & Naunet), Whom Together ushered in Divine expansion/contraction and govern primordial energy.

Nun & Nunet then birthed Nyankopon & Nyankonton (Ra & Rait), the Divine Creator & Creatress respectively, and Grandchildren of Nyamewaa & Nyame, Whom Together Created the Universe. Subsequently. Countless other Abosom (Deities/Gods/Goddesses/Forces In Nature), inclusive of the Akradinbosom (a specific grouping of Abosom), were birthed into existence prior to the grand entrance of Black human beings. Fast forward. Nyankopon & Nyankonton (Ra & Rait) made the primordial Asaase (Earth) and moved through the primordial Asaase (Earth) to cause portions of the ocean floor to dislodge and rise to the surface. This first ka/kait (raised land/landmass) to emerge was/is Afuraka/Afuraitkait

(Africa). Nyankopon & Nyankonton (Ra & Rait) then moved through the ka/kait (raised land/landmass) to cause distinction and cultivation within the landmass, thus producing the physical vessels to house mineral life, plant life, animal life, and Black human life. Nyankopon & Nyankonton (Ra & Rait) then moved through and enlivened minerals, plants, animals, and Afurakani/Afuraitkaitnit (African/Black) human beings, marking our official birth into Creation.

All akyiwadefo (white people) - including white europeans, white americans, white hispanics/latinos/latinas, so-called native americans, white arabs, white indians/hindus, white asians, etc. are our absolute enemies and are/were not Created. Instead. Akyiwadefo (white people) came into existence approximately eighteen thousand years ago when a small number of Black people began to relentlessly and unrepentantly engage in Divinely prohibited behavior, inclusive of murder, rape, incest, bestiality, homosexuality, lesbianism, cannibalism, and more. The Divine consequence for their behavior was that they are/were stripped of their ability to produce proper internal levels of melanin, the God/Goddess particle within all Created beings that sustains our oneness with Divine. Thus they lack a Spirit (Ba/Bait) and Soul (Ka/Kait) for the remainder of their existence.

However. We remind you. "Aborofo ye akyiwadefo na akyiwadefo nyinaa nye aborofo." Translation. "All of the whites and their offspring are spirits of disorder/Divinely hated, but all spirits of disorder are not white." And although the skin complexions of akyiwadefo (white people) can range from pale white to jet black, they exist as physically, spiritually, energetically, and genetically distinct and different from Black people, and remain the only internally melanin recessive genetic mutations of human beings. This inherently reiterates the factuality of the Kamiti medut (Egyptian hieroglyphs) and ancients texts, such as the Pert Em Heru (misnomered The Book Of The Dead)[1], which elucidate why racism is nonsensical; the product of ignorance and immaturity, given that four different races[2]; black, red, brown, and white have always existed. Yet the same Kamiti medut (Egyptian hieroglyphs) and ancient texts also elucidate that akyiwadefo (white people) are not and have never been part of these four races, despite their varying skin complexions. Understand. All akyiwadefo (white people) suffer from **pseudo reality psychosis**, which is the most advanced state of mental illness, most accurately defined as the rejection of the reality that all Creation (mineral life, plant life, animal life, Black human life) has innate, undeniable, and inalienable rights. Pseudo reality psychosis as a mental illness is the exclusive overt and/or covert pursuit of unrelenting, impenetrable, and immeasurable control of all Creation (and specifically unsuspecting good Black people), whether via lust, malice, and deception by any means necessary (24/7/365). Thus all akyiwadefo (white people) are known for engaging in the most extreme misinterpreted acts of kindness, the most extreme unmistakable acts of cruelty, the most extreme refusal to accept rejection, the most unconscionable antics of reverse psychology, and every manner perverted exhibitable behaviors in between. *Making all akyiwadefo (white people) irrefutably, and apart from their designated race and/or lack thereof, the most incurable insane and unredeemably criminal.*

**Excerpts from, "The Psychopathic Racial Personality" by Dr. Bobby E. Wright**

"This presentation is based upon the following very simple premise: in their relationship with the Black race, europeans (whites) are psychopaths and their behavior reflects an underlying biologically transmitted proclivity with roots deep in their evolutionary history. The psychopath is an individual who is constantly in conflict with other persons or groups. He is unable to experience guilt, is completely selfish and callous, and has a total

---

[1] Pert Em Heru (misnomered The Book Of The Dead). Free download at archive.org.
[2] Race: Etymology, Biology, Cosmology and Divinity (https://www.odwirafo.com/Res_Course.pdf)

disregard for the rights of others. This premise is supported by overwhelming scientific evidence (Delany, 1968; Du Bois, 1896; Fanon, 1963; Garvey, 1967; Welsing, 1991; Williams, 1971)." "Again the question of "what to do?" There is no evidence that the Black and white races can live in close proximity to each other in peace without whites attempting to oppress and exterminate Blacks. In fact, there is overwhelming evidence that even white ethnic groups cannot live together, e.g., irish and english, greeks and turks, arabs and jews, etc. Behavioral scientists generally agree that there is no known cure for the psychopath. In fact, it is a widely held belief that the only successful treatment for the psychopath is incarceration, radical psycho-surgery, or death. Therefore, since Blacks are at war with psychopaths, violence is the only way." "Some have become catatonic and do not move at all but wait for divine intervention, while others place their faith and energies in charismatic guides who are just as lost as their followers….Some persevere and pursue old beaten paths that invariably lead back to the starting point. But there are others whose minds have moved past the psychopath's imposed boundaries and they have begun to blaze new paths toward Blacks' rendezvous with destiny. So it was with Chaka in the 1700s, Dessalines in the 1800s, Martin R. Delaney in 1852, Henry Turner in 1880, Marcus Garvey in the 1920s, Malcolm X and H. Rap Brown in the 1960s, and Chancellor Williams in the 1970s. The answer to Blacks' problems can be found in the works and lives of these Black heroes. They all looked at the matador or psychopath for what he was and is, and moved against him."

Note that Sakomufo is referencing works by the most accomplished Black research scholars in history; Dr. Bobby E. Wright, Dr. Frances Cress-Welsing, Neeley Fuller regarding white supremacy nationalism and racism white supremacy. And whether you agree or disagree with their findings,  each of them worked independently, yet arrived at the same conclusion that "..the goal of the system of white supremacy is not for anything other than the establishment, maintenance, expansion and refinement of world domination by members of the group which classifies itself as the white "race.. the word race in this sense has little biological validity but is more correctly translated as "organization" whose sole purpose for being is to maintain white domination and world or universal control."[34]

## TESTIMONIAL REVELATION

*One of the hardest lessons to learn is that..*

Krabaa (Karma) is the most patient gangster. *You will harvest what you cultivate.*

Atentenenee (Justice) is the most ruthless assassin. *Death wakes those who are sleeping.*

You must be the justice that you seek in life. Period.

*I don't pretend to be untouchable or unbreakable. I have been killed and broken countless times.*

---

[3] The Cress Theory of Color Confrontation and Racism (white supremacy) by Dr. Frances Cress-Welsing
[4] Textbook For Victims of White Supremacy By Neeley Fuller

So what makes me different? I know who I am, what I am born to do, and how to ritually ignite and direct my spiritual power to exact justice. It started like this. I was a little girl in elementary school trying to identify my greatest gift that I was supposed to spend the rest of my life doing to serve my people; good Black people,\ and generate legal income for my family. So.. I got on my knees and prayed to my Nananom Nsamanfo (Honorable Ancestors & Ancestresses) to learn about our family legacy when it came to occupations and generating income.

My prayer was simple. "Nananom Nsamanfo (Honorable Ancestors & Ancestresses). What do we do in our family to make money and provide for ourselves?" I repeated the same question over and over until I received a response. What was Their response.. "We do war." I thought I was confused, that I didn't hear Them correctly. So I started repeating the same question, again and again. And each time They responded "We do war." Fast forward, and what I know for sure is that my gift is to wage war by generating revenue and resources via executing, refining, and perpetuating my intellectual property creation expertise to globally inspire, educate, and empower Black people to free ourselves, heal ourselves, defend ourselves, sustain ourselves, purify ourselves, and to reclaim our individual, familial, and communal sovereignty. Because "white superiority cannot be maintained and is exploded in the presence of equitable social and economic opportunity."[5]

Human traffickers initially didn't attempt to kill me because they are afraid of the Nyamewaa-Nyame (The Supreme Being), the Abosom (Deities/Gods/Goddesses/Forces In Nature), and Nananom Nsamanfo (Honorable Ancestors & Ancestresses), and because none of their other victims of human trafficking (slavery and terrorism) have even come close to (morally) generating as much revenue as I have via intellectual property creation. Billions. I used to be too ashamed to say billions because I didn't want to sound arrogant and I still don't feel worthy to take credit for generating billions of dollars in revenue. Why? Because I understand the source of all of my gifts, talents, wisdom, intellectual property is Nyamewaa-Nyame (The Supreme Being), the Abosom (Gods/Goddesses/Forces In Nature), and Nananom Nsamanfo (Honorable Ancestors & Ancestresses).

Yet I sit here homeless without money or tangible support from the good Black people I work tirelessly to serve. Cry me a river. Nyamewaa-Nyame (The Supreme Being), the Abosom (Deities/Gods/Goddesses/Forces In Nature), and Nananom Nsamanfo (Honorable Ancestors & Ancestresses) do not pity us, and will not do the work They have assigned us to do simply because we are too lazy, fearful, enraged, addicted, depressed, distracted, confused, ignorant, immature, discouraged etc. to do the work They have assigned us to do without excuses, complaints, and unnecessary delay.

It is we who must use Their Tumi (Spiritual Power) & Guidance to restore Nyamewaa-Nyame Nhyehyee (Divine Order). Is it always easy? No. Because we spend most of our time undermining our own efforts. My greatest challenge is being patient with my people; ie. good Black people, in light of their complacency. After spending my whole life enslaved and having the benefit of an uncontestable awareness of the identity and motivations of all akyiwadefo

---

[5] The Cress Theory of Color Confrontation and Racism (white supremacy) by Dr. Frances Cress-Welsing

(white people).. I inherited the overnight rags to physical, spiritual, mental, emotional, financial, cultural, and religious riches blueprint that we as good Black people desperately need to implement across the globe.

Just as an aside, I still hate charging one penny for my work.. but it's not fair to keep subjecting my Children and myself to homelessness, starvation, etc. just because of the "takers" among us who will continue to defame us, drain dry, and leave us to die penniless when all we have done as a family is sacrifice to inspire, educate, empower, and bless Black people across the globe.

## DEFEATING OUR ENEMIES IS IN OUR DNA

We know without archaeological question that Mani (Native) Afurakanu/Afuraitkaitnut (Africans) were the first to establish human civilization and that They passed their proud legacy on to our great grandmothers and grandfathers, some of whom became Abibibrifo Fie Deɛ (Black Indigenous) Amarukafo (Americans). This ensured the ritual, cultural, religious, and linguistic expressions of their/our abusua (clans) did not depart from the Earthly realm when They transitioned to the Spirit realm. Instead this Divine knowledge was/is programmed into our DNA as their Black descendants and descendantesses. We need only to invoke (spiritually petition) Them by committing to sankofa, return (san), go (ko) and grasp (fa) critical knowledge from our Ancestral past via incorporating purified mineral life, plant life, animal life, and Afurakani/Afruraitkaitnit (African~Black) human life to achieve alignment with Nyamewaa-Nyame Nhyehee (Divine Order) and achieve the eradication of disordered mineral life, plant life, animal life, and purveyors of disorder to restore Nyamewaa-Nyame Nhyehee (Divine Order).[6]

We must remember that our Mani Afurakani/Afuraitkaitnit (Native African) and Abibibrifo Fie Deɛ Amarukani/Amarukaitnit (Black Indigenous Americans) Nsamanfo (Ancestors & Ancestresses) did not start off misguided by pseudo religion or troubled by racism white supremacy, which is designed to "divide, frictionalize and conquer" Black people while simultaneously "determining character development, personality type and formation" to trigger identity crisis.[7] And the only reason we as Black descendants of Mani Afurakanu/Afuraitkaitnit (Native African) and Abibibrifo Fie Deɛ Amarukanu/Amarukaitnut (Black Indigenous Americans) Nsamanfo (Ancestors & Ancestresses), Black citizens of this country, continue to suffer is because we have been coerced by akyiwadefo (white people) to believe we lack the physical, spiritual, mental, emotional, and energetic capacity to be disciplined and reclaim all that has been stolen from us by reverting back to the authentic ritual, cultural, religious, and linguistic expressions our Nananom Nsamanfo (Honorable Ancestors & Ancestresses) fought, bled, and died to ensure we inherited. This is false. The choice is ours. And it simply requires us to accept the reality that our Mani Afurakani/Afuraitkaitnit (Native African) and Abibibrifo Fie Deɛ Amarukani/Amarukaitnit (Black Indigenous Americans) Nsamanfo (Ancestors & Ancestresses) rejected christianity, islam, judaism, buddhism, hinduism, taoism, kabbalism, hermeticism, sufism, spirituality', 'native'-american 'spirituality', wicca, gnosticism, various forms of european 'magic', vedanta, eastern and oriental 'spirituality', extraterrestrialism, drug-addict 'spirituality, etc. and unapologetically hated their/our atamfo (enemies) known by any name, living and deceased, and specifically

---

[6] Mmara Ne Kyi: Divine Law/Love and Divine Hate by Odwirafo Kwesi Ra Nehem Ptah Akhan
https://www.odwirafo.com/MMARA-NE-KYI_Divine_Law-Love_and_Divine_Hate.pdf

[7] The Cress Theory of Color Confrontation and Racism (white supremacy) by Dr. Frances Cress-Welsing

all akyiwadefo (white people).[89]

It also requires us to accept the reality that the reason we have been losing Black Reparations cases for over 150 years in this country is because our entitlement to Black Reparations is not race based. Thus in order for us to have legal standing to receive Black Reparations in the US Supreme Court, we as good Black people must be who we are supposed to be in order to have what we are supposed to have. One more time. In order for us to receive Black Reparations in the US Supreme Court, we as Black people must be who we are supposed to be in order to have what we are supposed to have. That means we as good Black people must revert back to authentic individual and collective Black Ancestral identity, ethnicity, culture, religion, rituals, traditions, and customs, which is the authentic individual and collective Black Ancestral identity, ethnicity, culture, religion, rituals, traditions, and customs of our Mani Afurakani/Afuraitkaitnit (Native African) and Abibibrifo Fie Deɛ Amarukani/Amarukaitnit (Black Indigenous Americans) Nsamanfo (Ancestors & Ancestresses), from whom we inherited all of the Black Reparations we are demanding because They fought, bled, and died to gift us.

## THE DIVINE MANDATE

We have a Divine mandate to live good lives by fulfilling our nkra/nkrabea (Divine function/Destiny). This requires us to revert back to the ritual, cultural, religious, and linguistic expressions our Black Nsamanfo (Ancestors & Ancestresses) and to free ourselves from the constraints of racism white supremacy and to live as the sovereign Black human beings we were Created to be by any means necessary. We must garner the courage to admit that:

- We were born into a war waged by akyiwadefo (white people) and unless we start fighting, we are going to lose the war.
- We must cease to make excuses and complain about things that we have the power and a responsibility to change.
- We must release anxiety, rage, doubts, fears, hangups, addictions, traumas, negativity, self inflicted illnesses, and counter productivity, and focus on existing as our true selves by engaging revolution and resolution to restore Nyamewaa-Nyame Nhyehyee (Divine Order) in every area of our lives, and all Creation.
- We must prioritize the meticulous composition and implementation of moral, optimal, and authentic diet, health, culture, religion, economy, education, asset accumulation, spiritual development, professional development, individual sovereignty, familial sovereignty, communal sovereignty, and more.

*And we must do so unceasingly and unapologetically.*

---

[8] Kukuu-Tuntum: Ancestral Jurisdiction by Odwirafo Kwesi Ra Nehem Ptah Akhan
https://www.odwirafo.com/KUKUU-TUNTUM_The_Ancestral_Jurisdiction_Nhoma.pdf
9 How To Make A Negro Christian Book by Kamau Makesi-Tehuti

**READ THIS PRAYER..**

Nyamewaa-Nyame (The Supreme Being), the Abosom (Gods/Goddesses/Forces In Nature), and Nananom Nsamanfo (Honorable Ancestors & Ancestresses).
Nyamewaa-Nyame, the Abosom, and Nananom Nsamanfo.
Nyamewaa-Nyame, the Abosom, and Nananom Nsamanfo.
I give You all the glory, honor, and praise.

I surrender to You.

I worship You.

I prostrate before You.

I align with You.

I thank You.

I love You.

I need You.

I trust You.

I respect You.

I protect You.

I wage war for You.


And I deliver into Your Hands all of my enemies for Your to curse, torture, punish, kill, slaughter along with their evil loved ones, tear their flesh off, and spill their blood for all eternity.


Understand. ”We are peaceful people, we are loving people. We love everybody who loves us. But we don't love anybody who doesn't love us. We're nonviolent with people who are nonviolent with us. But we are not nonviolent with anyone who is violent with us..”[10][11]


Repeat after me.


**"I wage war when war is waged against me."**


It is our commitment to self preservation as good Black people that provoked the Emancipation Proclamation and the 13th Amendment, and absolutely nothing else.

---

[10] To Mississippi Youth speech delivered by Malcolm X in 1964.
[11] The Emergence of Sekhmet https://www.odwirafo.com/The_Emergence_of_Sekhmet-Het-Heru-Arit-Ra.pdf

You are at war. I am at war. We are at war with white supremacy nationalism (global mission), racism white supremacy (warfare strategy), the white jewish mafia (legalized criminality), and akyiwadefo (white people).

It is what it is. Own it. Study. Defeat. Eradicate.

**Nobody trusts a warrior/warrrioress scared to go to war.**

*After 46 years of being enslaved since birth.. I ain't scared and neither should you be.*

**Nobody respects a warrior/warrioress scared to go to war.**

*After 46 years of being enslaved since birth.. I ain't scared and neither should you be.*

Note: The United States is and has been fully aware that indigenous Akan Americans, the Black descendants and descendantesses of the thirty five thousand year old Akan (Asante) human skeletal remains of the "Lansing Man" found in Lansing, Kansas in 1902, were illegally reclassified as Native Americans and American Indians.. despite their genetics proving that they have never been either. Why? In order to steal the land and resources indigenous Akan Americans still own, outlined in the three Kanza (Kansa) treaty agreements of 1825, 1846, and 1859. Thus the United States continues to turn a blind eye to the fact that the white jewish mafia founded by three white jewish immigrants; Theodore Wiener, from Poland; Jacob Benjamin, from Bohemia; and August Bondi, from Vienna, have been internationally and intergenerationally enslaving them for over 200+ years to date. Why? In order to safeguard the benefits the United States yields from their enslavement, which includes massive taxation, due to indigenous Akan Americans being subjected to perpetual sexual servitude, forced labor, intellectual property exploitation, forced marriages, "slave" breeding (intergenerational slavery), forced clinical trials, and spiritual exploitation.

In Akan culture, we use our Nduru (Asante expression of Hoodoo Religion) as Black descendants and descendantesses of Akan people who voluntarily migrated from the Ghana and Ivory Coast region of West Afuraka/Afuraitkait (Africa), to free ourselves, heal ourselves, defend ourselves, sustain ourselves, purify ourselves, defeat our enemies, and to reclaim our individual, familial, and communal sovereignty, and much more. Note that authentic Nduru (Asante expression of Hoodoo Religion) is a cultural and religious expression of the well documented Nanasom (African Ancestral Religion) passed down to us intergenerationally on the continent of Afuraka/Afuraitkait (Africa) and in the Diaspora for thousands of years, originating with our ancient Khaniti (Nubian) and Kamiti (Egyptian) Nananom Nsamanfo (Honorable Ancestors & Ancestors). Meaning authentic Nduru (Asante expression of Hoodoo Religion) is not derived from or in any way related to pseudo-native americanism and european pseudo-occultism. Thus every authentic expression of modern day

Nanasom (African Ancestral Religion); Hoodoo (Akan), Juju (Yoruba), Wanga (Ovambo - Gullah), Ngengang (Fang), Voodoo (Ewe), Gris Gris (Bambara), Gullah-Geechee (Gola-Kisi), etc., is a cultural and religious expression of the well documented Nanasom (African Ancestral Religion) passed down to us intergenerationally on the continent of Afuraka/Afuraitkait (Africa) and in the Diaspora for thousands of years, originating with our ancient Khaniti (Nubian) and Kamiti (Egyptian) Nananom Nsamanfo (Honorable Ancestors & Ancestors).

Know this. We are not and have never been passive a people. We are not and have never been a people who surrender because we deem ourselves to be inferior and/or just to keep the peace. We have never been a people who did not have solutions to every problem we encounter. For thousands of years we have engaged in adebisa (divination), also known as spiritual consultation, to invoke (spiritually petition) Nyamewaa-Nyame (Supreme Being), the Abosom (Deities/Gods/Godesses/Forces In Nature), and Nanasom Nsamanfo (Ancestors & Ancestresses) for Their blessings, protection, and empowerment, and to receive and adhere to the Divine guidance necessary to restore and maintain Nyamewaa-Nyame Nhyehyee (Divine Order) just like our Mani Afurakani/Afuraitkaitnit (Native African) and Abibibrifo Fie Deɛ Amarukani/Amarukaitnit (Black Indigenous American) Nsamanfo (Ancestors & Ancestressses) did. Meaning. We can, we must, and we will continue to revert back to our authentic ritual, cultural, religious, and linguistic expressions in order to cultivate our physical abilities, spiritual powers, and energetic capabilities to globally restore Nyamewaa-Nyame Nhyehyee (Divine Order) in all Creation, and to globally eradicate disorder and its purveyors in all Creation, just like our Mani (Native) Afurakani/Afuraitkaitnit (African) and Abibibrifo Fie Deɛ (Black Indigenous) Nsamanfo (Ancestors & Ancestressses) did.

We fully acknowledge that we have atamfo (enemies) and we unapologetically hate, reject, and defeat our atamfo (enemies). Starting with the manner in which we pray. The below quote by Kwesi Yankah describes the strict guidelines we follow in Akan culture when engaging in prayer in his work, Speaking for the Chief: Okyeame and the Politics of Akan Royal Oratory:

*The rigid structure of mpae is notable. Even though the officiant is allowed an unlimited scope of creativity in his diction, he sticks to the following sequence in the organization of his message.*

*a) Invocation*
*b) Message*
*c) Solicitation*
*d) Curse*

*During the invocation, the officiant invokes the forces of beneficence, observing the Akan religious hierarchy where God is the Supreme Being, followed by Mother Earth, the pantheon of lesser gods, and the ancestors. The message segment of libation often highlights the occasion and the purpose of the prayer. This is followed by solicitation, in which the speaker solicits support for the spiritual, moral and material well-being of the lineage or society. Officiants here often exploit the occasion to make oblique references to delicate political problems for which the society needs help or counseling. In a few cases, a chief''s misdemeanor will receive indirect mention, in the hope that wiser counsel from the spirit world may prevail on him. The concluding segment of mpae is often reserved for the pronouncement of a curse on the forces of evil.*

Listen closely. You were born Divinely inspired to seek justice. And You were born Divinely sanctioned to be the justice you seek. Those who harm, sabotage, control, deceive, distract, exploit, and enslave us, and especially those who murder and rape our Black children, are our enemies. We as good Black people, and especially as Black mothers and Black fathers, do not forgive such individuals, and especially not those who murder and rape our Black children. The myth being propagated by white culture that Black people have always been and still are welcoming, forgiving, and accepting of all people is false. We as Black people have always hated our atamfo (enemies) who are spirits of disorder, and especially all akyiwadefo (white people) including white europeans, white americans, white hispanics/latinos/latinas, so-called native americans, white arabs, white indians/hindus, white asians, etc. We have never and will never bless them. We have never and will never wish them good fortune. We have never and will never forgive them.

There is no such thing as good akyiwadefo (white people). All akyiwadefo (white people) are Spirit-less and Soul-less purveyors of disorder that are inherently racist, and are exclusively committed to engaging in lust, malice, and deception via seven white racist tactical roles, which they have discreetly injected into all sixteen of the life sustaining institutions (Food, Housing, Clothing, Employment, Religion, Education, Healthcare, Insurance, War, Law, Politics, Planning, Economics, Entertainment, Transportation, Communication) that  all human beings depend on.

These seven white racist tactical roles are:

There is 1) the white undercover (empaths, activists, instigators, conspirators, feminist, greek sorority members, LGBTQ, integrationists, public defenders) racist, 2) the white missionary (philanthropy, public relations, mentors, educators, historians, pseudo-religion advocates) racist, 3) the white mercenary (military, violence, food/beverage industry, mental health industry, medical industry, law enforcement, detainment) racist, 4) the white mastermind (taxes, news media, immigration, housing, politics, government, business owner, human trafficking) racist, and 5) white entertainment (film, sports, holidays, television, magazines, social media, radio, music, fashion) racist, 6) white economy (stock market, precious metals, digital currency, retirement investments, insurance) racist, and 7) the white "interracial" (surrogates, organ donors/recipients, psuedo family members, pseudo spouses, etc.) racist.

Akyiwadefo (white people) have always relied on seven white racist tactical roles to covertly and overtly wage war against good Black people to harm, sabotage, control, deceive, distract, exploit, and enslave us. White undercover racists sabotage. White missionary racists deceive. White mercenary racists harm. White mastermind racists control. White entertainment racists distract. White business industry racists exploit. White educator racists enslave. It must also be stated that there are only two paths to becoming perpetually and intergenerationally enslaved. Path one is ignorance and immaturity. Path two is integration and interracialism. Because in reality.. good Black people need akyiwadefo (white people) for absolutely nothing! Yet contrarily, akyiwadefo (white people) need Black people for everything.

This alone elucidates why the Food & Drug Administration (FDA) and Centers for Disease Control and Prevention (CDC) do not to require all food, beverage, and medicine products and donations made available to the public by tax exempt entities, government sponsored programs, healthcare product and services entities, and food and beverage manufacturers be labelled with internally melanin dominant and internally melanin recessive usage designations. This alone is nonsensical considering it is both a medically and scientifically proven fact that internally melanin dominant people and internally melanin

recessive people cannot sustain optimal health by consuming identical ingredient component foods, beverages, and medicine.

Bottomline. There is a drastic difference Black tokenism, Black equality, and Black equity. And white supremacy nationalism only instigates and facilitates Black tokenism, better known as "Black sellouts" and the "the Black exception to the rule". You must mentally digest the reality that while some white racists only contribute 1% of their efforts and resources to white supremacy nationalism), while others contribute up to 100% of their efforts and resources to white supremacy nationalism.. there exists a proven global and well documented unanimous agreement that they all contribute, which means their individual and collective mission.. whether executed covertly or overtly.. is the same. It is only when we individually and collectively fail to revert back to authentic Black Ancestral identity, ethnicity, culture, religion, rituals, traditions, and customs do we believe otherwise. Moreover. There is no such thing as forgiveness in authentic Nanasom (African Ancestral Religion), and it is only when we have individually and collectively failed to revert back to authentic individual and collective Black Ancestral identity, ethnicity, culture, religion, rituals, traditions, and customs do we believe otherwise. Yes. There are instances when it is appropriate to exonerate good Black people for their mistakes due to past ignorance and immaturity. But no such instances exist when it is appropriate to forgive our atamfo (enemies).

That being said. Not only were the majority of the Abibibrifo Fie Deε (Black Indigenous) Amarukafo (Americans) who were already in Amuraka Atifi (North America) prior to the Mmusuo Kese (Great Perversity/Enslavement Era) were Akan people, but over forty percent of the Afurakanu/Afuraitkaitnut (African) men and women captured as prisoners of war and forced to migrate to Amaruka Atifi (North America) during the Mmusuo Kese (Great Perversity/Enslavement Era) during the 1500s and 1600s were also Akan people. This means nearly every Black family in Amaruka Atifi (North America) can trace their Ancestral roots back to the seven subgroups (Asona, Agona, Aduana, Ekuona,. Asenie, Brietuo and Asakyiri) of the Akan peoples of the Ghana, Ivory Coast region  in West Afuraka/Afuraitkait (Africa) to some extent.

## MESSAGE TO READERS

The majority of the Abibibrifo Fie Deɛ Amarukafo ((Black Indigenous Americans) who were already in Amuraka Atifi (North America) prior to the Mmusuo Kese (Great Perversity/Enslavement Era) were Akan, but over forty percent of the Afurakanu/Afuraitkaitnut (African) men and women captured as prisoners of war and forced to migrate to Amaruka Atifi (North America) during the Mmusuo Kese (Great Perversity/Enslavement Era) during the 1500s and 1600s were also Akan.

And according to the 2021 Census, there are 47.2 million Black people in this country. And based upon the African DNA information reported by Port Charleston regarding the genetic makeup of our Nsamanfo (Ancestors & Ancestresses), 30% or a total of 14.1 million Black people in this country are Akan - with the largest of the seven Akan subgroups being Asante. Thus at the very least, there are millions of Asante Black people in this country. Of this total, the majority are Asante.

*This means nearly every Black family in Amaruka Atifi (North America) can trace their Ancestral roots back to the Akan peoples of the Ghana, Ivory Coast region to some extent..*

Asafohene (Warrior King) Yaw Pereko Baakan Aaebo Akhan sacrificed his life to ensure Sakomufo would eventually free herself and his Brothers; Oheneba (Prince) Kwame Atoapoma Manu Aaebo Akhan and Oheneba (Prince) Aku Ntoni Mensa Aaebo Akhan by filing Supreme Court Case No. 23-6173, the first non race based Black Reparations case demanding restitution and land stolen from Asante people as Ancestrally appointed Okofohemma (Warrioress) of Asanteman & Kansa Asante Ahemman Amaruka Atifi Mu (Asante Nation & Kansa Asante Empire in North America), originally founded by Asante Abibibrifo Fie Deɛ Amarukafo (Asante Black Indigenous Americans) in Kansa (Kansas) over eighteen thousand years ago.

*May the legacy of Asafohene (Warrior King) Yaw Pereko Baakan Aaebo Khan live on to compel all Black people across the globe to engage in Akyisan (African Ancestral Religious Reversion) and revert back to a lifestyle of authentic Black culture, inclusive of reclaiming and reestablishing segregated and sovereign land stolen from our Black Indigenous Nsamanfo (Ancestors & Ancestresses).*

## BEING INDIGENOUS WHILE BLACK

We must first start by saying we as indigenous Afurakani/Afuraitkaitnit (African) Amarukanu/Anarukaitnut (Americans) in this country have always identified ourselves as Indigenous, not Indian. Why? First and foremost, because indigenous Afurakani/Afuraitkaitnit (African) Amarukanu/Anarukaitnut (Americans) are the first indigenous people to settle in Amaruka Atifi Mu (North America). And even after centuries of blood mixture due to our indigenous Afurakani/Afuraitkaitnit (African) and Amarukanu/Amarukaitnut (American) Nsamanfo (Ancestors and Ancestresses) being raped by white european and white asian migrants who identified as Native Americans and Indians, only 182,494 of the 42 million, less than .01% of Black people were found to be of so-called Native American or Indian descent in the United States in 2010.

Note also that the First Amendment (enacted December 15, 1791) protected/protects the religion based declared identity and religious expressions of indigenous Amarukanu/Amarukaitnut (American) Nsamanfo (Ancestors and Ancestresses) people according to the factual reality that:

- According to the definition of race according to white culture, the race mixture cannot and does not exist because Black people are exclusively internally melanin dominant and (akyiwadefo) white people are physically, spiritually, and genetically distinct and different from Black people, and remain the only exclusively internally melanin recessive mutations of human beings. Thus when a Black and a white individual copulate, according to Akanfo Nanasom (Hoodoo - Akan Ancestral Religion), the resulting individual conceived is either Black or white.. but never both. irrefutable fact elucidated via the examination of any individual's melanin photo screening results.

- Being Indigenous Amarukani/Amarukaitnit is not the same as being Native American or Indian, because the genetic origin of melanin dominant Indigenous Amarukani/Amarukaitnit (Americans) is exclusively Afuraka/Afuraitkait (Africa), and the genetic origin of internally melanin recessive Native Americans and Indians is exclusively Europe and Asia.

- Only perpetual segregation should be instituted, maintained, and preserved between all Black people, and specifically those who identify as Indigenous Amarukani/Amarukaitnit (Americans) because they are all  internally melanin dominant from all akyiwadefo (white people), and specifically those who identify as Native American and American Indian because they are all internally melanin recessive people. Nothing that Indigenous Amarukani/Amarukaitnit (Americans) have always and still do ascribe to the religious identity of being a sovereign people who comprise unique and distinct sovereign Ancestral lineage oman (nations) that form a global Black community collective.

- This further supported by the fact that the reported names of the most rebellious enslaved Black people in US history were almost always indigenous Akan American descendants and descendantesses bearing Akan Kradin, "Soul Names" that have their origin in authentic Akanfo Nanasom (Hoodoo - Akan Ancestral Religion).

- Perpetual practice and reversion to the adherence of authentic Nanasom (African Ancestral Religion) is mandatory for all Indigenous Amarukani/Amarukaitnit (Americans), according to their specific Abusua (Clan) and in all of our families, communities, and territories.

- Indigenous Amarukani/Amarukaitnit (Americans) must never obey or prioritize man's law above the law of Nyamewaa-Nyame (Supreme Being). The only state constitution that contains this stipulation is the state of Kansas, originally founded as Kansa (Kansas) territory by indigenous Akan Amarakanu/Amarukaitnut (Americans) over 35,000 years ago.[1]

Despite the blood mixture that occurs, it remains that Black people are exclusively internally melanin dominant and akyiwadefo (white people) are exclusively internally melanin recessive. And Black people have always sought to institute, maintain, and preserve Ancestral non race based segregation in our families, communities, and territories.

**CHAPTER ONE**

The first white men who visited Kansa, the region now referred to as the state of Kansas, and its capital Kwa Nduru (Quindaro), found it primarily inhabited by Akan people of the Asante and Akwamu subgroups who had voluntarily migrated from West Afuraka/Afuraitkait (Africa) over 35,000 years prior. Many of these Akan people also identified as members of four classes of ritual Akanfo Nanasom (Akan Ancestral Religion) practitioners/practitioneresses, referred to as ritual Ndu/Nduru (Hoodoo - Akan Ancestral Religion) practitioners/practitioneresses, to be later known as Hoodoo practitioners/practitioneresses; the 1) Kansa/Kaw, 2) the Osagye/Osagyefo, 3) the PaAni/Paani, and 4) the Koromankyi/Komankyi, within Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamuman Amaruka Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansas). These white men immediately began mislabeling these four classes of ritual ritual Ndu/Nduru (Hoodoo - Akan Ancestral Religion) practitioners/practitioneresses as four tribes of "Indians", negating their identity as Akan (Asante) Nsamanfo (Ancestors & Ancestresses) who voluntarily relocated from West Afuraka/Afuraitkait (Africa) over 35,000 years prior, and the genetic predecessors/predecessoresses of millions of Black people who would be born in Amaruka Atifi Mu (North America) as descendants of enslaved Akan POWs (Prisoners Of War) starting in the early 1500s.

Over forty percent of the Abibibrifo Fie Deɛ Amarukafo (Black Indigenous Americans) who were already in Amaruka Atifi (North America) prior to the Mmusuo Kese (Great Perversity/Enslavement Era) were Akan, and over forty percent of the Afurakanu/Afuraitkaitnut (African) men and women captured as prisoners of war and forced to migrate to Amaruka Atifi (North America) during the Mmusuo Kese (Great Perversity/Enslavement Era) during the 1500s and 1600s were also Akan. Thus nearly every Black family in Amaruka Atifi (North America) can trace their Ancestral roots back to the Akan peoples of the Ghana, Ivory Coast region who voluntarily migrated to Amaruka Atifi (North America) and established

Historical documentation evidences that the boundaries of the land owned by 1) the Kanza (Kansa), also known as Kaw, who occupied the northeastern and central part of the state, 2) the Osage, who were located south of the Kanza; 3) the Pawnee, whose country lay west and north of the Kanza, and 4) the Comanche, whose hunting grounds were in the western part of the state, officially referred to as Kanza (Kansa) territory (the majority of the state of Kansas and a small bordering portion of the state of Missouri). The land was officially recorded as Kanza (Kansa) territory despite all four groups being present because the Kanza (Kansa), also known as Kaw, represented the largest population of the four groups, land that was retained via Kanza Treaty of 1825, 1846, and 1859 breached by the United States. And although Sakomufo and Sakomufo's Children exclusively own the small portion of said land, land, a town called Quindaro, where the first industrial district in the United States is/was established, and is legally registered at Wyandotte County, Kansas Register of Deeds Office as Documents #00_01 and #00_06, all of the rest of the land covered by said treaty agreements is owned in common by all internally melanin dominant indigenous Akan American descendants and descendantesses the internally melanin dominant Akan people who voluntarily migrated to North America prior to the enslavement era.

[12]These four classes of ritual Ndu/Nduru (Hoodoo - Akan Ancestral Religion)

---

[12] Article: Native American History in Kansas by Kathy Alexander/Legends of Kansas, updated February 2023. Though not verbatim, the majority of the historic text of this article was published in Kansas: A Cyclopedia of

practitioners/practitioneresses were primarily comprised of Asante people who, including Sakomufo's great grandparents, had originally and voluntarily migrated from the Ghana/Ivory Coast region of West Afuraka/Afuraitkait (Africa) to Amaruka Atifi (North America) thousands of years prior. This is evidenced by the 35,000 year old human skeletal remains of the "Lansing Man" dug up in the loess banks of the Missouri River near Lansing, Kansas in February 1902, who was an Akan (Asante) man.

This critical archaeological evidence proving his West Afuraka/Afuraitkait (Africa) origin as an Akan (Asante), despite being a known fact amongst the direct descendants and descendantesses of the Lansing Man, continues to be suppressed by the Smithsonian Museum of National History (naturalexperience@si.edu) and University of Kansas (biodiversity@ku.edu) who remain on possession of portions of the Lansing Man human skeletal remains, and have yet to respond to requests made by the direct descendants and descendantesses of the Lansing Man to provide public information regarding his genetics and antiquity on November 29, 2024 at 11:28 AM and November 29, 2024 at 11:35 AM. Moreover, requests made by the direct descendants and descendantesses of the Lansing Man to Kansas Black politicians; Oletha Faust-Goudeau (Oletha.Faust-Goudeau@senate.ks.gov), David Haley (David.Haley@senate.ks.gov), Barbara Ballard (barbara.ballard@house.ks.gov), Valdenia Winn (valdenia.winn@house.ks.gov), and Ford Carr (Ford.Carr@house.ks.gov), that the Smithsonian Museum of National History (naturalexperience@si.edu) and University of Kansas (biodiversity@ku.edu) be contacted to demand the aforementioned public information regarding his genetics and antiquity provided without further delay continue to fall on deaf ears. However, the same Black politicians have notably supported the interests of Native American and American Indians, who are nothing more than white european and asian migrants that the direct descendants and descendantesses of the Lansing Man predated as occupants and occupantesses of Kansa (Kansas) by thousands of years.

This coupled with the discreet reality that "...According to the Port of Charleston records, the slave Afurakani/Afuraitkaitnit people shipped to the port came from the following areas; Angola - 39%, of the population of the Gullah people, about 39% from Angola, central Afuraka/Afuraitkait. Senegambia. Which is today's Senegal and Gambia, about 20%. The windward coast, about 17%. The gold coast, about 13%. The windward coast is Côte d'Ivoire, Ivory Coast. And the Gold Coast is what is called Ghana. So the combination 17% plus 13%, so together that is about 30%. That's important because again, because those borders are artificial. The borders of the Ivory Coast and Ghana, the way they are structured now, about 42% of the people of Ivory Coast are Akan. About 45% of the people of Ghana are Akan. So you will find that about. Have about 9 million Akanfo in Ivory Coast. And we have about 12 million, 11 million Akanfo in Ghana. So totally. Between those two countries, there are about 20 million Akan people in West Afuraka/Afuraitkait… From Sierra Leone, about 6%. We also had people from Madagascar, Mozambique, and … about 5%... a number of different groups from West, Central, and parts of South Afuraka/Afuraitkait. Altogether making up the Gullah people. These are the records that you find.." ensures Black people born in Amaruka Atifi Mu (North America) remain ignorant of the fact that[13]:

      1. Over 40% of all the indigenous Afurakani/Afuraitkaitnit (African)

---

State History, Volume I; edited by Frank W. Blackmar,  A.M. Ph. D.; Standard Publishing Company, Chicago, IL 1912.)

[13] Reference: Excerpt from the video publication The Gullah Wars - Independent Afurakani/Afuraitkaitnit (African) Communities Pt. 2. (https://www.youtube.com/watch?v=IyWYMH6wY5c) at 32:25:

Amarukanu/Amarukaitnut (Americans) who voluntarily migrated to this country and were fully established thousands of years before the first white european migrants and white asian migrants arrived and commenced the enslavement era were Akan descendants and descendantesses, primarily of the Asante and Akwamu subgroups, but also of the Agona, Aduana, Ekuona, Asenie, and Brietuo from the Ghana, Ivory Coast region.

2. Over 40% of the Black enslaved population forced to migrate to this country during the enslavement era were Akan descendants and descendantesses, primarily of the Asante and Akwamu subgroups, but also of the Agona, Aduana, Ekuona, Asenie, and Brietuo from the Ghana, Ivory Coast region.

3. Because we are indigenous Afurakani/Afuraitkaitnit (African) Amarukanu/Amarukaitnut (Americans), we do not need to pursue empathy based Black Reparations, but we do need to pursue indigenous based Black Restitution for land and resources illegally seized and annexed by the United States after our indigenous Afurakani/Afuraitkaitnit (African) Amarukani/Amarukaitnit (American) Nsamanfo (Ancestors & Ancestresses) had already obtained legal citizenship via the Civil Rights Act of 1866 (enacted on April 9, 1866).

It is also historically documented that several boats have been found in Afuraka/Afuraitkait (Africa) that were thousands of years old and capable of transporting Afurakanu/Afuraitkaitnut (Africans) from Afuraka/Afuraitkait (Africa) to Amaruka/Amarukait Atifi Mu (North America) a canoe was found in the ground by a german archaeologist that was over 8000 years in Yobe state when a Fulani man was digging a well. This probably means it was part of a canoe used for transportation by the people who migrated from ancient Egypt to the Borno or Chad area. To have remained in Nigeria soil many years and still intact tells how it had stayed in ancient Egypt before the migration to this area. Note that Igala arrived in the Borno area in 700BC followed by Jukun (as confirmed by Palmer in 1936), Kanuri and others. The shape of this canoe is the same as those locally constructed ones in Idah and environs.

According to the Dictionary of the Asante and Fante Language Called Tshi (Twi) by Rev. J. G. Christaller (1933), the aforementioned four so-called "Indian" groups were referred to using the exact same name in their Akan/Twi language as Akan (Asante) people:

Kansa/Kaw in actuality refers to the terms Kan/Sa/Ka of the Akan/Twi language - Asante dialect, meaning infantry soldier(s)/soldieress(es), "the first to strategize or go to war", functioning as agents/agentesses of Nyamewaa-Nyame (Supreme Being), the Abosom (Gods/Goddesses/Forces In Nature), and Nananom Nsamanfo (Honorable Ancestors & Ancestresses). Note the letter 'z' does not exist in the Akan/Twi language.

Note also that the suffix 'fo' means people in the Akan/Twi language - Asante dialect. This is substantiated in the publication, Akradinbosom Volume I by Kwesi Akhan on Page 17. The author provides an example of the application of said suffix, stating "The term Nsamanfo or Asamanfo is the plural of Saman or Osaman, comprised of the suffix, fo, meaning 'people, group of people' who are Saman, deceased or discarnate spirits."

Osage in actuality refers to the terms Osagye/Osagyefo of the Akan/Twi language - Asante dialect, meaning designated/decorated military officer(s) who report directly to the King/Chief and Queen/Chieftainess. Those placed in this role are either born of a royal blood circle or receive royal

status upon appointment.

Pawnee in actuality refers to the terms Pa/Ani of the Akan/Twi language - Asante dialect, meaning diviner(s). Other terms for this role are adebisafo (singular) and obedisafo (plural). Often referred to as seer(s). In the publication, Akyisan Nhoma 13017 by Kwesi Akhan on Pages 17-18, he expounds more fully regarding this role by stating "...A true adebisafo (diviner) uses abisa to show the querent, externally, what the querent's Okra/Okraa has been attempting to show him or her internally… within the Okra/Okraa is the querent's unique pathway to harmonizing every thought, intention and action with Nyamewaa-Nyame Nhyehyee (Divine Order) at all times, rooted in the culture of his or her Ancestral blood circle…"

Comanche in actuality refers to the terms Ko/Koro/Kom/Man/Kyi/Koromankyi/Komankyi of the Akan/Twi language - Asante dialect, meaning priests/priestesses who function to heal, but also to kill enemies of their abusua (clan) and oman (nation). In the article, Therapist Or Rapist by Kwesi Akhan, he expounds more fully regarding this role by stating "...The priests and priestesses of Afurakani/Afuraitkaitnit (African) Ancestral Religion have always functioned as therapists, pharmacologists, neuroscientists and more in the truest sense…"

The term 'kyi' is pronounced 'chee'. This is substantiated in the publication, Mmara Ne Kyi by Kwesi Akhan on Page 11. The author states "Thus the words khet and kher pronounced 'cheet' and 'chee-ree' in Kamit survive in the Twi language as kyi and kyiri. In the Twi language, the combination 'ky' is usually pronounced like the english 'ch'. Thus kyi and kyiri are pronounced 'chee' and 'chee-ree' in Twi. Both words in Twi are verbs and they both mean: to hate."

The aforementioned four groups; 1) soldier(s)/soldieress(es), 2) military officer(s)/officeress(es), 3) diviner(s), and 4) priest(s)/priestess(es) have always existed in Akan (Asante) culture. These four groups existed when the Akan (Asante) lived on the continent of Africa in West Africa and have been maintained by the descendants of the Akan (Asante) to date, regardless of whether they voluntarily migrated to North America, were forced to migrate to North America, or were born in North America. Thus logically speaking, it only makes sense that white migrant asians and europeans reported that the first four groups of indigenous Amarukafo (Americans) they encountered were Kansa - infantry soldier(s)/soldieress(es), Osage - military officer(s)/officeress(es), Pawnee - seer(s)/diviner(s), and Comanche - priest(s)/priestess(es) because they were justifiably deemed enemies, being that it was and still is customary in Akan (Asante) culture for the King/Chief and Queen/Chieftainess to place unannounced trespassers under extreme scrutiny and dispatch military personnel and spiritual advisors to discern the motives of said unannounced trespassers, coupled with the level of threat they posed.

Sakomufo's use of the term Amarukafo (Americans), comprised of Amaru/Amaruca with the suffix 'afo, which means people in Akan/Twi language, is supported by historical data. Sakomufo cites a passage from the publication, Afuraka/Afuraitkait: The Origin of the Term 'Africa', which states..

"The Afurakanu/Afuraitkaitnut who migrated to ancient Amaruka building pyramids and mounds all over the north, central and south american continents of course brought their religion with them."

"Amaruca is an ancient name for the continent, learned by the Inca of ancient Peru from the original Afurakanu/Afuraitkaitnut who built civilization here. The whites named themselves after the continent after having learned of the name when they arrived here a few centuries ago to plunder the land. This is

the origin of the caucasian giving himself the name amerigo vespucci. Ameraka (amaruca) is the root of amerigo. Finally, the word for lion in Kamit is ru. When Ra takes the form of a lion in certain aspects of the cosmology, He is called Ru-Ra or Ru. Amaruka, Amaraka, Amenraka, amaruca, are all related." "... in ancient america the term 'ca' or 'ica' (in the language of the Inca of Peru) means: raised land, mountain, high land. The term amaru means: plumed (feathered) serpent. The ancient title amaruca, means land (ca) of the plumed serpent (amaru)."

"Amaru is a rainbow serpent who is the creator of the world. This was borrowed by the migrants from asia who settled in america, who now erroneously call themselves "native" americans of Peru. All over Afuraka/Afuraitkait the serpent with It's tail in It's mouth is the symbol of the Creator and the Creatress and very often associated with the rainbow. This rainbow serpent can be found in the Fon/Ewe (Vodoun) as: Da and Ayida Hwedo, in Yoruba (Ifa'Orisha) as: Osumare and Odumare, in Akan as: Nyankonton and Nyankopon. Again, They are Ra and Rait in Keneset-Kamit."

White migrant asians and europeans and their subsequent offspring failed to comprehend why Akan (Asante) people referred to themselves as Kwa Nduru. This is evidenced in the naming and founding of a town, Quindaro (Kwa Nduru), on a portion of the seized territory in Kansas legally owned and originally settled by internally melanin dominant Akan (Asante) Americans. Quindaro (Kwa Nduru) was reestablished in 1856, having allegedly been named after a white migrant european descendant named Nancy Brown Guthrie, the wife of Abelard Guthrie. Nancy Brown Guthrie was allegedly a member of the Big Turtle Clan of the Wyandot and the Turtle Clan of the Shawnee, and her Indian name was "Quindaro". At the time of its inception, Nancy Brown Guthrie declared "Quindaro" was a Wyandot Indian denoting a bundle of sticks and interpreted as "in union there is strength". This is false.

To make appropriate distinction between the white asian and white european term "Quindaro" and the Akan/Twi term Nduru (Hoodoo), Sakomufo quotes excerpts from the publication *Akan Origin of Hoodoo* by Kwesi Akhan, in which the author states "The tradition of Hoodoo is recognized to be an Afurakani/Afuraitkaitnit (African) spiritual tradition born of and borne by Afurakanu/Afuraitkaitnut (Africans) in North america who were brought to america as prisoners of war during the Mmusuo Kese (Great Perversity/enslavement era) and forced into enslavement… The Akan term huru means to boil or bubble; to foam; to be violently agitated; to excite or agitate. The term hurubo means to stir up (huru) the breast/chest (bo), which is a term meaning to provoke or arouse anger or passion or to incense someone. There are many related words and phrases in Akan rooted in the term huru. When spoken with a rolling 'r' the term huru sounds like hoodoo. This is how hurubo, an Akan term, became huruba or huduba in Hausa – through cultural exchange. However, the etymological origin of the term hoodoo is not huru. The true etymological origin of the term hoodoo is the Akan term for medicines which are typically derived from plants, stems and roots: nduru or ndu [oohn-dooh'-rooh/oohn-dooh'-dooh or oohn-dooh']. The Akan term edua means tree, plant, shrub in Akan. It also means stem, stalk, stick. The verb dua means to plant. The plural of edua is ndua. It is from the ndua (plants) that we derive our medicine. The term for medicine, powder is duru or eduru. This term is often shortened to du. The plural of eduru (also written aduru) is nduru or nnuru. This plural is shortened by some speakers to ndu (oohn-dooh'). The term nduru (oohn-dooh'-rooh) in the Asante dialect or ndu (oohn-dooh) in the Akwamu dialect is the origin of the common pronunciation by Afurakanu/Afuraitkaitnut (Africans) in america - hoodoo." Thus the use of terms Kwa Nduru by the Akan people; Kanza/Kaw, Osage, Pawnee, and Comanche and was to clarify that they were "Hoodoo Practitioners & Practitioneresses"; both physical and spiritual servants, practitioners, practitioneresses of the religion Ndu/Nduru (Hoodoo -

Akan Ancestral Religion) which utilizes nduru (plants) for both dietary, warfare, medicinal, and spiritual invocation purposes.

Historical documentation evidences that white asian and white european use of the terms Wyandotte, Wyandott, and/or Wyandot was/is the result of them pilfering the terms Hwanyan/Yan/Dote - Hwanyandote from the Akan/Twi language due to their frequent interaction and communication with Akan (Asante) people. This reality is further elucidated in the dictionary of the Asante and Fante Language Called Tshi (Twi) by Rev. J. G. Christaller (1933). Over the years the 'e' sound on the end was dropped. The goal of combining these three Akan/Twi language terms was to make distinction between indigenous Akan Amarukanu/Amarukaitnut (Americans) who chose to live as land dwellers versus desert, island, mountain dwellers.

Hwanyan means to stir up, to rouse. Yan means to beat. Dote means soil, earth, clay, mud. The goal of combining these terms was to clarify that the indigenous Akan Amarukani/Anarukaitnit (American) people who founded Kansa (Kansas), the territory now considered to comprise the majority of the state of Kansas and the stretch of land in Missouri that borders the stateline between the two states, were land dwellers in Amaruka Atifi Mu (North America). Combining these terms also clarified that these indigenous Akan Amarukani/Anarukaitnit(American) people were dedicated to the religious practices of Ndu/Nduru (Hoodoo - Akan Ancestral Religion), while also highlighting their a natural inclination to engage in healing and warfare through conjure.

Historical documentation evidences that the white asian and white european use of the terms HawaiiHawaiians and Hawaii was the result of the incorporating terms Hwanyan/Nsu - Hwanyansu from the Akan/Twi language, due to their frequent interaction and communication with Akan (Asante) people and elucidated in the dictionary of the Asante and Fante Language Called Tshi (Twi) by Rev. J. G. Christaller (1933). Granted, over the years the 'u' sound on the end was dropped. The goal of establishing such terms was to make distinction between Akan who chose lifestyles as islanders versus desert, land dwellers, and mountain dwellers. Hwanyan means to stir up, to rouse. Nsu means water. The goal of combining these two Akan/Twi language terms was to denote the indigenous Akan Amarukani/Anarukaitnit(American) people who founded Kansa (Kansas) who were originally land dwellers migrated West from Kansa (Kansas) to become island dwellers in Hwanyan (Hawaii) but remained dedicated to the religious practices of Ndu/Nduru (Hoodoo - Akan Ancestral Religion), which included a natural inclination to engage in healing and warfare through conjure.

## CHAPTER TWO

The origin of the terms Wyandotte, Wyandott, and/or Wyandot being Hwanyandote and Hawaiians and Hawaii being Hwanyansu are important for countless reasons, such as the reality that all Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) and Hwanyansu (Hawaiians); members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) were indigenous Afurakani/Afuraitkaitnit (African) Amarukanu/Amarukaitnut (Americans), many of whom were covertly forced, in exchange for their emancipation from enslavement by white european migrants and white asian migrants, to accept tribal citizenship and identify as Cherokee, Chickasaw, Choctaw, Muscogee (Creek), and Seminole Indians according to the treaty agreements executed between the United States and the Five Civilized Tribes; Cherokee Nation on July 19, 1866, Chickasaw Nation on April 28, 1866, Choctaw Nation on April 28, 1866, Muscogee (Creek) Nation on June 14, 1866, Seminole Nation on March 21, 1866. This is corroborated by the Cherokee Nation' State of Nation address declaration that it had expelled Black people from Cherokee Nation on March 3, 2007 and March 22, 2011 because Black people are direct descendants and descendantesses of ndigenous Afurakani/Afuraitkaitnit (African) Amarukanu/Amarukaitnut (Americans), and specifically the indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) are direct descendants and descendantesses of the "Lansing Man".

This was done despite all indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) having already been awarded United States citizenship according to Civil Rights Act of 1866, with the exception of those enslaved by Seminole Nation. The Civil Rights Act of 1866 did not include any genetic, kinship, timeframe, or geographical restrictions or limitations that required indigenous Afurakani/Afuraitkaitnit (African) Amarukanu/Anarukaitnut (Americans) to be legally reclassified as Native American or Indian.

Thus the treaty agreements executed between the United States and the Five Civilized Tribes; Cherokee Nation on July 19, 1866, Chickasaw Nation on April 28, 1866, Choctaw Nation on April 28, 1866, Muscogee (Creek) Nation on June 14, 1866, Seminole Nation on March 21, 1866 served only to violate the citizenship rights of indigenous Afurakani/Afuraitkaitnit (African) Amarukani/Anarukaitnit (American) by legally reclassifying them as Indian according to 25 U.S. Code §220 (enacted June 30, 1926). White european migrants and white asian migrants, supported by the United States, immediately set to work illegally stripping the land ownership rights of the Kansa (Kanza) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) shortly thereafter. And just a few years later, the same white european migrants and white asian migrants, as a collective group of sugar planters supported by the United States, deposed of the Ohemma (Queen) Lili'uokalani of Hwanyan (Hawaii) in 1893, despite her being a Hwanyansu (Hawaiians) indigenous

Afurakani/Afuraitkaitnit (African) Amarukani/Amarukaitnit (American) and a direct descendantess of the Lansing Man, which refers to the 35,000 year old human skeletal remains of our Akan (Asante) Nsamanfo (Ancestor) that was dug up in the loess banks of the Missouri River near Lansing, Kansas in February 1902. This can easily be verified because the human body remains of Ohemma (Queen) Liliʻuokalani have already been medically and scientifically examined and are still being preserved at Mauna ʻAla Royal Mausoleum. Disposal of Ohemma (Queen) Liliʻuokalani resulted in the nullification of the treaty agreements between Hwanyan (Hawaii) and the United States; the1849 Treaty of Friendship, Commerce, and Navigation, 1875 Reciprocity Treaty, 1883 Convention Concerning the Exchange of Money Orders, and 1884 Reciprocity Convention.

Forcing indigenous Afurakani/Afuraitkaitnit (African) Amarukanu/Amarukaitnut (Americans), the direct descendants and descendantesses of the Lansing Man, and specifically those in Kansa (Kansas) who identified as Kansa (Kanza), Paani (Pawnee), Osagye (Osage), Koromankyi/Komankyi (Comanche, Hwanyandote (Wyandotte, Wyandott, and/or Wyandot), Hwanyansu (Hawaiians), and being directly related to the Black Seminoles (Gullah) of Oklahoma; all of whom were members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America), to identify as "Indians" in order to continue to have access to life sustaining receiving their were being deprived of because the United States refused to comply with the origin treaty agreements it executed with them, remains a total disregard for their documented religious beliefs and blatant violations of their First Amendment (enacted December 15, 1791) and Fifth Amendment (enacted December 15, 1971) rights.


This blatant violation of their First Amendment rights also serves to prove that neither the act of Congress on May 8, 1872, the Dawes Act of 1887, or the Bosone Bill of 1953 embodied the legal authority necessary to relocate our indigenous Afurakani/Afuraitkaitnit (African) Amarukani/Amarukaitnit (American) Nsamanfo (Ancestors and Ancestresses), or strip our indigenous Afurakani/Afuraitkaitnit (African) Amarukani/Amarukaitnit (American) Nsamanfo (Ancestors and Ancestresses), of legal ownership of our land in Kansa (Kansas), Kwa Nduru (Quindaro), Hwanyan (Hawaii), and Oklahoma. Plainly stated. Congress lacked pecuniary powers to establish Kansa (Kansas) as a state in 1954, Hwanyan (Hawaii) as a state in 1959, and the exclusive allotment of Seminole lands stemming from the Seminole Nation treaty on March 21, 1866 to individual households registered on the Dawes Rolls, i.e. white european and asian migrants who identified as Native American or American Indian, when it was the Black Seminoles (Gullah) who played the greatest role in fighting and winning the Seminole War according to the US military, and who negotiated and executed what would become known as the US Treaty With The Seminole Nation with high ranking Black Seminole (Gullah) officers.Indigenous Akan Amarukanu/Amarukaitnut (Americans) were not only forced to identify as Native American or Indian, i.e. white european and asian migrants, and white european and asian enslavers, but simultaneously forced under duress, the threat of extreme physical and spiritual harm/death via military and missionaries efforts[14][15], to cease their Akanfo Nanasom

---

[14] Kukuu-Tuntum by Odwirafo Kwesi Ra Nehem Ptah Akhan elucidates beyond a shadow of a doubt that missionaries literally and maliciously deceived Indigenous Akan Amarukanu/Amarukaitnut (Americans) into ceasing their Akanfo Nanasom (African Ancestral Religion) practices and immediately converting to pseudo religion. Publication: https://www.odwirafo.com/KUKUU-TUNTUM_The_Ancestral_Jurisdiction_Nhoma.pdf
[15]Kukuu-Tuntum by Odwirafo Kwesi Ra Nehem Ptah Akhan

(African Ancestral Religion) practices and immediately convert to christianity, islam, judaism/hebrewism, hinduism, buddhism, qabbalism, the bible, quran, torah, bhagavad gita, dhammapadas, pseudo-esotericism, hermeticism, metaphysics, moorishism, extraterrestrialism, drug-addict 'spirituality', sex-cult 'spirituality', universalism, etc. in order to access land ownership rights and other resources already pledged to them in both pre existing and binding treaty agreements treaty agreements; Kanza Treaty of 1825, 1846, 1859, and 1849, the Treaty of Friendship, Commerce, and Navigation, 1875 Reciprocity Treaty, 1883 Convention Concerning the Exchange, was/is a blatant violation of the First Amendment and Kansas State Constitution protected religion based declared identity and supplemental religious beliefs of indigenous Akan Amarukani/Amarukaitnit people who adhered to and still adhere to the customary reality that[16]:

1. According to the definition of race according to white culture, the race mixture cannot and does not exist because Black people are exclusively internally melanin dominant and (akyiwadefo) white people are exclusively internally melanin recessive. Thus when a Black and a white individual copulate, according to Akanfo Nanasom (Hoodoo - Akan Ancestral Religion), the resulting individual conceived is either Black or white.. but never both. irrefutable fact elucidated via the examination of any individual's melanin photo screening results.

2. Being Indigenous Amarukani/Amarukaitnit is not the same as being Native American or Indian, because the genetic origin of melanin dominant Indigenous Amarukani/Amarukaitnit (Americans) is exclusively Afuraka/Afuraitkait (Africa), and the genetic origin of internally melanin recessive Native Americans and Indians is exclusively Europe and Asia.

3. Only perceptual segregation should be instituted, maintained, and preserved between Indigenous Amarukani/Amarukaitnit (Americans) and all non internally melanin dominant people; i.e. akyiwadefo (white people). This further supported by the fact that the reported names of the most rebellious enslaved Black people in history this country were almost always Akan people bearing Akan Kradin, "Soul Names" that have their origin in authentic Akanfo Nanasom (Hoodoo - Akan Ancestral Religion).

4. Perpetual practice and reversion to the adherence of authentic Nanasom (African Ancestral Religion) is mandatory for all Indigenous Amarukani/Amarukaitnit (Americans), according to their specific Abusua (Clan) and in all of our families, communities, and territories.

5. Indigenous Amarukani/Amarukaitnit (Americans) must never obey or prioritize man's law above the law of Nyamewaa-Nyame (Supreme Being). The only state constitution that contains this stipulation is the state of Kansas.

One need only read the publications; The Okra/Okraa Complex, Hoodoo People, Ptah Sasetem, Mate Masie, Akradinbosom Volume I, and Akradinbosom Volume II by Odwirafo Kwesi Ra Nehem Ptah Akhan (odwirafo.com/nhima) to access historical documentation to substantiate that Indigenous Akan

---

Audio Version: https://m.youtube.com/watch?v=9rLQdXYZiUU

[16] According to the 2021 Census there are 47.2 million Black people in this country, and based upon the African DNA information reported by Port Charleston regarding the genetic makeup of our Nsamanfo (Ancestors & Ancestresses), 30% or a total of 14.1 million Black people in this country are Akan.. with the largest of the seven Akan subgroups being Asante.

Amarukanu/Amarukaitnut (Americans) ascribed to the aforementioned protected religion based declared identity and supplemental religious beliefs as a religiously self proclaimed sovereign people who comprised/comprise a religiously self proclaimed sovereign oman (nation) that has never been, is not presently, and can never be related to Native Americans or Indians. Thus the United States via military and missionaries efforts, in one fell swoop, disenfranchised all Black people in this country of land and resources it remains legally obligated via First Amendment and Kansas Constitution and contractually obligated via treaty agreements to supply.

Quindaro refers to the terms Kwa and Nduru of the Akan/Twi language - Asante dialect, meaning "Hoodoo Practitioners/Practitioneresses". Sakomufo quotes an excerpt from the publication, KAMIT HENA NTORO by Kwesi Akhan on Page 7, in which the author states "A male child born on Bena's day (Benada) is thus a servant or subject (akoa, kwa) of Bena. His soul-name is therefore Kwabena. A female born on Abenaa's day is thus a servant or subject of Abenaa." Thus when the two terms are combined, it is the term Nduru that establishes possession. Therefore not only does the term Quindaro (Kwa Nuduru) reference specific activities said Akan (Asante) people engaged in, but their religion and religious practice, which they asserted to be synonymous with their identity. Note that the term -nduru is specific to the Asante dialect. (Publication: Akyisan Nhoma 13016 by Kwesi Akhan, Page 21) This dialectical variance clarifies that the majority of those who comprised the aforementioned four groups and who white migrant asians and later europeans described as "Indians" and so-called native americans, were in fact Akan (Asante) people who voluntarily migrated from West Africa, the Ghana/Ivory Coast region, long before the arrival of akyiwadefo (white people).

When the impending white government which became known as the state of Kansas threatened to seize the sovereign land owned by the internally melanin dominant indigenous Akan Americans who referred to their function as Kansa (Kanza), while simultaneously identifying as landwellers; i.e. Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) despite the legal citizenship status of its members, the Nananom Mpanyinfo (Honorable Elders/Elderesses) attempted to retain ownership of most sacred portion of the land by "selling" it under specific and confidential terms that would ensure it remained a royal indigenous Akan American family inheritance. Those specific conditions included granting white migrant european migrant Abelard Guthrie honorary membership to represent them in legal matters to ensure the land of indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansas) would legally pass to their Black descendants, upon taking an oath of loyalty punishable by death and eternal familial cursing. Once said oath was publicly taken and Abelard Guthrie's wife, Nancy Brown Guthrie, assumed the identity of an honorary member by renaming herself "Quindaro" and falsely alleging she was a child of Nana Sheta, the Turtle Obosom (Deity/God/Force In Nature) who governs indigenous Akan Amarukani/Anarukaitnut(American) - the indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in the form of the alligator turtle, the Ohemma (Queen/Chieftainess), Ohene

(King/Chief), and Nananom Mpanyinfo (Honorable Elders/Elderesses) of indigenous Akan Amarukani/Anarukaitnit(American) - Hwanyandote (Wyandotte land dwellers) of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) agreed by consensus that Abelard Guthrie would assemble a Kansas general partnership on November 21, 1856 that consisted of Abelard Guthrie, as Managing Partner, Joel Walker, Charles Robinson, and Samuel Simpson, and was named Quindaro Company to preserve the capital of Kansa (Kansas) called Quindaro (Kwa Nduru) as a land inheritance for the Black direct descendants and descendantesses of indigenous Akan Amarukani/Anarukaitnit(American) - indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America).

Quindaro Company (now known as Kwa Nduru Aban) has never been and will never be dissolved, which was a provision established by indigenous Akan Amarukani/Anarukaitnit(American) - indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) and reiterated by Abelard Guthrie the Partnership Agreement of Quindaro Company (Kwa Nduru Aban). Quindaro Company (Kwa Nduru Aban) purchased and recorded deed for the future Quindaro Township with Kansas registrar's office, according to Document #00_01 and #00_06 on file at the Wyandotte County Register of Deeds office, located at 710 N 7th St, Kansas City, KS 66101. Yet with the malicious intent to seize the land, the Unified Government of Wyandotte County/Kansas City, Kansas arbitrarily recategorized said Deeds as Plats in their internal database filing system, despite both documents being entitled "Deed". This blatant deception was used to prevent countless Black direct descendants and descendantesses of indigenous the Akan Amarukani/Anarukaitnit(American) - the indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America), including the most recent appointed successors/successoresses in interest of Quindaro Company (Kwa Nduru Aban); Okofohemma (Warrioress Queen) Sakomufo Akosua Tanisha Boduaa Seshat Aaebo-Akhan, Asafohene (Warrior King) Yaw Pereko Baakan Aaebo-Akhan, Oheneba Kwame Atoapoma Manu Aaebo-Akhan, and Oheneba Aku Ntoni Mensa Aaebo-Akhan, from obtaining copies of said documents in order to legally prove ownership of the land.

## CHAPTER THREE

After more than 150 years, the Unified Government of Wyandotte County/Kansas City, Kansas continues to falsely claim it annexed the land without having noticed the owners/owneresses, and despite the land having ever been plotted or sold. The three individuals who pledged to purchase small portions of the land failed to pay their taxes and the agreed number of installments to secure outright ownership. When Black descendants of indigenous Akan Amarukani/Anarukaitnit(American) - the indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America), successors/successors in interest of Quindaro Company (Kwa Nduru Aban) began to garner support based upon evidence that said private property was never plotted, Unified Government of Wyandotte County/Kansas City, Kansas began to falsely allege that the same land, the township Quindaro (Kwa Nduru), was founded/plotted by a mulatto named Silas Armstong.

To substantiate this lie, the Unified Government of Wyandotte County/Kansas City, Kansas resurrected a plaque on 7th Street at the entrance of the downtown 'Huron Cemetary'. Sakomufo notes here that Huron Cemetary contains an underground and headstoneless mass grave of over two hundred Hwanyandote (Wyandotte) men and women who waged war to restore ownership of the land to its rightful Hwanyandote (Wyandotte) owners/owneresses, next to the headstone marked graves the white migrant asians, white migrants europeans, and Hwanyandote traitors/traitoresses who effected and maintained the seizure the of the land.



The plaque blatantly and falsely states that the City of Wyandott, Kansas was founded/platted by Silas Armstrong and other Westport businessmen. This is impossible because the City of Wyandott, Kansas was founded on the private property land owned exclusively by Quindaro Company (Kwa Nduru Aban), which was never dissolved and Silas Armstrong, nor the other Westport businessmen referenced were members of Quindaro Company (Kwa Nduru Aban). Moreover, the government instituted by

Quindaro Company (Kwa Nduru Aban), which by Akan tradition consisted of a Ohemma (Queen/Chieftainess), a Ohene (King/Chief), and Council of Nananom Mpanyinfo (Honorable Ancestors & Ancestresses), is the only government that has ever existed in Quindaro Township. It was these same esteemed members of Quindaro (Kwa Nduru) governing body who were heavily consulted in the drafting of the Wyandotte (Hwanyandote) Constitution - the Kansas Constitution.

Note: The Kansa Asante Ahemman (Kansa Asante Empire) was the last Black empire to fall in Amaruka Atifi Mu (North America) by infighting, just as the Ghana Asante Empire was the last Black empire to fall on the continent of Afuraka/Afuraitkait (Africa).

The state of Kansas was originally founded as a slave state, and only after indigenous Akan Amarukanu/Anarukaitnut(Americans) - the indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) waged war against the white migrant asian and europeans who settled and formed the territory known as Kansas from 1854 to 1861 in response to their Abusua (Clan) members, and especially women and children, suddenly being abducted and sold into slavery on a routine basis after the state of Kansas was founded, did Kansas recant and conduct a new election declaring itself a free state on January 29, 1861.

The greatest civil war in this country took place in the 1850s in Kansas (Kansas) when white settlers thought they were going to easily force the Akan people, the Kansa, Paani, Osagye, and Koromankyi/Komankyi that white settlers came to refer as "Indians", out of the forest civilizations they had been living in sprawled across all of Kansa (Kansas) for thousands of years. Short story. We formed The Indigenous Underground Railroad.. and we slaughtered them. Not just because we were formidable, but because we waged the way we always do, with our domesticated animals in tow. With the participation of our domesticated mountain lions/lionesses, alligators, wolves, bears, etc.. akyiwadefo (white people) didn't stand a chance. And to this day, a few of these animals remain present and accounted for in undeveloped areas near local airports in Kansa (Kansas).

For those of you who felt a warm and fuzzy feeling upon seeing the statue of John Brown attached to this post, as one of the direct descendants of the Akan people white settlers sought to relocate, let me set the record straight. Nana Abenaa Araminta (Harriet Tubman) said it first when she said in her autobiography that she kept being haunted with dreams of John Brown being depicted as a snake.

John Brown was a snake, and Frederick Douglass agreed in several of his correspondences. John Brown was both a spy and mercenary for the South. He persuaded Nana Abenaa Araminta (Harriet Tubman), who according to her documented DNA was also a direct Asante descendantess of the Lansing Man, to reveal all of her Underground Railroad route information, which the South used to practically shut down her route to freedom. The akyiwadefo (white people) John Brown killed were all preselected martyrs for the white supremacy nationalism cause of converting slavery from physical to mental.

Yet what even fewer people know is that the goal was not just to put an end to the civil war in Kansa (Kansas), which is trustorically the first civil war to take place in this country.. a war the United States lost for the record, the goal was to prevent a subsequent civil war by permanently pacifying the indigenous Akan Amarukanu/Amarukaitnut (Americans) - the indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott,

and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) via deception.

Thus amongst the ranks of double agent mercenaries who accompanied John Brown to quelsh the civil war were three white jewish immigrants; Theodore Wiener, from Poland; Jacob Benjamin, from Bohemia; and August Bondi, from Vienna. This is critical information because it was these three men who used lies to convince the indigenous Akan Amarukanu/Amarukaitnut (Americans) - the indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America), that jews were light skinned Black people who had been raped and enslaved by Germans, and thus legitimate sympathizers of all Black people after having themselves escaped slavery in Kamit (Egypt).. all of which is/was not true.

This allowed these three white jewish immigrants; Theodore Wiener, Jacob Benjamin, and August Bondi to then not only openly promote christianity as a "Black" religion, but to promote integration with "white Black people". Soon so-called bi-racial indigenous Akan Amarukanu/Amarukaitnut (Americans) - the indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America), who were not classified as Black, such as Silas Armstrong, because they were represented the one tenth of the so-called bi-racial indigenous Akan Amarukanu/Amarukaitnut (Americans) - the indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America), who did not pass ritual identity testing.

This culminated a surge in integration and christian indoctrination in Kansa (Kansas) that never truly became commonplace because it was and continues to be rejected by the leaders and leaderesses of indigenous Akan Amarukanu/Amarukaitnut (Americans) - the indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansa) but drastically reduced the public practice and observance of their ritual, cultural, and religious expressions. Moreover, it primarily would be the direct descendants of the Theodore Wiener, Jacob Benjamin, and August Bondi and many of their jewish comrades who would illegally seize ownership of the land from and launch an entire Black human trafficking network enslaving the indigenous Akan Amarukanu/Amarukaitnut (Americans) - the indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansa) that still

remains in effect today in 2024.

The pinnacle of their operations commenced with the construction of Westheight Manor subdivision, where the richest and wealthiest akyiwadefo (white people) would come to live, with PBS highlighting a casino was covertly hidden in one of the residences. However, PBS failed to mention that countlessindigenous Akan Amarukani/Amarukaitnit (American) women an girls - the indigenous Kansa (Kanza) Amarukanu/Amarukaitnut (Americans) who identified as Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) members of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansa) were bought, sold, and raped there. In decades to come, Westheight Manor would become a component part of what became known as the Kansas City metro and the 10th city for Black human trafficking that most people would never suspect was and still headed by the white jewish mafia.

When royal Komfoah (Asante Priestess/Healeress/Conductress) of The Indigenous Underground Railroad and Okofohemma (Warrioress Queen) of Asante Nation In North America, Akwamu Nation In North America, and Kansa Asante Empire In North America, was questioned about Black human trafficking, and the fact that over 51% of all victims of Black human trafficking since the Emancipation Proclamation are Black women, she stated "What I want Black people to know is that Black human trafficking is not just a random act of dehumanization. I spent 45 years being a victim of Black human trafficking not just because I am a Black woman.. but because I am a direct descendantess of the first African Americans who voluntarily migrated from the Ghana/Ivory Coast region in West Africa to North America and established a Black civilization in Kansa, misnomered the state of Kansas, over 35,000 according to archaeological evidence. And as their revenge for being a red boned member of the royal Asante blood circle of Nat Turner, a "slave" who let the Southampton slave rebellion that slaughtered 60 akyiwadefo (white men, women, and children,) the Nana Abenaa Araminta (Harriet Tubman), the Komfoah (Asante Priestess/Healeress/Conductress) and Okofohemma (Warrioress Queen) of The Underground Railroad. As Okofohemma (Warrioress Queen), I am going to put an end to suppression of evidence proving that my people are a sovereign people with sovereign rights, and a federally recognized sovereign Abusua (Clan) nation. A sovereign people who are NOT Native American or American Indian. That we as a sovereign people with sovereign rights, and a federally recognized sovereign Abusua (Clan) nation, precede the existence and migration of white european and asian migrants to North America and later came to identify themselves as Native American and American Indian, and are exist as members who received our citizenship via the Civil Rights Act of 1866 and still own our sovereign land detailed in Kanza Treaty 1825, 1846, and 1859.. despite enduring over 150 years of religious, indigenous, and property ownership discrimination."[17]

The Indigenous Underground Railroad now functions as the most sophisticated anti-slavery Black sovereignty network that works meticulously and relentlessly to train Black individuals, families, and communities to embody and destroy the reasons why Black women continue to be the demographic representing over 51% of all victims of human trafficking in the United States since the Emancipation Proclamation, and why human trafficking is the second most profitable crime. The Indigenous Underground Railroad is for Black people only. Committed Black activists can register to become

---

[17] To download the DNA information of Okofohemma (Warrioress Queen) Sakomufo Akosua Tanisha Boduaa Seshat Aaebo-Akhan, visit https://drive.google.com/drive/folders/17MFfo97QHYayLFuq6_InCmdwxuAouueg

certified Conductors and Conductresses of The Indigenous Underground Railroad at
sakomufo.com/ohemmaguasua.[7]

# CHAPTER FOUR

It does not matter whether akyiwadefo (white people) are called abolitionists, apologists, activists, etc. We as Black people must accept the reality that there is no such thing as good akyiwadefo (white people). All akyiwadefo (white people) are Spirit-less and Soul-less purveyors of disorder that are inherently racist, and are exclusively committed to engaging in lust, malice, and deception via seven white racist tactical roles, which they have discreetly injected into all sixteen of the life sustaining institutions (Food, Housing, Clothing, Employment, Religion, Education, Healthcare, Insurance, War, Law, Politics, Planning, Economics, Entertainment, Transportation, Communication) that  all human beings depend on.

These seven white racist tactical roles are:

There is 1) the white undercover (empaths, activists, instigators, conspirators, feminist, greek sorority members, LGBTQ, integrationists, public defenders) racist, 2) the white missionary (philanthropy, public relations, mentors, educators, historians, pseudo-religion advocates) racist, 3) the white mercenary (military, violence, food/beverage industry, mental health industry, medical industry, law enforcement, detainment) racist, 4) the white mastermind (taxes, news media, immigration, housing, politics, government, business owner, human trafficking) racist, and 5) white entertainment (film, sports, holidays, television, magazines, social media, radio, music, fashion) racist, 6) white economy (stock market, precious metals, digital currency, retirement investments, insurance) racist, and 7) the white "interracial" (surrogates, organ donors/recipients, psuedo family members, pseudo spouses, etc.) racist.

Akyiwadefo (white people) have always relied on seven white racist tactical roles to covertly and overtly wage war against good Black people to harm, sabotage, control, deceive, distract, exploit, and enslave us. White undercover racists sabotage. White missionary racists deceive. White mercenary racists harm. White mastermind racists control. White entertainment racists distract. White business industry racists exploit. White educator racists enslave. It must also be stated that there are only two paths to becoming perpetually and intergenerationally enslaved. Path one is ignorance and immaturity. Path two is integration and interracialism. Because in reality.. good Black people need akyiwadefo (white people) for absolutely nothing! Yet contrarily, akyiwadefo (white people) need Black people for everything.

It is no coincidence that Kansa (Kansas) joined the union as a slave state but changed its mind and became a free state after seven years of war with us, the original Indigenous Americans in this country. The war in Kansa (Kansas) is the "Black Seminole War" no one wanted to put in newspapers for fear that our enslaved Akan cousins in the South would join forces with us. Our territory was exclusively integrated by deception, not domination. For those of you who are not familiar with the Black Seminole War, here's a recap:

The identity of the Gullah as a people and their role they played in the Black Seminole War is underscored in the Yale University article, The Gullah: Rice, Slavery, and the Sierra Leone Connection by Joseph A. Opala. The camaraderie alleged to have existed between Black Seminoles (Gullah) and "Indians" or so-called native americans is at best a myth. The DNA admixture between white migrant asian and european Seminole Indians and Black Seminoles (Gullah) remains negligible in their

descendants. This reality is supported by DNA admixture test results from popular modern-day DNA testing companies. According to 23andMe.com, the average African American is 75% Sub-Saharan African, 22% European, and 0.6% Indian/Native American. According to FamilyTreeDNA.com, the average African American is 72.95% Sub-Saharan African, 22.83% European, and 1.7% Indian/Native American. According to the National Geographic Genographic Project, the average African American is 80% Sub-Saharan African, 19% European, and 1% Indian/Native American. According to African DNA (which partners with Family Tree DNA), the average African American is 79% Sub-Saharan African, 19% European, and 2% Indian/Native American. Said percentages prove that the two groups never truly integrated, past or present, and that Black Seminoles (Gullah) never as white migrant asian and european Seminoles Indians apart from acknowledging blood mixture due to their parents and grandparents being raped by white migrant asian and european Seminoles Indians.

Upon escaping slavery, a large percentage of Black Seminoles (Gullah) began to exercise their new found freedom to re-adopted the "lost" traditions and customs of their indigenous Amarukanu/Amarukaitnut (American) Nsamanfo (Ancestors & Ancestresses) customs that were being mimicked by many white migrant asian and european Seminoles Indians, Black Seminoles (Gullah) fully understood said white migrant asian and european Seminole Indians were not their comrades. This is further evidenced by the fact that many white migrant asian and european Seminoles Indians continued to own slaves despite living in settlements neighboring those of the Black Seminoles (Gullah). Word had also returned to the Black Seminoles (Gullah) in the South that white migrant asian and european Seminole Indians in Oklahoma, many of whom also referred to themselves as Creek, were capturing and selling Black Seminoles (Gullah) forced to migrate there by the United States Army. However, most Black Seminoles (Gullah) made the decision to engage in Akyisan (Ancestral Religious Reversion) as a direct result of discovering christianity was a pseudo religion created by akyiwadefo (white people) exclusively to enslave Black people.

Excerpt from the letter from King Leopold II of Belgium to Colonial Missionaries (1883):

"Your knowledge of the gospel will allow you to find texts ordering, and encouraging your followers to love poverty, like "Happier are the poor because they will inherit the heaven" and, "It's very difficult for the rich to enter the kingdom of God." You have to detach from them and make them disrespect everything which gives courage to affront us. I refer to their Mystic System and their war fetish – warfare protection – which they pretend not to want to abandon, and you must do everything in your power to make it disappear. By all means the negro must be made christian, by only this way will they let go of their rich culture and everything they respect about themselves."

The fact that Black Seminoles (Gullah) were forced to fight side by side with "Indians", so-called native americans, white migrant asians and europeans is not contradictory, it was a simple matter of two groups in the same geographic location forced to fought side by side exclusively to defeat common enemies, the British and Spanish, to protect their respective interests. In fact, this would be repeated out of necessity by many of the Black descendants of Black Seminoles (Gullah) who were forced to fight in the Civil War shoulder to shoulder with white migrant asians europeans who had previously enslaved them, to receive emancipation from slavery, citizenship, land, and monies they had already been awarded in US Treaty With The Seminole Nation on March 21, 12866 (1866).

Quoting the aforementioned Yale University article, "When the Army finally captured the Black Seminoles (Gullah), officers refused to return them to slavery— fearing that these seasoned warriors,

accustomed to their freedom, would wreak havoc on the Southern plantations. In 1842, the Army forcibly removed them, along with their Indian comrades, to Indian Territory (now Oklahoma) in the unsettled West." The United States Army forcibly removed and transported thousands of Black Seminoles (Gullah) to Oklahoma between 12835 (1835) and 12842 (1842). However, on March 21, 12866 (1866) the United States negotiated and executed what would become known as the US Treaty With The Seminole Nation with high ranking Black Seminole (Gullah) officers. This event is of critical importance because many Black Seminoles (Gullah) who were captured and transported by the Army to Oklahoma were sold back into slavery by the Seminole Nation shortly thereafter.

Any that might question whether or not the US Treaty With The Seminole Nation on March 21, 12866 (1866) was moreso intended to appease and compensate Black Seminoles (Gullah) by emancipating them of slavery, awarded them tribal citizenship, and ceding land, need only reference quotes by General Jackson (later President) in 12818 (1818), who referred to this First Seminole War as an "Indian and Negro War" or the American commander, General Jesup, who informed the War Department in reference to the Second Seminole War that, "This, you may be assured, is a negro and not an Indian war"; or a U.S. Congressman of the period who commented that these black fighters were "contending against the whole military power of the United States." Nevertheless and true to form, after Black Seminoles (Gullah) sued in 1996 for access to funds allocated by the United States to compensate Seminoles, white migrant asian and european Seminoles stripped tribal membership from Black Seminoles (Gullah), an estimated 10 percent of the Oklahoma Seminoles. Only after a judge threw out the vote, were the Black Seminoles (Gullah) reinstated. This once again substantiates that Black Seminoles (Gullah) and white migrant asian and european Seminole Indians have always been two separate groups, and any camaraderie between them was out of necessity and the product of white migrant asian and european Seminole Indians seeking to enrich their white migrant asian and european on the backs of the efforts of Black Seminoles (Gullah) who fought, bled, and died to protect inadvertently common interests. This is supported in the article, Race, Reparations Are Dividing Seminole Nation published in Orlando Sentinel on April 7, 2002 at 12:00AM (Updated: October 25, 2018 at 6:32PM)

To substantiate the fact that the Black descendants of the Black Seminoles (Gullah) remain inheritors/inheritresses and owners/owneresses of the land ceded to their Black Seminole (Gullah) Nsamanfo (Ancestors & Ancestresses), it must be clarified that the US Treaty With The Seminole Nation on March 21, 12866 (1866) set out no genetic or geographical perimeters, nor instituted any manner of timeframe or restricted kinship, as to the Black Seminoles (Gullah) who executed and adhered to said treaty agreement being entitled to legal citizenship, inclusive of land ownership rights, and/or their subsequent Black descendants, that could/would potentially preclude them. Moreover, the Dawes Commission lacked pecuniary powers to divide the land ceded to these Black Seminoles (Gullah) amongst the then approximately three thousand enrolled white migrant asian and european Seminole Indian tribal members because the Black Seminoles (Gullah) were legal citizens according to the Civil Rights Act of 1866. Thus the Curtis Act of 1898 was/is unconstitutional. That being said, Black Seminoles (Gullah) deserve to be properly and separately recognized for their dominant contribution in the Gullah Wars (misnomered Seminole Wars) which forced the negotiation and execution of the US Treaty With The Seminole Nation on March 21, 12866 (1866), inclusive of the emancipation, citizenship, land, and monies it awarded them, which remain the inheritance of their Black descendants.

It is a fact that the land owned by the modern day internally melanin dominant Black descendants and

descendantesses of the aforementioned internally melanin dominant Black Seminoles (Gullah) is owned in common with the white descendants of the aforementioned white migrant asian and european Seminoles, and thus will always be a place of integration. However, practically none of the people who currently reside on the land are not genetically Black Seminole (Gullah) at all. The inhabitants of said land should be required to provide DNA tests to ensure at least one half of this continue residing on the aforementioned land are Black Seminole (Gullah) descent, considering less than 2% of the United States population is genetically "Indian" or Native Americans.

The aforementioned proof as to the comprehensive identity of the Black Seminoles (Gullah), their award of emancipation from slavery, legal citizenship, land ownership, and monies according to the US Treaty With The Seminole Nation on March 21, 1866 is an irrefutable for Black Reparations in this country. Note that Black Seminoles never referred to themselves as "Indians" until they were forced to do so upon being reclassified as "Indians" in the US Treaty With The Seminole Nation on March 21, 1866.

Another covertly hidden fact is that the real name of the story/movie we have been trained to call the Wizard of Oz/The Wiz was/is actually a curated and prophesied oral tradition story called The Princess of Kansa by the indigenous Akan (Asante) people in North America who established Kansas Asante Empire in Kansa (Kansas) and was pinned to recap the injustices and deceptions indigenous Akan (Asante) people remain subjected to by christian missionaries who covertly 1) dethroned our Head of State Queens because Akan people maintain a matrilineal descent system, 2) stealthily bombarded us with countless diseases, 3) enslaved and bred us intergenerationally, and 4) declared all of our authentic religious, cultural, empirical practices and traditions demonic.

Nevertheless. And despite the plagiarized depiction of our oral tradition story, Princess of Kansa (Kansas) as The Wizard Of Oz/The Wiz, our empire - Kansa Asante Empire aka "Oz", remains in tact as the only indigenous African Amarukani/Amarukaitnit (American) empire in this country that has never been conquered by white settlers or that imploded due to infighting and a host of new Black owned towns were founded in Kansa (Kansas); Bloomington, Daniel Votaw Colony, Dunlap Colony, Hoggs Town, Juniper Town, Little Coney Colony, Mississippi Town, Morton City, Mud Town, Nicodemus, Rattlebone Hollow, Redmonsville, Ritchie's Addition (The Bottoms), Scuffletown, Singleton Colony, Summit Township, Tennessee Town, and Wabaunsee Colony.

The Honorable Kansa (Kansas) Asante Ancestors and Ancestresses of 35,000 year old Asanteman Amaruka Atifi Mu, Akwamuman Amaruka Atifi Mu, and Kansa Asante Ahemman Amaruka Atifi Mu, and specifically Sakomufo's biological Parents; Asante Ohemma (Queen) Akua Aaebo (Erma Jean Harriet Whitlow Foster) and Akwamu Asafohene (Warrior King) Kojo Akhan (Julius Herman Foster), maintained indigenous Akan American religious and cultural traditions by betrothing Sakomufo to Odwirafo Kwesi Ra Nehem Ptah Akhan, a royal indigenous Akan (Akwamu) American descendant, on April 8, 1987 and tying the nature sack to consummate her marriage to Odwirafo Kwesi Ra Nehem Ptah Akhan on February 18, 1990 due to the commencement of her menstrual cycle.

The other biological children of Sakomufo's biological Parents; Julius Herman Foster II, Jeanette Foster, and Antoinette Foster, despite having consistently rejected all aspects of their indigenous Akan religion and culture their entire lives, immediately responded in rage because they had not been chosen. And not only did all three of them immediately pledge their allegiance to the white jewish mafia in retaliation to ensure Sakomufo and

her Children remain enslaved, in exchange for periodic substantial disbursements throughout the course of their lives. And in an attempt to wholly disgrace Sakomufo and her Children, Julius Herman Foster II and Jeanette Foster raped, tortured, and sodomed Sakomufo and her Children in hope that Sakomufo and Odwirafo would never unite or publicly assume their assigned roles as Okofohemma (Warrioress Queen) and Asafohene (Warrior King). And most importantly, in hopes that the Kansa Asante Empire would collapse because Sakomufo and Odwirafo were the only indigenous Akan Americans to pass the ruleresship and rulership rites of passage, respectively, required to be crowned. Not to mention, the research Sakomufo conducted to compose her publication entitled 'Trustory of Kansa' proves indigenous Akan Americans are not the only African Abusua (Clan) victimized by illegally confiscated land/resources and breached treaty agreements by the United States. Hence both the white jewish mafia and United States are justifiably fearful that Sakomufo and Odwirafo will most assuredly use their authority to help other indigenous African American Abusua (Clans) reclaim their land and property as well.

Years later while a victim of sex and human trafficking, Sakomufo was involuntarily impregnated three times using the pilfered sperm of Odwirafo Kwesi Ra Nehem Ptah Akhan because sex and human traffickers desired to maximize the sex and human trafficking value of Sakomufo's Children, which required

So due to Sakomufo's exclusive Husband, Odwirafo Kwesi Ra Nehem Ptah Akhan, being seduced by white jewish mafia sex and human trafficker and money launderer, Elduise Joyce Johnson, who pilfered his sperm in exchange for career advancement; ie. vice president of Black owned Industrial Bank appointment to ensure the royal genetics of Sakomufo's Children was preserved.. Sakomufo thus birthed three Sons fathered by Odwirafo Kwesi Ra Nehem Ptah Akhan into international slavery. Sakomufo's biological Parents officially appointed; Sakomufo Akosua Tanisha Boduaa Seshat Aaebo-Akhan to be Okofohemma (Warrioress Queen) and Odwirafo Kwesi Ra Nehem Ptah Akhan to be Asafohene (Warrior King), respectively, of 35,000 year old Asanteman Amaruka Atifi Mu, Akwamuman Amaruka Atifi Mu, and Kansa Asante Ahemman Amaruka Atifi Mu prior to Their transition (death). It should be noted that it is also no coincidence that Elduise Joyce Johnson is related to Esther Jean Ross, or that four female members of the white jewish mafia; Voodoo Queen Kalindah Laveaux (Enrika Lurette Eaglin), Kajara Nia Yaa Nebthet (Ingrid Russell), Mawusi Ashashakir (Monica Thomas-Cooper), Wabet Seshat Tut Ankh Wadjet (Raven Alvarez), Amma Asaase Agyei (Amaris L. Gaymon), and Amma Maati (Jessica) would use the journals filled with intellectual property she was required to keep to seduce Sakomufo's exclusive Husband, Odwirafo Kwesi Ra Nehem Ptah Akhan, into business alliances that were used to falsely and maliciously declare Sakomufo a mentally ill criminal to prevent him from uniting with Sakomufo.

The Honorable Kansa (Kansas) Asante Ancestors and Ancestresses of 35,000 year old Asanteman Amaruka Atifi Mu, Akwamuman Amaruka Atifi Mu, and Kansa Asante Ahemman Amaruka Atifi Mu, also renamed Kansa (misnomered the state of Kansas), choosing the name Pereko to memorialize Asafohene Yaw Pereko Baakan Aaebo Akhan giving himself as a martyr murdered by the white jewish mafia on October 21, 2019 @ 6:28AM to free Black people, and specifically indigenous Akan Americans from sex and human trafficking, and to reclaim Kansa (misnomered the state of Kansas) and its capital Kwa Nduru (Quindaro) from theft by the United States and the white jewish mafia. The Honorable Kansa (Kansas) Asante Ancestors and Ancestresses knew/know that the sacrifice of Asafohene Yaw Pereko Baakan Aaebo Akhan will ensure the entire world soon knows that Kansa

(misnomered the state of Kansas) and its capital Kwa Nduru (Quindaro) remain legally owned by the internally melanin dominant Black direct descendants and descendantesses of the indigenous Akan (Asante) Americans who founded Kansa (Kansas) because the indigenous Akan (Asante) Americans who founded Kansa (Kansas) were illegally reclassified as Native Americans and American Indians. Thus because indigenous Akan (Asante) Americans who founded Kansa (Kansas) are not and have never been Native American and/or American Indian, the Bosone Bill of 12953 (1953) was not only irrelevant to the indigenous Akan (Asante) Americans executing the three agreements; Kanza Treaty of 1825, 1846, and 1859 with the United States, and Congress illegally exercised pecuniary powers to void the treaty agreements and seize the land outlined in the aforementioned. Moreover, all indigenous Akan American direct descendants of the "Lansing Man" who were federally recognized as Kanza (Kansa) had already obtained their citizenship via the Civil Rights Act of 1866, because the Civil Rights Act of 1866 did not include any genetic, kinship, timeframe, or geographical restrictions that required them to forfeit their federal recognition as a sovereign people or ownership of their land outlined in the aforementioned three Kanza (Kansas) treaty agreements breached by the United States.

In the same vain.. Hwanyan (Hawaii) remains legally owned by the internally melanin dominant Black direct descendants and descendantesses of the indigenous Akan Americans who referred to themselves as Hwanyansu (Hawaiians) because they remain indigenous internally melanin dominant Black direct descendants and descendantesses of the "Lansing Man" who were federally recognized as Kanza (Kansa) had already obtained their citizenship via the Civil Rights Act of 1866, which did not include any genetic, kinship, timeframe, or geographical restrictions that required them to forfeit their ownership of Hwanyan (Hawaii), and outlined in the treaty agreements executed between the United States and the Hwanyansu; the 1849 Treaty of Friendship, Commerce, and Navigation, 1875 Reciprocity Treaty, 1883 Convention Concerning the Exchange of Money Orders, and 1884 Reciprocity Convention.

Lastly, Sakomufo would be remiss if she did not clarify a significant number of the Black residents of Nevada (specifically Las Vegas), California (specifically Los Angeles), and Mexico (specifically Oaxaca and Guerrero) remain indigenous internally melanin dominant Black direct descendants and descendantesses of the "Lansing Man" who were federally recognized as Kanza (Kansa) and had already obtained their citizenship via the Civil Rights Act of 1866. Moreover, because the citizenship of those forcibly removed to Mexico and permanently exiled did not include any genetic, kinship, timeframe, or geographical restrictions that required them to forfeit their citizenship, the fact that the United States immediately reclassified them as 'illegal immigrants' is/was a violation of their United States constitutional rights. Moreover, the United States Citizenship and Immigration Services (USCIS) continues to violate their United States constitutional rights by denying their immigration applications for visas and United States citizenship.

## CHAPTER FIVE

Sakomufo further alleges that Silas Armstrong was not of royal internally melanin dominant indigenous Akan American ('landweller'- Hwanyandote) ancestry, was despised by the Ohemma (Queen/Chieftainess), Ohene (King/Chief), and Nananom Mpanyinfo (Honorable Ancestors & Ancestresses) of the internally melanin dominant indigenous Akan Amarukanu/Amarukaitnut (Americans) who identified their function as Kansa (Kanza), while simultaneously identifying as who identified 'landwellers'; i.e. Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansa), and would never have been granted the privilege or authority bythe internally melanin dominant indigenous Akan Amarukanu/Amarukaitnut (Americans) who identified their function as Kansa (Kanza), while simultaneously identifying as who identified 'landwellers'; i.e. Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansa) to plot Quindaro Township because it was Silas Armstrong's false promotion of christianity as being superior to Ndu/Nduru (Hoodoo - Akan Ancestral Religion) that instigated division with the Abusua (Clan) that eventually led to a civil war. It was during said civil war that the white government which would become known as the state of Kansas began to threaten seizure of their sovereign territory. Thus rather than attempt to go to war in a time of civil unrest, the Ohemma (Queen/Chieftainess), Ohene (King/Chief), and Nananom Mpanyinfo (Honorable Ancestors & Ancestresses) of the internally melanin dominant indigenous Akan Amarukanu/Amarukaitnut (Americans) who identified their function as Kansa (Kanza), while simultaneously identifying as who identified 'landwellers'; i.e. Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansa) chose instead to preserve inheritance of their sovereign territory within the Abusua (Clan) via general partnership appointment successors/successoresses in interest.

The tradition of Kwa Nduru (Hoodoo Practitioners & Practitioneresses) has always been and will always be primarily an oral tradition, thus every agreement entered into by Abelard Guthrie on behalf of the internally melanin dominant indigenous Akan Amarukanu/Amarukaitnut (Americans) who identified their function as Kansa (Kanza), while simultaneously identifying as who identified 'landwellers'; i.e. Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansa) commenced with an oral oath and was sustained by oral agreement. Meaning, despite the Unified Government of Wyandotte County/Kansas City, Kansas seizing and destroying vital documents belonging to Abelard Buthrie upon his death, the assignment of the Black descendants and descendantesses of the internally melanin dominant indigenous Akan Amarukanu/Amarukaitnut (Americans) who identified their function as Kansa (Kanza), while simultaneously identifying as who identified 'landwellers'; i.e. Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation

In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansa) as successors/successoresses in interest of Quindaro Company (Kwa Nduru Aban) was not effected. No different than Sakomufo's Children's assignment of Power of Attorney to Sakomufo remains unaffected, despite enslavers destroying physical copies of said appointment upon Sakomufo's successful escape. Sakomufo, the Managing Partneress of Quindaro Company (Kwa Nduru Aban), alleges that Sakomufo and her Children are of royal Akan (Asante) descent, the Successoress and Successors In interest and owneress and owners, respectively, of Quindaro Company (Kwa Nduru Aban) and the township land outlined in Wyandotte County Register of Deeds Document #00_01 and #00_06.

Sakomufo declares that as honorary member of the internally melanin dominant indigenous Akan Amarukanu/Amarukaitnut (Americans) who identified their function as Kansa (Kanza), while simultaneously identifying as who identified 'landwellers'; i.e. Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansa), Abelard Guthrie was bound by oral tradition and mandated to use oral communication as the primary means of conducting business with the internally melanin dominant indigenous Akan Amarukanu/Amarukaitnut (Americans) who identified their function as Kansa (Kanza), while simultaneously identifying as who identified 'landwellers'; i.e. Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansa) and in drafting the Quindaro Company (Kwa Nduru Aban) Partnership Agreement. Therefore the appointment of the Black descendants of the internally melanin dominant indigenous Akan Amarukanu/Amarukaitnut (Americans) who identified their function as Kansa (Kanza), while simultaneously identifying as who identified 'landwellers'; i.e. Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansa) as successors/successoresses in interest by Abelard Guthrie, as Managing Partner, was made in this same fashion. The Ohemma (Queen/Chieftainness), Ohene (King/Chief), and Nananom Mpanyinfo (Honorable Elders/Elderesses) were the only individuals permitted to participate in the appointment of and/or privy to the selection of said Black descendant the internally melanin dominant indigenous Akan Amarukanu/Amarukaitnut (Americans) who identified their function as Kansa (Kanza), while simultaneously identifying as who identified 'landwellers'; i.e. Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansa) as successors/successoresses in interest of Quindaro Company (Kwa Nduru Aban). And although Abelard Guthrie manually recorded these names, the tradition of inheritance within the internally melanin dominant indigenous Akan Amarukanu/Amarukaitnut (Americans) who identified their function as Kansa (Kanza), while simultaneously identifying as who identified 'landwellers'; i.e. Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) in Kansa (Kansa) was and remains an oral tradition.

Only after Sakomufo escaped slavery was she anonymously contacted by an elderly individual within her royal blood circle, who was at that time one of the three remaining members of Quindaro (Kwa Nduru Aban), and advising that Sakomufo had been appointed successoress in interest from the age of eighteen and most recently Managing Partneress of Quindaro Company (Kwa Nduru Aban), and Sakomufo's Children were to each be appointed successors in interest of Quindaro (Kwa Nduru Aban) upon turning 18 years of age, respectively. When Sakomufo inquired with said individual about documentation, Sakomufo was told none had survived because documents in Abelard Guthrie's death had been illegally seized and many of our Black Nsamanfo (Ancestors/Ancestresses) who attempted to retrieve documentation of ownership from the Register of Deeds Office in Wyandotte County more than a decade ago never returned. Thus the three remaining members were forced to primarily preserve the Quindaro Company (Kwa Nduru Aban) Partnership Agreement as an oral agreement which prohibits the disclosure of the names of its previous members, with the exception of the founding members and current members. This legal right of general partnerships to prohibit the disclosure of the names of its successors/successoresses in interest is preserved by K.S.A. 56.

Upon receiving this information, Sakomufo immediately registered Quindaro Company as Business Entity #5337589 with the Kansas Secretary of State. However, the Kansas Secretary of State fraudulently and maliciously refused to acknowledge the November 21, 1856 inception date of Quindaro Company, which Sakomufo correctly listed on the business entity registration form. Instead the Kansas Secretary of State arbitrarily changed the inception date of Quindaro Company to reflect the date they processed said business entity registration application completed and mailed on January 7, 2020, alleging to Sakomufo that "the" Quindaro Company having the inception date of November 21, 1856 had been dissolved. Yet when Sakomufo, as Manager Partneress of Quindaro Company (Kwa Nduru Aban), demanded the Kansas Secretary of State provide proof that Quindaro Company has in fact been dissolved, the Kansas Secretary of State had no such evidence.



Even if it was the opinion of the Kansas Secretary of State that Sakomufo was attempting to register an alternate business other than the original Quindaro Company (Kwa Nduru Aban) Sakomufo sought to register, the Kansas Secretary of State lacked legal standing to change the reported inception of the

business entity Sakomufo sought to register. The fact that the Kansas Secretary of State felt compelled to fraudulently change the inception date of November 21, 1856 on the business entity registration application Sakomufo submitted is proof in and of itself that the Kansas Secretary of State was/is fully aware that Quindaro Company (Kwa Nduru Aban) was never dissolved and sought/seeks to prevent Sakomufo from exercising her legal right as Managing Partneress of Quindaro Company (Kwa Nduru Aban) and owneress of the land it holds, from reclaiming the township land outlined in Wyandotte County Register of Deeds Document #00_01 and #00_06. And the fact that the Kansas Secretary of State felt comfortable about blatantly and illegally doing so is tell tale sign that Sakomufo is likely not the first member of Quindaro Company (Kwa Nduru Aban) to be denied proper registration of Quindaro Company (Kwa Nduru Aban) as a Kansas business entity.

According to legal fact, not conjecture, Quindaro Company (Kwa Nduru Aban) was never dissolved even though its founding members sought legal remedy to resolve multiple disputes. Moreover and because Abelard Guthries, as agreed by all members of Quindaro Company (Kwa Nduru Aban), named the Black descendants of the internally melanin dominant indigenous Akan Amarukanu/Amarukaitnut (Americans) who identified their function as Kansa (Kanza), while simultaneously identifying as who identified 'landwellers'; i.e. Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) of AsantemanAmaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) as successors/successoresses in interest of Quindaro Company (Kwa Nduru Aban).



The Unified Government of Wyandotte County/Kansas City, Kansas filed imitations of illegally obtained confidential Quindaro Company (Kwa Nduru Aban) land development plans as Plats with the registrar's office to substantiate the lie that Quindaro Company (Kwa Nduru Aban) had been dissolved and the land legally annexed by the Unified Government of Wyandotte County/Kansas City, Kansas. The aim in doing this was also to hide the fact that the Unified Government of Wyandotte County/Kansas City, Kansas does not legally exist as a government authority, it is merely masquerading as the legal governmental structure of Quindaro (Kwa Nduru Aban), yet lack legal authority or jurisdiction in Quindaro (Kwa Nduru). And because Quindaro (Kwa Nduru) was never platted or sold, the township land outlined in Wyandotte County Register of Deeds Document #00_01 and #00_06, the Wyandotte County Register of Deeds office lacked legal standing to record subsequent Deeds in instances where Quindaro Company (Kwa Nduru Aban) was not listed as the Granter according to K.S.A. 58-2221.

All deeds the Wyandotte County Register of Deeds office has recorded which convey ownership in the said land since Quindaro Company (Kwa Nduru Aban) recorded the original Deed on April 13, 1860 violate K.S.A. 58-2221 and are thus null and void according to K.S.A. 19-101 (a)(38)(c). Moreover, the Wyandotte County Register of Deeds office has never attempted to contact a Grantee listed on a Deed allegedly conveying ownership in the township land to inform them of the apparent error(s) the Deed

contained as mandated by K.S.A. 58-2221. And the Wyandotte County Register of Deeds office has a statutorily mandated responsibility to correct its records to reflect Quindaro Company (Kwa Nduru Aban), as the sole owner of the township land according to K.S.A. 19-101 (a)(38)(c), and without need for court intervention according to K.S.A. 19-101 (a)(38).

Failure by the United States to require the aforementioned Wyandotte County Register of Deeds office to correct its records to reflect Quindaro Company (Kwa Nduru) as the sole owner of the aforementioned land according to K.S.A. 19-101 (a)(38)(c) is evidence of negligence and preventing Quindaro Company (Kwa Nduru Aban) from incorporating Quindaro Township under its new name, Pereko, as the only segregated and incorporated Black town in Amaruka Atifi (North America). Sakomufo alleges here that Pereko must be segregated to ensure the safety of Black residents. Quoting Dr. Bobby E. Wright, from his book *The Psychopathic Racial Personality*, "There is no evidence that the Black and white races can live in close proximity to each other in peace without whites attempting to oppress and exterminate Blacks. In fact, there is overwhelming evidence that even white ethnic groups cannot live together, e.g., irish and english, greeks and turks, arabs and jews, etc. Behavioral scientists generally agree that there is no known cure for the psychopath." All activities engaged in by akyiwadefo (white people), white migrant europeans and white migrants asians, and their pseudo white government known as the Unified Government of Wyandotte County/Kansas City, Kansas have been illegal and psychotic since the fraudulent inception of Unified Government of Wyandotte County/Kansas City, Kansas.

Sakomufo draws attention to the fact that Quindaro Township, as created by Quindaro Company (Kwa Nduru Aban), has never ceased its operations as a recognized township in accordance with K.S.A. 12-520, though said operations were deemed null and void by local, state, and federal authorities. The petition submitted by Kansas City, Kansas and/or the Unified Government of Wyandotte County/Kansas City, Kansas to county commissioners for the purpose of annexing the land known as Quindaro Township and owned by Quindaro Company (Kwa Nduru Aban) was made under fraudulent pretenses, violating both both K.S.A. 12-520 and K.S.A. 12-521(2)(b), in the process because the Unified Government of Wyandotte County/Kansas City, Kansas knew Quindaro Company (Kwa Nduru Aban) was the exclusive owner of the land, but maliciously failed to notice Quindaro Company (Kwa Nduru Aban) by mail or public notice, or even name Quindaro Company (Kwa Nduru Aban) in said petition.

Failure by Kansas City, Kansas and/or the Unified Government of Wyandotte County/Kansas City, Kansas to notify Quindaro Company (Kwa Nduru Aban) of the proceedings caused county commissioners to lack legal standing to conduct the subsequent public hearing held to make finding as to whether the aforementioned land could or should be annexed according to K.S.A. 12-521 (2)(b). Failure by Kansas City, Kansas and/or the Unified Government of Wyandotte County/Kansas City, Kansas to ensure the land owned by Quindaro Company (Kwa Nduru Aban) met the requirement of K.S.A. 12-520 caused county commissioners to also lack legal standing to conduct the subsequent public hearing held to make finding as to whether the aforementioned land could or should be annexed. The county commissioners' ultimate finding regarding whether the township land could and/or should be annexed violated Kansas statutes, and is thus null and void according to K.S.A. 19-101 (a)(38)(c).

According to K.S.A. 19-101 (a)(38)(c), Quindaro Township is not required to appeal under K.S.A. 19-223 and because the legal right of Quindaro Company (Kwa Nduru Aban) to remain a separate and legally distinct municipality from the pseudo government known as Unified Government of Wyandotte

County/Kansas City, Kansas was never impacted by the aforementioned annexation proceedings according to K.S.A. 80. Not to mention the fact that Sakomufo, as Managing Partneress of Quindaro Company (Kwa Nduru Aban), officially notified the Unified Government of Wyandotte County/Kansas City, Kansas via multiple public notices published in the The Wyandotte Echo, which is the official publication for the Unified Government of Wyandotte County and Kansas City, Kansas between 2019 and 2021, that Quindaro Company (Kwa Nduru Aban) remained the exclusive owner of the township land outlined in Wyandotte County Register of Deeds Document #00_01 and #00_06, the Wyandotte County Register of Deeds office located at 710 7th St #100, Kansas City, KS 66101.

1/16/25, 3:18 PM                                         Yahoo Mail - Publications

## Publications

From:   Akosua Aaebo Akhan (akosua.aaebo@yahoo.com)

To:     legals@wyecho.com

Date:   Saturday, December 16, 2023 at 08:42 AM CST

Greetings,

May I have a copy of all of the newspaper ads I have published. I believe there are just three or four between 2020 and 2021, but they were all drafted and requested using this email address. All referenced property in Quindaro. For some reason I cannot find the emails.

Sincerely,

Sakomufo

1/28/24, 8:00 AM                                        Yahoo Mail - Wyandotte Echo - Published Legal Notices

## Wyandotte Echo - Published Legal Notices

From:   Akosua Aaebo Akhan (akosua.aaebo@yahoo.com)

To:     refinfo@kckpl.org

Date:   Sunday, January 28, 2024 at 08:00 AM EST

Greetings,

I published several legal notices between 2020 and 2021 in Wyandotte Echo, the official publication for the Unified Government of Wyandotte County and Kansas City, Kansas until recently. I have not received a response to my request for copies of these legal notices. Please advise how I can obtain them.

Sincerely,

Sakomufo Akosua Tanisha Boduaa Seshat Aaebo Akhan
Asanteman & Kansa Asante Ahemman Amaruka Atifi Mu
Asante Nation & Kansa Asante Empire In North America
Nduru Bogyaasedan - Asante Ancestral Religion Shrine
www.sakomufo.com

Nevertheless. All of Sakomufo's litigation efforts as Managing Partneress of Quindaro Company (Kwa Nduru Aban) to legally reclaim ownership of the township land outlined in Wyandotte County Register of Deeds Document #00_01 and #00_06, the Wyandotte County Register of Deeds office located at 710 7th St #100, Kansas City, KS 66101 have been illegally thwarted as a direct result of judicial discrimination founded upon a priori opinions. In cases; Kansas District Court Case No.

2:20-CV-02295-EFM-JPO and Kansas District Court Case No. 2:20-CV-02296-EFM-JPO, the court ruled in favor of dismissal because it deemed Sakomufo's factual allegations failed to meet the court's standard of "plausibility". And in cases; Superior Court of the District of Columbia Case No. 2022-CAB-005078 and Superior Court of the District of Columbia Case No. 2022-CA-004874-B, the court ruled in favor of dismissal alleging it lacked jurisdiction because Sakomufo, despite being an approved DC food stamps recipientess (DHS Account Number 49049555), was not a resident of District o Columbia. Moreover, the United States Supreme Court deemed her class action lawsuit claims negligible in its denial of her Petition for Writ of Certiorari filing in United States Supreme Court Case No. 23-6173.

Thus the Unified Government of Wyandotte County/Kansas City, Kansas continues to illegally use the land to 1) collected billions in sales tax revenues, property tax revenues, occupation tax revenues on behalf of Quindaro Township from some of the largest companies in the world which are criminally trespass in Quindaro Township, including but not limited to General Motors, Union Pacific Railroad, Exxon-Mobil, Kellogg, Certainteed, Magellan, and Conocophillips during the entire period of illegal annexation that it has yet to surrender to Quindaro Township, 2) illegally approved the demolition and alteration of historic Quindaro Township landmarks and structures, 3) illegally extracted and seized important artifacts, Ancestral human remains, natural resources (water, oil, natural gas, minerals, etc.) from the township land, 4) illegally secured local, federal and state grant funding based on the township land and Quindaro Township resident population, 6) used revenues generated by the township land to illegally invest in insecurities, 5) caused Quindaro Township to become one of the highest crime areas in the country, inclusive of illegal drugs sales, drug use, and gang violence by complicit failure to provide a safe community environment, 6) caused the shutdown of local owned businesses due to absorbent occupation taxes, lack of police presence and withholding to township tax revenues to fund important institutions and programs, including the township hospital, grocery stores, bank, schools, community centers, parks and recreation programs, etc., 7) allows the former township air force base to be used by undisclosed parties to illegally import drugs and guns into Quindaro Township and fly aircraft over Quindaro township to poison Quindaro Township residents by spreading chemtrails on a daily and weekly basis, 8) created a National Historic Park in the township, taking credit for preserving land it never had legally authority to touch to begin with and securing grant funding from the National Historic Park Association under false pretenses on behalf of Quindaro Township, 9) installed cell phone tower equipment including 5G and HAARP weather equipment in both public and non-public locations in Quindaro Township that has been deemed a health risk to community populations without permission from Quindaro Township, and 10) religiously discriminated against the Black descendants of the internally melanin dominant indigenous Akan Amarukanu/Amarukaitnut (Americans) who identified their function as Kansa (Kanza), while simultaneously identifying as who identified 'landwellers'; i.e. Hwanyandote (Wyandotte, Wyandott, and/or Wyandot) of Asanteman Amaruka Atifi Mu (Asante Nation In North America), Akwamu Amaruika Atifi Mu (Akwamu Nation In North America), and Kansa Asante Ahemman Amaruka Atifi Mu (Kansa Asante Empire In North America) as aforementioned in Sakomufo's allegations of discrimination against the United States.

It should also be noted that the Asante dialect term, Komankyi, originated as Koromankyi. And over the course of centuries, the pronunciation 'Koromankyi' evolved to become 'Comanche' in North America. The although the term Koromankyi/Komankyi originated a designation reserved specifically for

priests/priestesses, it became a catch-all term for all Afurakanu/Afuraitkaitnut (Africans) captured in the Ghana/Ivory Coast region and sold during the enslavement era. Nevertheless, the term Coromantee still exists in the Gullah dialect as a descriptive term. It is used to describe the courageous Black men, women, and children, warriors/warrioresses, who participated in "slave rebellions" and waged war against enslavers.

The fact that the Koromankyi/Komankyi would later became Koromantee/Coromantee is substantiated by research conducted by Lorenzo Dow Turner (1890 –1972), an academic and linguist who conducted seminal research on the Gullah language of coastal South Carolina and Georgia after earning a master's degree from Harvard and a Ph.D. from the Univ. of Chicago, and upon traveling West Africa, subsequently identified over 300 (Mende, Vai, Fulani) Gullah loanwords and 4,000 personal names. He published his findings in his book "Africanisms in the Gullah Dialect (1949).

Moreover, the contraction of words, and specifically the dropping of 'ro' as a suffix is common. This includes the term 'koro' and is substantiated in the publication, Akradinbosom Volume II by Kwesi Akhan on Page 16. The author states, "We also have words in Twi such as soro meaning up, above, heavens which is contracted to so meaning up, above, heavens. Here, the 'ro' which is a suffix enlarging the stem 'so' is dropped."

**CALL TO ACTION..**

Tt is nonsensical for the court to engage in reverse racism by declaring all criminal allegations made by Black people against white jewish people antisemitic according to the US Constitution and specifically 34 U.S.C.A. §20711, Trafficking Victims Protection Reauthorization Act, Department of Homeland Security's (DHS) Center for Countering Human Trafficking (6 USC Ch. 1), and Kanza Treaty of 1825, 1846, and 1859. It is also nonsensical the courts refused to accept in which claims regarding Kanza Treaty of 1825, 1846, and 1859 until the petitions were edited to reflect that indigenous Akan Americans are/were Native American and/or American Indian.

This publication is a call to action for Black people across the globe to stand with the Indigenous Underground Railroad. Indigenous Underground Railroad was founded by indigenous Akan Americans who voluntarily migrated to North America and established a peaceful civilization in Kansa (Kansas) prior to the enslavement era, but were forced to form a militia to recover members of their Clan that white european and asian migrants began kidnapping and enslaving in the 1500s.

Indigenous Underground Railroad now functions as the most sophisticated Black anti-slavery sovereignty network that meticulously and relentlessly trains Black individuals, families, and communities to embody and eradicate the cause of Black women continuing to be the demographic representing over 51% of all victims of human trafficking in the United States since the Emancipation Proclamation and why human trafficking is the second most profitable crime.

Indigenous Underground Railroad ultimately exists to rescue and restore Black victims of sex and human trafficking to the optimal state of physical, spiritual, mental, emotional, financial, cultural, social, and familial well-being they deserve to experience. Indigenous Underground Railroad also provides life transformation resources to Black people chronically impacted by racism, slavery, misogyny, domestic and sexual violence.

Help the Indigenous Underground Railroad expose and eradicate the over 200 years of Black international and intergenerational slavery, terrorism, and sex and human trafficking by the white jewish mafia, who also refer to themselves as Cherokee Indians, that indigenous Akan American descendants and descendantesses continue to be subjected to is exposed, and punish the criminal responsible once and for all.

**Go to payhip.com/Sakomufo and select Trustory of Kansa to download an Amicus Brief template to sign and electronically submit to US Kansas District Court via ksd_clerks_kansascity@ksd.uscourts.gov.**

Donations are welcome:

Cash App: $Sakomufo
Venmo: @Aaebo-Akhan
Zelle: akosua.aaebo@gmail.com
 PayPal: www.paypal.me/Sakomufo

## AKRADINBOSOM

In Akan culture, the seven days of the week are governed by eleven Abosom (Deities/Gods/Goddesses/Forces In Nature) called Akradinbosom. Every Akan child is governed by the gender specific Obosom (Deity/God/Goddess) Who governs the day of the week upon which the Akan child is born. Male Obosom (Deity/God/Goddess) for a male Akan child. Female Obosom (Deity/God/Goddess) for a female Akan child. The same is true in every Afurakani/Afuraitkaitnit (African) culture, the only difference being how we determine which Obosom (Deity/God/Goddess) governs each specific day according to the relationship our specific abusua (clan) established with the Abosom (Deities/Gods/Goddesses/Forces In Nature). Additionally, in Akan culture every child is bestowed a kradin or 'Soul-Name' to honor the Obosom (Deity/God/Goddess) Who governs the day of the week upon which the Akan child is born and to inform the Black community as to the nkra/nkrabea (Divine function/Destiny) of the Akan child. For example. Male and female names may include Kwesi & Akosua for Sunday, Kwadwo & Adwoa for Monday, Kwabena & Abenaa for Tuesday, Kweku & Akua for Wednesday, Yaw, Yaa & Aaba for Thursday, Kofi & Afua for Friday, and Kwame & Amma for Saturday.

The Akradinbosom are: Awusi (Ausar), Adwoa (Auset), Abenaa (Sekhmet), Bena (Heru Behudet), Akua (Nebthet), Awuku (Set), Yaa (Wadjet), Aaba (Nekhebet), Yaw (Heru), Afi (Het Heru), and Amen Men (Min) but are called by different names in various other expressions of Nanasom (African Ancestral Religion) such as Juju (Yoruba), Wanga (Ovambo, Gullah Geechie and others), Ngengang (Fang), Gris Gris (Bambara and Mande), Voodoo (Ewe, Fon), and more. Since the Akradinbosom govern the nnawotwe (7 day Akan week), every Akan male or female is the child of and governed by one of these Abosom (Deities, Divine Spirit Forces in Nature/Goddesses and Gods) based upon the day of the week he or she is born. Akan females are governed by a Female Obosom (Deity, Divine Spirit Force in Nature/Goddess) and Akan males are governed by a Male Obosom (Deity, Divine Spirit Force in Nature/God).

## AWUSI (AUSAR)
Black Earth (Earth element)



Awusi (ah-wooh'-see) is the Obosom (Deity/God) in Akan culture that governs Awusida/Akwesida (Sunday). Awusi is called Obatala, Oosaala, Agwu, and Dangbe in other Afurakani/Afuraitkaitnit (African) cultures. Awusi establishes regulatory Order in Creation amongst the planets, stars, suns, moons, oceans, winds, plant life, animal life, mineral life, Black human life, your organs and systems, and spiritual potencies/forces. He operates as the Divine Endocrine System in both Creation and the Black human body. Awusi also operates through the Black soil of Asaase (Earth) and teaches us how to nationbuild and institute various methods of food production, food preservation, and culturally grounded institutions. Akanfo (Akan people) born on Awusida/Akwesida (Sunday) under Awusi and His Wife, Esi, are called to exemplary leadership and the establishment of civilization, protocols, and institutions.

Animal totem: Opatuo (Owl)
Weekday: Sunday
Number: 1
Colors: Tuntum (Black), Bun (Green), Fufuo (White)
Herbs: Sage, Mint, Hyssop, Ashwagandha, Dandelion, Burdock.
Incense: Frankincense, Myrrh
Chakra: Mer (Third Eye, First Eye)
Crystals: Green tourmaline, malachite, moonstone, diamonds, and clear quartz.
Tools: Horsetail fly whisk, talismans, swords, staffs.
Vegan Foods: Black, green, and white fruits and vegetables.
Vegan Offerings: No spicy foods. Salt and hearts of palm are taboo. Indian ricegrass (sand rice grass), Black rice, African rice (Carolina rice), white yams, turnips, arugula, dandelion. Water and occasional palm wine libations.

* In Akan culture, Ausar and Auset are called Awusi and Esi when operating through the Owia (Sun) on Sunday and Adwo and Adwoa when operating through the Bosom/Osrane (Moon) on Monday.

## ESI (AUSET)
River waters (Water Element)



Adwoa (ah'-joh-ah') is the Obosom (Deity/Goddess) in Akan culture that governs Dwooda (Monday). Adwoa is called Auset, Oodua, Oduduwa, Idemilli, and Minona in other Afurakani/Afuraitkaitnit (African) cultures. Adwoa maintains regulatory Order in Creation amongst the planets, stars, suns, moons, oceans, winds, plant life, animal life, mineral life, Black human life, your organs and systems, and spiritual potencies/forces. She operates as the Divine Reproductive System in both Creation and the Black human body. Adwo also operates as the bodies of rivers on Asaase (Earth) and teaches us to nation build and institute various methods of food production, food preservation, and holistic medicine. Akanfo (Akanfo people) born on Dwooda (Monday) as children of Adwoa and Her Husband, Adwo, inherit matrilineal executive authority and engage in revolution and resolution to perpetuate Black sovereignty.

Animal totem: Okore (Eagle), Owo (Snake), Nantwi (Cow)
Weekday: Monday
Number: 2
Colors: Kokoo (Red), Fufuo (White), Bibire (Blue), Tuntum (Black)
Herbs: Dandelion, Geranium, Ginger, Hibiscus, Saffron, Sage, Ashwagandhan,
Goldenseal. Incense: Myrrh, Rose, Frankincense
Flowers: Rose, Lotus, Jasmine
Chakra: Sacral (Root)
Crystals: Moonstone, diamonds, obsidian, carnelian, red jasper, citrine, pearls, and clear
quartz. Tools: Horsetail fly whisk, talismans, swords, staffs.
Vegan Foods: Red, White, Blue, and Black fruits and vegetables
Vegan Offerings: Hearts of palm are taboo. Moruga Hill rice (Upland Red Bearded rice), Black Rice, blue lotuses, grapes, dates, myrrh, tea, rose. Water and occasional palm wine libations.

* In Akan culture, Ausar and Auset are called Awusi and Esi when operating through the Owia (Sun) on Sunday and Adwo and Adwoa when operating through the Bosom/Osrane (Moon) on Monday.

## **BENA (HERU BEHUDET)**
Thermosphere/Ionosphere (Fire element)



Bena (beh'nah) is the Obosom (Deity/God) in Akan culture that governs Benada/Abenaada (Tuesday) and operates through the planet Bena (Mars). Bena is Heru Behdety, Herukhuti, Sekhem, and Ogun in other Afurakani/Afuraitkaitnit (African) cultures. Bena is the Enforcer of Nyamewaa-Nyame Nhyehyee (Divine Order) in Creation. He operates as the Principal Agent of the Divine Hate (Kyi) of Nyamewaa-Nyame (The Supreme Being). Bena operates as the Divine Immune System in Creation and teaches us to nation build through the implementation and maintenance of military structure. Akanfo (Akan people) born on Benada/Abenaada (Tuesday) under Bena and His Wife, Abenaa, are focused on and committed to the eradication of disorder and its purveyors.

Animal totem: Okoroma (Hawk)
Weekday: Tuesday
Number: 3
Colors: Bun (Green), Tuntum (Black)
Herbs: Dandelion, Astragulus, Burdock, Tarragon, Rosemary, Burdock, Hibiscus, Fennel, Aloe Vera, Garlic, Ginger, Cayenne.
Chakra: Ob (Solar Plexus)
Crystals: Black tourmaline, black onyx, bloodstone, tiger's eye, topaz, and
quartz. Tools: Hammer, anvil, machete, hoe, shovel, pick, pike, rake, all
weapons.
Vegan Foods: Red, Green, and Black fruits and vegetables.
Vegan Offerings: Red bell peppers, red onions, slippery elm, elderberry, cinnamon, dandelion, rosemary, arugula, moringa, licorice, ginger. Water and occasional palm wine libations.

## ABENAA (SEKHMET)
Earth's inner-core (Fire element)



Abenaa (ah' beh nah) is the Obosom (Deity/Goddess) in Akan culture that governs Abenaada/Benada (Tuesday) and operates through the planet Abenaa (Mars). Abenaa is called Sekhet, Iyaami Abeni, Nyohwe Ananu in other Afurakani/Afuraitkaitnit (African) cultures. Abenaa is the Enforceress of Nyamewaa-Nyame Nhyehyee (Divine Order) in Creation. She operates as the Principal Agentess of the Divine Hate (Kyi) of Nyamewaa-Nyame (The Supreme Being). Abenaa operates as the Divine Lymphatic System, the law enforcement structure within Creation and teaches us the art of war, healing, and epidemics. She is also the Obosom (Deity/Goddess) of healing and menstruation. Akanfo (Akan people) born on Benada/Abenaada (Tuesday) under Abenaa and Her Husband, Bena, are focused on and committed to the eradication of disorder and its purveyors.

Animal totem: Gyatabere (Lioness), Oprammiri (Cobra)
Weekday: Tuesday
Number: 4
Colors: Kokoo (Red)
Herbs: Dandelion, Astragulus, Burdock, Tarragon, Rosemary, Burdock, Hibiscus, Fennel, Aloe Vera, Garlic, Ginger, Cayenne.
Incense: Dandelion, Burdock, Garlic, Ginger, Cayenne.
Flowers: Roses, Jasmine, Lilac, Lavender, Honeysuckle, Snapdragon
Chakras: Ob (Solar Plexus)
Crystals: Bloodstone, red diamonds, red carnelian, tiger's eye, topaz, and ruby.
Tools: Swords, knives, all weapons.
Vegan Foods: Red fruits and vegetables.
Vegan Offerings: Red bell peppers, red onions, slippery elm, elderberry, cinnamon, dandelion, rosemary, arugula, moringa, licorice, ginger. Water and occasional palm wine libations.

## **AKUA (NEBTHET)**
Rain waters (Water Element)



Akua (ah-koo'-ah) is the Obosom (Deity/Goddess) in Akan culture that governs Akuada/Awukuda (Wednesday) and operates through Akua (Mercury). Akua is called Agberu, Konikoni, and Nebt Het in other Afurakani/Afuraitkaitnit (African) cultures. Akua the Divine Courieress, Protectress, Governess of Ritual and Nurse Mother. Akua is the Obosom Who governs the Divine Renal System, the fluid-balancing and excretory structure of Abode (ah-baw'-deh/Creation) – The Divine Body of Nyamewaa-Nyame (The Supreme Being) and the renal system in the Black human body. Akua also governs the excretory function of lactation (nursing) and the rain-waters (lactation) of Asaase Afua (Earth Mother) and teaches us to nation build through emotional balancing and ritual offerings to the Abosom (Deities/Forces In Creation) and Nanasom Nsamanfo (Honorable Ancestors & Ancestresses). Akanfo (Akan people) born on Akuada/Awukuda (Wednesday) under Akua and Her Husband, Awuku, are to remain emotionally balanced and invoke the power of the Abosom (Deities/Forces In Creation) and Nanasom Nsamanfo (Honorable Ancestors & Ancestresses) through ritual offerings.


Animal totem: Okoroma (Hawk)
Weekday: Wednesday
Number: 5
Colors: Tuntum (Black)
Flowers: Lotus
Chakra: Sekhem (Throat)
Herbs: Red Clover
Crystals: Black tourmaline, rock crystal, clear quartz, black onyx, and calcite.
Tools: Kukua (earthen vessels), Ankh
Vegan Foods: Black, Blue, and Purple fruits and vegetables.
Vegan Offerings: High water content foods, vegan milks, bell peppers, pumpkins, grapes, water. Water and occasional palm wine libations.

## AWUKU (SET)
Red Earth (Earth element)



Awuku (ah-woo'-koo) is the Obosom (Deity/God) in Akan culture that governs Awukuda/Akuada Wednesday and operates through Awuku (Mercury). Awusi is called Esu, Legba, and Elegbara in other Afurakani/Afuraitkaitnit (African) cultures. Awuku is the Divine Messenger & Communicator. He governs the Divine Nervous System, the communicative structure of Abode (ah-baw'-deh/Creation) - the Divine Body of Nyamewaa-Nyame (The Supreme Being) and thus the nervous system (peripheral) within the Black human body. Awuku communicates the relationship between cause and effect, thereby teaching us the importance of nationbuilding through sound Afurakani/Afuraitkaitnit (African) Ancestral religious and cultural practices, making the distinction between our needs versus our desires when petitioning Divine in prayer. Akanfo (Akan people) born on Awukuda/Akuada (Wednesday) under Awuku and His Wife, Akua, are mandated to surrender to the Abosom (Deities/Forces In Creation) and Nanasom Nsamanfo (Honorable Ancestors & Ancestresses) by engaging in akom (spirit possession) and nkom (spirit communication) convey the resulting Divine knowledge to the Black community in order to restore Nyamewaa-Nyame Nhyehyee (Divine Order) and establish culturally authentic institutions of education and training.

Animal totem: Ananse (Spider)
Weekday: Wednesday
Number: 6
Colors: Kokoo (Red), Tuntum (Black)
Herbs: Red Clover
Chakra: Sekhem (Throat)
Crystals: Black tourmaline, carnelian, clear quartz, black onyx, tiger's eye, and calcite. Vegan Foods: Red, Blue and Purple fruits and vegetables.
Vegan Offerings: Spiced coffee, Black rice, vegan meats, pepper, ginger, garlic, sweet foods, beans, coined money, palm oil. Water and occasional palm wine libations.

## YAW (HERU)
Thunder & Lightning/Earth's
outer-core (Earth element)



Yaw (yah'-ooh) is the Obosom (Deity/God) in Akan culture that governs Yawda (Thursday) and operates through Yaw (Jupiter). Yaw is called Shango, Heviosso/So in other Afurakani/Afuraitkaitnit (African) cultures. He is the Obosom (Deity/God) of Bravery, Strength, and Kingship/Rulership. Yaw governs the Divine Cardiovascular System, a governmental structure within Abode (ah-baw-deh'/Creation) - the Divine Body of Nyamewaa-Nyame (The Supreme Being) and thus the cardiovascular system within the Black human body. Yaw teaches us to nationbuild by relentlessly confronting and eradicating disorder and its purveyors physically and through the establishment and maintenance of government rooted in equity and democracy. Akanfo (Akan people) born on Yawda/Yaada/Aabada (Thursday) under Yaw and His Wives, Yaa & Aaba, are naturally inclined to lead, regulate order, and eradicate disorder and its purveyors.

Animal totem: Okoroma (Hawk)
Weekday: Thursday
Number: 7
Colors: Kokoo (Red), Fufuo (White)
Herbs: Hawthorne berry, Hibiscus, Ginger
Chakra: Khepera (Heart)
Crystals: Red carnelian, red tiger's eye, poppy jasper, clear quartz, diamonds, and rose quartz. Tools: Axe, machete.
Vegan Foods: Red and white fruits and vegetables.
Vegan Offerings: Spicy foods. Teosinte (indigenous corn) porridge, red bell pepper soup, amaranth, sorghum, white yam, turnips, tortilla, kisra, taro, arugula, and chili. Water and occasional palm wine libations.

## YAA (UATCHET/WADJET)
Winds (Air element)



Yaa (ya-ah) is the Obosom (Deity/Goddess) in Akan culture that governs Yaada/Aabada/Yawda (Thursday) and operates through Yaa (Jupiter). Yaa is called Oya, Avedji Da in other Afurakani/Afuraitkaitnit (African) cultures. She is the Obosom (Deity/Goddess) of Fighting and Punishment, and is Protectress of Royal Sovereignty. Yaa along with Her Twin Sister Aaba, govern the Divine Magnetosphere, a governmental structure preserving stability within Abode (ah-baw-deh'/Creation) - the Divine Body of Nyamewaa-Nyame (The Supreme Being) and thus the magnetosphere permeating Asaase Afua (Earth Mother) and the Black human body. She teaches us to nationbuild by engaging in thoughts, intentions, and actions that perpetuate self and communal sovereignty. Akanfo (Akan people) born on Yaada/Aabada/Yawda (Thursday) under Yaa and Her Husband, Yaw, function to preserve and protect the sovereignty, independence, and stability of the nation.

Animal totem: Oprammiri (Cobra)
Weekday: Thursday
Number: 8
Colors: Bun (Green), Bibire (Blue)
Herbs: Hawthorne berry, Hibiscus, Ginger
Chakra: Khepera (Heart)
Crystals: Green tourmaline, aquamarine, turquoise, emerald, and apatite.
Tools: Wind, Gravity
Vegan Foods: Green and blue fruits and vegetables.
Vegan Offerings: Wholesome, nutritious, natural foods. Well seasoned. No salt. Homemade black soybean tofu (use palm wine vinegar), black eyed peas with onions and bell peppers, mashed beans, pumpkin, palm oil, and grapes. Water and occasional palm wine libations.

## AABA (NEKHBET/NEKEHBET)
Magnetosphere (Air element)



Aaba (aah'-bah) is the Obosom (Deity/Goddess) in Akan culture that governs Aabada/Yaada/Yawda Thursday and operates through Aaba (Jupiter). Aaba is called Oba, Ayaba in other Afurakani/Afuraitkaitnit (African) cultures. She is the Obosom (Deity/Goddess) of Resistance and Punishment, and is Protectress of Royal Sovereignty. Aaba along with Her Twin Sister Yaa, govern the Divine Magnetosphere, a governmental structure preserving stability within Abode (ah-baw-deh'/Creation) - the Divine Body of Nyamewaa-Nyame (The Supreme Being) and thus the magnetosphere permeating Asaase Afua (Earth Mother) and the Black human body. She teaches us to nationbuild by guarding against thoughts, intentions, and actions that contribute to disorder and/or a lack of discipline, self control. Akanfo (Akan people) born on Aabada/Yaada/Yawda (Thursday) under Aaba and Her Husband, Yaw, relentlessly resist and guard against disorder, and strike, punish, and eradicate purveyors of disorder.

Animal totem: Apete (Vulture), Oprammiri (Cobra)
Weekday: Thursday
Number: 9
Colors: Tuntum (Black), Bun (Green), Fufuo (White)
Herbs: Hawthorne berry, Hibiscus, Ginger
Chakra: Khepera (Heart)
Crystals: Emerald, malachite, black onyx, clear quartz, diamonds, and pearls.
Tools: Wind, Gravity
Vegan Foods: Black, green, and white fruits and vegetables.
Vegan Offerings: Wholesome, nutritious, natural foods. Well seasoned. No salt. Homemade black soybean tofu (use palm wine vinegar), black eyed peas with onions and bell peppers, mashed beans, pumpkin, palm oil, and grapes. Water and occasional palm wine libations.

## AFI (HET HERU)
Stratosphere (Air element)



Afi (ah-fee'), also known as Afua (ah-foo-ah), is the Obosom (Deity/Goddess) in Akan culture that governs Fida (Friday) and operates through the Afi (Venus). Afi is called Oshun in various other Afurakani/Afuraitkaitnit (African) cultures. Afi is referred to as a Wanderer, Traveler; Adventurous, Innovative, Creative. Afi governs the sensual attraction which is the precursor to sexual activity (pro-creative activity) and which replenishes its harmony (pleasure). Afi also governs the Divine Reproductive System, the procreative/creative structure in Abode (ah-baw'-deh/Creation) – the Divine Body of Nyamewaa-Nyame (The Supreme Being) and thus the reproductive system within the Black human body. Akanfo (Akan people) born on Fida (Friday) under Afi and Her Husband, Fi, are naturally creative, achieve balance, and manifest harmony through art, painting, music, dance, cuisine, photography, construction, architecture, interior design, entrepreneurship, etc.

Animal totem: Nantwi (Cow)
Weekday: Friday
Number: 10
Colors: All colors
Herbs: Hibiscus, Calendula
Flowers: Rose, Lotus
Chakra: Tekh (Sacral)
Crystals: Rose quartz, moonstone, diamonds, carnelian, citrine, pearls.
Vegan Foods: Orange fruits and vegetables.
Vegan Offerings: Homemade and naturally sweetened chocolate, raw unfiltered honey, mangoes (excludes yellow mangoes, champagne mangoes, Keitt mangoes), cinnamon, seeded grapes, white yams, turnips, guava, roses, dates. Water and occasional palm wine libations.

*In Akan culture, Het Heru and Men (Min) are called Amenmenewaa and Amen Men when operating through the okyin (planet) Amene and are called Afi and Fi (also Fii) (Fait and Fai in Kamit) when operating through the okyin Afi.

## AMEN-MEN
Polar axis (Earth element)



Amen-Men (ah-mehn'-mehn) is the Obosom (Deity/God) in Akan culture that governs Menmeneda (Saturday) and operates through the Amene (Saturn). Amen-Men is called Min, Amen-Min, Orisha Oko in other Afurakani/Afuraitkaitnit (African) cultures. Amen-Men is referred to as the Ancient One; Defender of the Past. He is a Obosom (Deity/God) of Creation, a repository of Ancestral Tradition and Protocol. Amen-Men governs the Divine Axis/Central Nervous System, a regulatory structure within Abode (ah-baw-deh'/Creation) – the Divine Body of Nyamewaa-Nyame (The Supreme Being) and thus the axis/central nervous system (brain and spinal column) within the Black human body. Amen-Men helps us tap into our Ancestral memories, knowledge, and tradition and teaches us to nationbuild through the construction of homes, buildings, and infrastructure, as well as farming and manufacturing. Akanfo (Akan people) born on Menmeneda (Saturday) under Amen-Men and His Wife, Amenmenewa, are called to model and teach authentic Ancestral protocols and traditions.

Animal totem: Nantwinini (Bull)
Weekday: Saturday
Number: 11
Colors: Fufuo (White)
Herbs: Lavender
Chakra: Ikh (Crown)
Crystals: Amethyst, alexandrite, diamond, clear quartz.
Tools: Garden hoe
Vegan Foods: Purple fruits and vegetables.
Vegan Offerings: African rice (Carolina rice), black eyed peas, black soybeans, mung beans, amaranth, sorghum, white yams, turnips, taro, teosinte (indigenous corn). Water and occasional palm wine libations.

*In Akan culture, Het Heru and Men (Min) are called Amenmenewaa and Amen Men when operating through the okyin (planet) Amene and are called Afi and Fi (also Fii) (Fait and Fai in Kamit) when operating through the okyin Afi.

**PHYSICAL BODY SHRINES:**

Endocrine system, pituitary gland, penis (male) – shrine of Ausar

Neck, Pituitary gland, uterus and vagina (female), prostate and penis (male) – shrine of Auset

Immune system – shrine of Heru Behudet

Lymphatic system – shrine of Sekhemet

Renal system – shrine of Nebt Het

Nervous system (peripheral), Gonads (ovary and testes production)  – shrine of Set

Cardiovascular system, heart, buttocks – shrine of Heru

Bronchial tree within the heart/lung complex – shrines of Uatchet & Nekhetbet

Face, Eyes, Fallopian tubes, vulva (female), epididymis (male) - shrine of Het Heru

Axis/central nervous system (brain and spine/spinal column) – shrine of Amen Men

Hips and thighs – shrine of Nut

Hair – shrine of Nu

Face – shrine of Ra

Pharynx and nasal cavity – shrine of Hat Mehit

Ear canals leading to the vestibular system – shrines of Maa & Maat

Ears – shrine of Ap-uat

Nose – shrine of Khent-sheps

Lips – shrine of Anpu

Tongue, pineal gland – Tehuti

Pineal gland - Seshat

Teeth – shrine of Khepera

Adrenal glands – Mentu Ra

Hands – shrine of Khunemu, the lord of Tattu

Forearms – the shrine of Neith, the Lady of Saut

Backbone – shrine of Sut

Breasts – shrine of Typhon

Belly and backbone – shrine of Sekhet

Liver – shrine of Musut

Blood – shrine of Mu Hapi

Fingers and leg bones – shrine of Auraut

Kidneys, region of the kidneys, loins – shrine of Kher-aba.

Brain (thought forms, images, ideas) and feet – shrine of Ptah

Pericardium – Bast


**<u>House of the chakra chambers – shrine of Hapi</u>**

Chakra 1: Root or Base (Perineum) – shrine of Auset

Chakra 2: Sacral (Tailbone) – shrine of Het Heru

Chakra 3: Solar Plexus (Opposite navel) – shrine of Heru Behudet & Sekhmet

Chakra 4: Heart (Opposite heart) – shrine of Heru, Uatchet, and Nekhebet

Chakra 5: Throat (Opposite throat) – shrine of Set and Nebt Het

Chakra 6: Brow or Third Eye – shrine of Ausar

Chakra 7: Crown of the head – shrine of Amen Men

## 30 BLACK ANCIENT HEALING PRACTICES

Many of these healing practices can be self facilitated with proper instruction. We encourage you to take time to learn about each discipline and consider scheduling a consultation with a Black holistic health practitioner in your local area.

1. Kamit (Kemetic) Reiki

Kamit (Kemetic) Reiki, also known as reiki for Black people, is an ancient healing modality that uses energy in many forms for healing that was practiced by the priests, priestesses, physicians, laymen, and laywomen of ancient Kamit (Egypt). It is ideal for use in healing grief, anger, anxiety, addiction, depression, heartbreak, heartache, and all traumas - including slavery, racism, and oppression.

2. Crystal Therapy

Crystal therapy is an alternative-medicine practice that uses precious and semi Sakamoto precious stones, and crystals to heal.

3. Herbal Remedies

The use of plant medicine to heal.

4. Sound Therapy

The use of harmonious, therapeutic, and high vibration sounds to heal.

5. Reflexology

The application of gentle pressure on specific points along the hands, feet, and ears to heal.

6. Iridology

The use of patterns and colors on the iris of the eye to diagnose and treat sickness, illness, and disease.

7. Sweat Lodge

Sweat lodges are typically heated, dome-shaped structures used by Indigenous peoples for healing, purification, vision quests, and Rites of Passage.

8. Aromatherapy

The use of aromatic plant extracts and essential oils to achieve and maintain optimal health.

9. Dietary

Changing the manner in which you prepare, process, cook, and consume food in order to maximize your nutrition intake and achieve vibrant health.

10. Ankh (Yoga)

Ankh (Yoga), which originates in ancient Kamit (Egypt), is a form of ritual movement which balances, detoxifies, and heals the body.

11. Susuwho (Meditation)

Meditation allows us to transfer our conscious focus from the external plane to the internal planes, and thereby consciously participate in the spirit world.

12. Breathing Techniques

Developing an awareness of your breath that promotes calm, healing, and proper use of energy.

13. Mpaebo (Prayer) & Affirmations

Ridding yourself of worry, fear, and doubt in order to petition Divine to supply your needs and wants as a reward for choosing to live with good character.

14. Asuman (Talismans & Amulets)

A ritual object, often jewelry, created or fashioned to spiritually protect the wearer.

15. Magnet Therapy

An alternative medicine approach which uses magnets to relieve pain and promote healing.

16. Intermittent Fasting

An eating plan that alternates between eating and abstaining from eating for designated period time, often for religious or healing purposes.

17. Ear Candling

An alternative medicine approach which consists of placing the tapered end of an ear candle in a person's ear while the other end of the candle is lit to remove earwax and other impurities.

18. Color Therapy

A form of therapy, which originates in ancient Kamit (Egypt), that uses color and light to raise your vibrational frequency and treat certain mental, physical, and spiritual conditions.

19. Kamit (Kemetic) & Adinkra Symbols

A form of energy healing, which originates in ancient Kamit (Egypt), that uses energetic matrices (symbols) to raise your vibrational frequency and treat certain mental, physical, and spiritual conditions.

20. Massage Therapy

Manipulation of the body's soft tissues to relieve pain and facilitate healing.

21. Spiritual Baths

A ritual bath which involves the use of water via submersion to clear or reset your energy, and manifest intentions.

22. Smudging

A purification ritual, which originates in ancient Kamit (Egypt), that consists of igniting a bundle of dried herbs and waving the smoke to purify, renew, and cleanse the mind, body, and spirit.

23. Karkar (Chakra) Balancing

A form of energy healing that focuses on channeling energy into the seven chakras

24. 42 Laws of Maat

Ritually invoking 42 specific Deities on A daily basis to live a life of good character through obedience to the 42 Laws of Maat.

25. Acupuncture

Meticulously pricking specific skin tissue with needles in order to alleviate pain and treat various physical, mental, spiritual, and emotional conditions.

26. Okraguare (Soul-Washing/Head-Cleansing)

A spiritual ritual which consists of cleansing the head with the sacred water. In Akan culture this ritual is performed on the day of the week the individual was born. However, every Mani (Native) African &

Abibibrifo Fie Deɛ (Black Indigenous) culture approaches this ritual observation in their own unique way.

27. Enemas & Colonics

Flushing waste from the colon via water introduced into the rectum. Enemas involve a one-time infusion of water into the colon and colonics involve multiple infusions.

28. Ritual Celibacy

Abstaining from sex to facilitate spiritual purification.

29. Distance Energy Healing

An ancient healing modality that uses energy to heal individuals that are often hundreds and even thousands of miles away.

30. Adebisa (Divination)

To make inquiry or ask Divine to share wisdom that will assist you in living a life with good character and free of disorder and chaos.

*Special candles are used for ear candling. Ear candles are made of unbleached cotton or linen, soaked in beeswax, shaped into a hollow cone or cylinder, with one end tapered for easier insertion into the ear canal.

## ANNUAL BLACK OBSERVANCES & HOLIDAYS

*We as Black people participate in trustorical Black observances and holidays to reinforce and perpetuate our Black indigenous religious and cultural customs and traditions across the globe, including but not limited to..*

**Akwasidae/Awusidae & Awukudae** - The nine cyclical Akwasidae/Awusidae (Sundays) and nine cyclical Awukudae (Wednesdays) in which we take rest from the physical realm and focus on our spiritual development in the Ancestral Realm, pour ohwie (libation) and give aforebode (offerings) to the Abosom (Gods/Goddesses/Forces In Nature) and Nananom Nsamanfo (Honorable Ancestors & Ancestresses), and we awaken recommitted to our nkra/nkrabea (Divine Function/Life Purpose/Destiny). For more detailed information, visit https://www.odwirafo.com/akwasidaepage.html

**January 5th & 6th** - Festival of Auset (Goddess/Force In Nature).

**January 9th** - Feast of Sokar (God/Force In Nature).

**January 20th** - Day of Making Way for Khunem (God/Force In Nature), which includes overcoming hypocrisy, receiving abundance, and Divine unification.

**February 1st through February 28th/29th** - Black History Month is a full month observance in which Black people study, celebrate, and commemorate the triumphs, sacrifices, and achievements of Black Ancestors & Ancestresses, especially those who lived in North America.

**February 4th** - Feast of Heru (God/Force In Nature).

**March 1st** - Awoda (birthday) of Nana Yao (Dr. Bobby E. Wright). **March 13th** - Offerings to Gods/Force In Nature; Ra, Ausar, Heru, Ptah, and Atem. **March 18th** - Awoda (birthday) of Nana Akousia Boduaa (Dr. Frances Cress Welsing). **March 21st** - Festival of Auset (Goddess/Force In Nature).

**April 2nd** - Maa (God/Force In Nature) & Maat (Goddess/Force In Nature) judge the Spirits of those who have transitioned (died) before the (Gods/Goddesses/Forces In Nature).

**April 13th** - Festival of Heru (God/Force In Nature).

**May 1st** - Originally known as Decoration Day, Memorial Day, and presently celebrated the last Monday in May, is a holiday founded by our Nsamanfo (Ancestors & Ancestresses) on May, 1, 1865 in Charleston, SC to honor 257 dead Union Soldiers who had been buried in a mass grave in a

Confederate prison camp. They dug up the bodies and worked for 2 weeks to give them a proper burial as gratitude for fighting for their freedom. They then held a parade of 10,000 people led by 2,800 Black children where they marched, sang and celebrated.

**May 10th** - The Day of Purifying All Things.

**May 12th** - The Day Tehuti (God /Force In Nature) convinced Tefnut.(Goddess/Force In Nature), the Wife of Shu, to return to Kamit (Egypt) and end the suffering of the people.

**The Last Monday of May -** Memorial Day, originally known as Decoration Day and presently celebrated the last Monday in May, is a holiday founded by our Nsamanfo (Ancestors & Ancestresses) on May, 1, 1865 in Charleston, SC to honor 257 dead Union Soldiers who had been buried in a mass grave in a Confederate prison camp. They dug up the bodies and worked for 2 weeks to give them a proper burial as gratitude for fighting for their freedom. They then held a parade of 10,000 people led by 2,800 Black children where they marched, sang and celebrated.

**May 17th** - Awoda (birthday) of Dr. Hawa Abdi.

**May 19th** - Awoda (birthday) of Nana Kwabena Akosan (Malcolm X).

**May 28th** - Awoda (birthday) of Betty Shabazz.

**June 2nd** - Nana Abenaa Aramina (Harriet Tubman) led an armed militia that freed over 700 enslaved Black men, women, and children in South Carolina in 12863 (1863).

**June 5th** - Awoda (birthday) of Asafohene Yaw Pereko Baakan Aaebo Akhan, who gave himself as a martyr in 13019 (2019) to reclaim and reestablish the 35,000 year old sovereign land, sovereignty trustory, and sovereign Abusua (Clans) of Asanteman, Akwamuman, Kansa Asante Ahemman Amaruka Atfif Mu (Asane Nation, Akwamu Nation, and Kansa Asante Empire In North America).

**June 14th** - Feast of Rait (Goddess/Force In Nature).

**June 19th -** Juneteenth celebrates the culmination of a series of events initiated by Black people, including the Black Seminole Wars that bankrupted the United States and Black contributions to the Civil War, all of which ultimately forced the end of slavery in the United States. It is also an Ancestral communication observance, in that it was via our communication with our Honorable Ancestors & Ancestresses that we learned the best time and means to wage war against our absolute enemies; akyiwadefo (white people).

**July 2nd** - Awoda (birthday) of Okofo (Warrior) Maa Ka (Micah Xavier Johnson).

**July 12th** - Birthday of Ausar (God/Force In Nature). Awoda (birthday) of Nana Kwame Afrani (George Washington Carver).

**July 14th** - Birthday of Auset (Goddess/Force In Nature). Feast of Min (God/Force In Nature). Nana Okofo (Warrior) Kwabena (Denmark Vesey) planned to execute the largest uprising in the trustory (true story) of the Mmusuo Kese (Great Perversity/Enslavement Era) on this day, organizing more than 9,000 Black men and women to massacre the whites.

**July 17th** - Awaree (Marriage) of Ausar (God/Force In Nature) & Auset (Goddess/Force In Nature) Afahye (Festival). Awoda (birthday) of Okofo (Warrior) Setep en Ra (Gavin Eugene Long).

**July 25th** - Birthday of Ohemma (Queen) Hatshepsut, who successfully ruled Kamit (Egypt) for 22 years.

**August 1st through August 31st** - Black August is an annual observance, similar to Black History Month, in which Black people study, celebrate, and commemorate the triumphs, sacrifices, and achievements of Black Ancestors & Ancestresses, especially those who lived in North America. Great focus is placed on successful past revolution and resolution events.

**August 2nd** - Indigenous Afurakani/Afuraitkaitnit (African) Amarukani/Amarukaitnit (American) Day of the Dead.

**August 10th** - Feast of the Light of Auset (Goddess/Force In Nature).

**August 21st** - The First Day of Harvest. Ahehyiapa Da (New Year's Day) of many Asante (Akan) people, and specifically the Asanteman Amaruka Atifi Mu (Asante Nation In North America). Great Feast of the Abosom (Gods/Goddesses/Forces In Nature). Okofo Yaw (Nat Turner) led the most successful unplanned slavery rebellion, killing sixty white men, women, and children in Southampton County, Virginia.

**August 21st** - The First Day of Harvest. Ahehyiapa Da (New Year's Day) of many Akan people Amaruka Atifi Mu (Nation In North America), and specifically the Asanteman Amaruka Atifi Mu (Asante Nation In North America). Great Feast of the Abosom (Gods/Goddesses/Forces In Nature). Okofo Yaw (Nat Turner) led the most successful unplanned slavery rebellion, killing sixty white men, women, and children in Southampton County, Virginia.

**August 24th** - Awoda (birthday) of Okofohemma (Queen Warrioress) Korryn (Korryn Shandawn Gaines.

**August 30th** - Feast of Ausar (God/Force In Nature).

**August 31st** - Raising of the undressed Djed Pillar - the 'backbone' totem of Ausar (God/Force In Nature).

**September 1st** - The First Day of Tilling The Soil.

**September 2nd**- Awoda (birthday) of Ohemma (Queen) Lili'uokalani of Hwanyan (misnomered Hawaii).

**September 16th/17th to September 22nd/23rd -** Seven day Obradwira Afahye (New Year Celebration) of many Akan people in Amaruka Atifi Mu (Nation In North America), and specifically the Akwamuman Amaruka Atifi Mu (Akwamu Nation In North America), with the culmination taking place on the Autumn Equinox.

**September 20th** - Awoda (birthday) of Okofohemma (Queen Warrioress) Korryn (Korryn Shandawn Mu (Asante Nation In North America).

**September 22nd/23rd** - Obradwira Da (New Year's Day) of Akwamuman Amaruka Atifi Mu (Akwamu Nation In North America) on the Autumn Equinox.

**September 26th** - Awoda (birthday) of Winnie Mandela.

**October 2nd** - Awoda (birthday) of Nana Okofo (Warrior) Yaw (Nat Turner).

**October 17th** - Awoda (birthday) of Okofohemma (Warriorress Queenmother) Yaa Asantewaa.

**November 1st through November 30th** - Voodoo New Year Celebration of Ewe & Fon people in North America, and especially Louisiana.

**November 18th through November 22nd** - Give Offerings to Sekhmet (Goddess/Force In Nature) & Purify Your Creative Flame (Spirit) & Soul.

*In Akan culture, the creative flame is referred to as 'bogya'.

**November 23rd** - Asafohene (Warrior King) Nyamma Kakadu ('High John The Conqueror') led the first recorded revolt on St. John Island in 12733 (1734), seizing authority and control of the

entire island until August 12734 (1734).

**December 12th/13th through December 21st/22nd** - The ten days leading up to the winter solstice signify The Resurrection of Ausar (God/Force In Nature) observance. A day of designated worship and offerings to Ausar (God/Forces In Nature) takes place the preceding Awusida/Akwesida (Sunday) of the Winter Solstice.

**December 19th** - Feast of Auset (Goddess/Force In Nature).

**December 25th** - The birth of Heru (God/Force In Nature), Son of Ausar (God/Force In Nature) & Auset (Goddess/Force In Nature). Raising of the Djed Pillar - the 'backbone' totem of Ausar (God/Force In Nature). The djed pillar is raised, put into place and dressed. The solar disk on the top in between the two tall feathers is shown, with Wadjet and Nekhebet sitting inside of the disk. This is the origin of the raising up and putting into place the 'christmas tree'.

**December 26th through January 1st** - Arthur J. Graham wrote the Seven Principles for Malcolm X's Inaugural meeting launching the Organization of Afro American Unity (OAAU) on June 24-28, 1964 in Audubon Ballroom. The Black Student Council (BSC) delegate was Josh Von Woolfolk, a public speaker known for his eloquent presentations, chosen by Art Graham to present the seven principles. Kwanza was NOT created by Maulana Karenga. Each of the seven days of Kwanzaa is dedicated to one of the principles, as follows:

1. *Umoja* (Unity): To strive for and to maintain unity in the family, community, nation, and race.
2. *Kujichagulia* (Self-determination): To define and name ourselves, as well as to create and speak for ourselves.
3. *Ujima* (Collective work and responsibility): To build and maintain our community together and make our brothers' and sisters' problems our problems and to solve them together.
4. *Ujamaa* (Cooperative economics): To build and maintain our own stores, shops, and other businesses and to profit from them together.
5. *Nia* (Purpose): To make our collective vocation the building and developing of our community in order to restore our people to their traditional greatness. 6. *Kuumba* (Creativity): To do always as much as we can, in the way we can, in order to leave our community more beautiful and beneficial than we inherited it. 7. *Imani* (Faith): To believe with all our hearts in our people, our parents, our teachers, our leaders, and the righteousness and victory of our struggle.

**December 29th** - Feast of Sekhmet (Goddess/Force In Nature).

*Note: With a few exceptions, Kamiti (Egyptian) holidays in Afuraka/Afuraitkait (Africa) are celebrated in Asanteman Amaruka Atifi Mu (Asante Nation In North America) two days prior and may vary in length.*

**BIBLIOGRAPHY**

U.S. Constitution

Kansas Constitution

Civil Rights Act of 1866

Dawes Act of

Bosone Bill

Seminole

Kanza Treaty of 1825, 1846, and 1859

Treaty agreements executed between the United States and the Five Civilized Tribes; Cherokee Nation on July 19, 1866, Chickasaw Nation on April 28, 1866, Choctaw Nation on April 28, 1866, Muscogee (Creek) Nation on June 14, 1866, Seminole Nation on March 21, 1866

Treaty agreements between Hwanyan (Hawaii) and the United States; the1849 Treaty of Friendship, Commerce, and Navigation, 1875 Reciprocity Treaty, 1883 Convention Concerning the Exchange of Money Orders, and 1884 Reciprocity Convention

The Autobiography of Malcolm X by Alex Haley and Malcolm X

Harriet Tubman: The Moses of Her People by Sarah Bradford

The Isis Papers: The Keys to the Colors by Dr. Frances Cress-Welsing

The Psychopathic Racial Personality and Other Essays by Dr. Bobby E. Wright

How to Make A Negro Christian by Kamau Makesi-Tehuti
Dictionary of the Asante and Fante Language Called Tshi (Twi) by Rev. J. G. Christaller (1933)
Africanisms in the Gullah Dialect by Lorenzo Dow Turner
Cloth as Metaphor by Kojo Arthur

Article: Native American History in Kansas by Kathy Alexander/Legends of Kansas, updated February 2023. Though not verbatim, the majority of the historic text of this article was published in Kansas: A Cyclopedia of State History, Volume I; edited by Frank W. Blackmar,  A.M. Ph. D.; Standard Publishing Company, Chicago, IL 1912.

Article: Ancient Egyptians Had Vegetarian Diet, Mummy Study Shows What Ancients Ate by.*Alexander Hellemans*. Inside Science. May 10, 2014, 09:40 AM EDT.
.https://www.huffpost.com/entry/egyptians-vegetarian-mummy-study_n_5297691?fbclid=IwAR2QpbjmQPxNoAUMK0nvuZvEuUXBrXrjdgyskSNy_qB4MyW1avEU2OlsFc4

Article: article, The Gullah: Rice, Slavery, and the Sierra Leone Connection by Joseph A. Opala Books by Odwirafo Kwesi Ra Nehem Ptah Akhan (https://www.odwirafo.com/nhoma.html)
- ANKH: The Origin of the Term 'Yoga' - KARA KASA: The Origin and Nature of the 'Chakra'
- HOODOO PEOPLE: Afurakanu/Afuraitkaitnut (Africans) in North America - Akan

Custodians of Hoodoo from Ancient Hoodoo/Udunu Land (Khanit/Nubia) ● REKHIT HENA SPERET: Etymology and Cosmology of 'Religion' and 'Spirit': Afurakani/Afuraitkaitnit (African)

- AFURAKA/AFURAITKAIT - The Origin of the term 'Africa': Parts 1-4
- MOOR MEANS 'DEAD'
- MMARA NE KYI - Divine Law/Love and Divine Hate: Parts 1-5
- KAMIT HENA NTORO - The Black Nation and Divinity
- THE OKRA/OKRAA COMPLEX - The Soul of Akanfo
- AKRADINBOSOM: Akan Abosom of the Okra/Okraa (Soul) and the 7-Day Akan Week: From Ancient Khanit (Nubia) to Afurakanu/Afuraitkaitnut (Africans) in America - Volume 2: Abosomsem - Spiritual Cosmology - Awusi ne Adwoa (Ausar and Auset) ● NYANKOPON and NYANKONTON - RA and RAIT
- KUKUU-TUNTUM The Ancestral Jurisdiction
- UBEN-HYENG The Ancestral Summons
- KOKOBO - Warning: Divine Prohibition Against dissexuality/homosexuality in Ancient Kamit (Egypt)
- ANIDAHO - Awareness
- ODOMANKOMA-ATMU KHOPA - TWEREDUAMPON-KHERER RA: Atum and Khepra
- OBARIMA - Afurakani Manhood
- OBAATAN - Afurakani Womanhood
- AKRADINBOSOM: Akan Abosom (Deities) of the Okra/Okraa (Soul) and the 7-Day Akan Week: From Ancient Khanit (Nubia) to Afurakanu/Afuraitkaitnut (Africans) in America - Volume 1: Nokwaresem - Trustorical
- NKWAMUA
- NYANKOPON NYANKONTON
- PTAH SASETEM
- MATE MASIE
- TEHUTI: Sankofa, Fa, and Ifa

Books By Sakomufo Akosua Tanisha Boduaa Seshat Akhan (https:sakomufo/e-books)
- SAKOMUFO: Slavery Hidden In Plain Sight
- ENAYE: No Greater LovePurification & Warfare
- College, Business & Employment

- The Seven Principal Values of Individual Sovereignty
- PTSD: Overcoming Anxiety, Rage, Addiction, Depression
- Trustory of Kansa
- Balance & Harmony
- Every Black Family Is A Nation
- Identity & Purpose
- Blessed & Protected
- Self Healing From Rape & Domestic Violence
- 30 Ancient Black Healing Practices
- Black Agriculture 101
- Asante Ancestral Diet
- Black Consumerism At A Glance
- Black Budgeting Basics
- Supreme Court - 2023 Black Reparations
- That Nduru That You Do
- Purification & Warfare
- The New Black Code
- DIY - Household Products
- DIY - Body Products

**SAKOMUFO**



Sakomufo Akosua Tanisha Boduaa Seshat Aaebo-Akhan, Asante indigenous asuman (talisman) name - Mama Owo Kokoo Nduru (Mama Red Snake Medicine), is an indigenous Akan (Asante) American descendantess of royal Akan (Asante & Akwamu) Americans who voluntarily migrated to North America prior to the enslavement era, which includes the "Lansing Man" - whose 35,000 year old indigenous Akan (Asante) American skeletal remains were discovered in Lansing, Kansas in 1902.

Sakomufo is Komfoah (Priestess/Healeress/Conductress) of The Indigenous Underground Railroad & Okofohemma (Warrioress Queen) of the 35,000 year old Asante Nation In North America, Akwamu Nation In North America, and Kansa Asante Empire In North America established in Kansa (Kansas). Sakomufo is the first to produce irrefutable evidence that clarifies the genetic, cultural, and religious distinctions between identifying as Black indigenous versus "Indian".

Sakomufo is an outspoken Lifelong Survivoress of nearly half a century of being subjected to international Black sex and human trafficking (slavery) after being kidnapped at birth. Her countless failed attempts to escape human trafficking, and being forced to leave her Children behind in order to garner legal and financial support to free their Akan Clan from over 200+ of international Black sex and human trafficking by the white jewish mafia founded in Kansas by Theodore Wiener, from Poland; Jacob Benjamin, from Bohemia; and August Bondi, from Vienna.

Sakomufo launched Black Sovereignty Nationism as the first global Ancestral sovereignty reversion blueprint initiative designed to inspire, empower, and educate Black people to embrace a life of self defense, self sovereignty, and self purification. Her greatest objective is to expose the reality that indigenous Akan American descendants/descendantesses remain the sole owners/owneresses of Kansa (Kansas) and Hwanyan (Hawaii), and to restore them as exclusively sovereign and segregated territories governed by Kansa Asante Empire.