In The United States District Court of Kansas

5500 State Avenue, Kansas City, KS 66101

AKOSUA AAEBO-AKHAN

    Petitioneress

vs.                                                                                       Case No.25CV2500

KWESI AKHAN, ET AL.

    Defendants

## MOTION TO SERVE KWESI AKHAN ELECTRONICALLY

**COMES NOW,** Pro Se Petitioneress Akosua Aaebo-Akhan, to file this Motion To Serve Kwesi Akhan Electronically requesting that the court serve Kwesi Akhan electronically in this case via kwesiakhan@gmail.com, and regarding all matters in this case until further notice, and states;

According to DC Superior Court Portal Home Page (https://portal-dc.tylertech.cloud/Portal/Home/Dashboard/29) search results regarding DC Superior Court Case 2024-LTB-010255, Kwesi Akhan was evicted on June 10, 2025 from the only 10+ year residential address on record for him located at 3425 5th Street SE #43 Washington, DC 20032, and forced to surrender possession of said premises on August 19, 2025. (See attached Exhibits).

Petitioneress was not aware that Kwesi Akhan was pending eviction when she filed her complaint in this case, nor does she have financial means to secure a private investigator to determine if Kwesi Akhan has since secured a new residential address. It appears Kwesi is presently lodging at a hotel based upon his most recent Odwirafo - YouTube video upload AHOSAN: Ancestral Ritual Method for Seasonal Depression (https://www.youtube.com/watch?v=_qXVLiK1FoQ) that premiered on November 28, 2025 and featured him video recording from a hotel suite.

Nevertheless, for more than a decade Kwesi Akhan has been using and is still presently using the same email address; kwesiakhan@gmail.com, for his legal, personal, and business correspondences. Additionally, the court should note that Kwesi Akhan still has the email address kwesiakhan@gmail.com listed as his email address point of contact on his Odwirafo - Square Vendor website. And his email address kwesiakhan@gmail.com

remained his email address point of contact on record until the dismissal on November 19, 2025 of DC Superior Court Cases; 2025 CCC 000043, 2025 CCC 000010, and 2025 CCC 000016.

**WHEREFORE,** Plaintiff requests the court grant her Motion To Serve Kwesi Akhan Electronically and serve Kwesi Akhan electronically in this case via kwesiakhan@gmail.com, and regarding all matters in this case until further notice.

/s/ 

Akosua Aaebo-Akhan

No Mailing Address

Email Address: akosua.aaebo@yahoo.com

Petitioneress

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day November, 2025, that the above and foregoing document was deposited in the U.S. mail, postage prepaid, and addressed to:

Kwesi Akhan

No known mailing address

Email Address: kwesiakhan@gmail.com

All documents must be serviced by the court according to DC Superior Court Case 2021 ASO 00504.

Defendant

Internal Revenue Service

1111 Constitution Ave. NW

Washington, DC 20001

Canaan Worship Center

5333 Bannister Rd

Kansas City, MO 64137

Journey Church International

1601 MO-150

Lee's Summit, MO 64082

Department of Housing & Urban Development

451 7th St SW

Washington, DC 20410

**EXHIBIT**

ALIAS     POSSESSION ONLY   1100 ⑨

**WRIT OF RESTITUTION**

### Superior Court of the District of Columbia
#### CIVIL DIVISION, LANDLORD AND TENANT BRANCH

Portico Investments - Series K1, LLC
For Eviction: Julia Park - portico.main@gmail.com, 202-883-7733
Sandy Nyunt - porticoinvestmentsllc@gmail.com, 202-350-1242 , *Plaintiff*

JUL 0 1 2025

vs.

L&T 2024-LTB-010255

KWESI AKHAN

AUG 2 4 2025

, *Defendant*

The President of the United States to the Marshal for said District of Columbia, Greeting:

YOU ARE HEREBY COMMANDED, without delay, to cause the plaintiff to have possession of premises No. _____ 3425 5th Street SE # 43 _____

Washington, DC 20032

according to his recovery in this action. Return this writ to this Court immediately after you have executed it, and within seventy-five days from the date hereof, so indorsed as to show when and how you have executed the same.

Witness, the Honorable Chief Judge of said Court, this 10th day of June, A.D. 20 25.

RMR

CLERK OF THE COURT

**EXHIBIT**

Case 5:22-cr-40055-TC   Document 182-2   Filed 12/09/25   Page 5 of 11

L&T 2024-LTB-010255

# Superior Court of the District of Columbia

_____

_____

_____ Plaintiff

Vs.

_____

_____

_____ Defendant

**WRIT OF RESTITUTION**

Washington, D.C. 8-19-25, 20___

Executed

Dixon

U.S. Marshal

By McGeorge

Deputy

Superior Court

District of Columbia

Received from U.S. Marshal, the within described premises.

X _____

CV-458/Nov.99

**EXHIBIT**

**Landlord Tenant:2024-LTB-010255**

Case Summary

# Landlord Tenant

# Case Summary

# Case No. 2024-LTB-010255

Portico Investments- Series K1, LLC v. Kwesi Akhan

Location:

Landlord Tenant

Judicial Officer:

Landlord & Tenant, Judge

Filed on:

**09/24/2024**

Case Information

| Case Type: | Landlord & Tenant - Residential |
| --- | --- |
| Subtype: | Non-Payment of Rent |
| Case Status: | **03/14/2025   Closed** |
|  | 03/14/2025   Reopen |
|  | 12/23/2024   Closed |
|  | 09/24/2024   Open |

## Statistical Closures

12/23/2024   Settlement-Consent Settlement Agreement Filed

03/14/2025   Judgment - Redeemable Judgment for Possession

Assignment Information

2024-LTB-010255

Party Information

|  |  | Lead Attorneys |
|---|---|---|
| **Plaintiff** | **Portico Investments- Series K1, LLC**<br><br>2 Massachusetts AVE Northeast<br>UNIT #1100<br>Washington, DC 20013 | Dorwin, Brian N.<br><br>*Retained*<br><br>240-507-1735(F)<br>240-507-1749(W)<br>OFFIT KURMAN<br>7501 WISCONSIN AVENUE<br>SUITE 1000W<br>BETHESDA, MD 20814<br>Bdorwin@offitkurman.com |
| **Defendant** | **Akhan, Kwesi**<br><br>3425 5th ST Southeast<br>UNIT #43<br>Washington, DC 20032 | Pro Se<br><br>202-717-0050(H)<br>3425 5th ST Southeast<br>UNIT #43<br>Washington, DC 20032<br>kwesiakhan@gmail.com |

Events and Orders of the Court





03/14/2025



Judgment (Judicial Officer: Puig-Lugo, Hiram E)

*A redeemable judgment for possession is entered in favor of Portico Investments - Series K1, LLC and against Kwesi Akhan. SCRA is not required.*

Signed On: 03/14/2025

Party:

Defendant Akhan, Kwesi;

Plaintiff Portico Investments- Series K1, LLC

03/18/2025



Writ of Restitution Received

Party:

Plaintiff Portico Investments- Series K1, LLC;

Primary Attorney Dorwin, Brian N.

03/18/2025



Notice to Tenant of Payment Required to Avoid Eviction Filed

*Mailed to Defenant by Clerk's Office on 3/18/25 YR*

Party:

Plaintiff Portico Investments- Series K1, LLC

03/18/2025

Notice

03/25/2025

Writ of Restitution Approved / Issued

04/01/2025

Notice

04/11/2025

App of Stay of Execution of Writ of Restitution Filed (Judicial Officer: Beshouri, Joseph E)

Docketed on: 04/11/2025

Filed by:

Defendant Akhan, Kwesi



05/27/2025

Financial Information

**Plaintiff** Portico Investments- Series K1, LLC

Total Financial Assessment 256.00

Total Payments and Credits 256.00

**Balance Due as of 11/30/2025**