In The United States District Court of Kansas

5500 State Avenue, Kansas City, KS 66101

AKOSUA AAEBO-AKHAN

    Petitioneress

vs.                                                                              Case No.25CV2500

KWESI AKHAN, ET AL.

    Defendants

### JUDICIAL NOTICE & MOTION TO REQUEST COURT MAIL
### KWESI AKHAN WAIVER OF SERVICE FORMS

COMES NOW, Pro Se Petitioneress Akosua Aaebo-Akhan, to file this Judicial Notice & Motion To Request The Court Mail Kwesi Akhan Waiver of Service Forms according to District of Kansas Court Local Rule 4[1] and DC Superior Court Case 2021 ASO 00504 Anti-Stalking Order, and states;

Petitioneress asks the court take judicial notice that Kwesi Akhan is not only a critical and irreplaceable defendant in this case and Petitioneress' other three pending US Kansas District Court Cases; 25CV2502, 25CV2506, and 25CV2544, but a critical and irreplaceable victim and complaining witness in the United States v. Golubski (US Kansas District Court 5:22-CR-40055) case that Roc Nation, founded by celebrity Shawn Corey Carter (aka Jay Z) recently filed an amicus brief on August 7, 2025 taking into consideration that Petitioneress was not only a sex and human trafficking victim of former Kansas City, Kansas police officer Roger Golubski and his colleagues, but paternity DNA testing will prove that Kwesi Akhan is the biological Father of all three Children Petitioneress' has birthed to date. Meaning said paternity DNA test results will also inherently prove Roger Golubski and his colleagues were not simply focused on isolated events of criminality, but for decades 'bred' their victims to perpetuate untraceable intergenerational sex and human trafficking. Therefore, if the court does not take the necessary measures to ensure Kwesi Akhan is properly (physically or electronically) served with summons in this case, and given the option to waive service, the court will be naively and inadvertently enabling judicial and law enforcement sex and human traffickers by perpetuating intergenerational sex and human trafficking for the countless number of victims that were not referenced in the

---

[1] District of Kansas Court Local Rules https://ksd.uscourts.gov/court-info/local-rules-and-orders

Civil Complaint filed in the United States v. Golubski (US Kansas District Court 5:22-CR-40055) case. Yet according to what federal public defender Cheryl Pilate (cpilate@morganpilate.com) personally told Petitioneress, victims who have communicated their ongoing sex and human trafficking victimization by Roger Golubski and his colleagues to her since said Civil Complaint was filed. Kwesi Akhan was evicted on June 10, 2025 from the only 10+ year residential address on record for him located at 3425 5th Street SE #43 Washington, DC 20032, and forced to surrender possession of said premises on August 19, 2025. And Petitioneress does not have financial means to secure a private investigator to determine if Kwesi Akhan has since secured a new residential address. However, Petitioneress previously submitted both the Notice and Request to Waive Service of a Summons (AO 398) and Waiver of Service of Summons (AO 399), with an informal request that the US Kansas District Court Clerk's Office mail them along with all other required documentation because Petitioneress is prohibited from doing so according to DC Superior Court Case 2021 ASO 00504 Anti-Stalking Order.

Petitioneress is now formally requesting the the court mail both the Notice and Request to Waive Service of a Summons (AO 398) and Waiver of Service of Summons (AO 399), along with all other required documentation to Kwesi Akhan due to Kwesi Akhan's historical preference being to receive electronic service of all filings his named a party receiving, as recently as November 2025, in DC Superior Court Cases; 2025 CCC 000043, 2025 CCC 0000110, and 2025 CCC 000016, and in past DC Superior Court Cases; 2022 CCC 000037, 2023 CCC 000046, and 2023 CV 004697B.

**WHEREFORE,** Plaintiff requests the court, in accordance with District of Kansas Court Local Rule 4 and DC Superior Court Case 2021 ASO 00504 Anti-Stalking Order, mail Kwesi Akhan order the Notice and Request to Waive Service of a Summons (AO 398) and Waiver of Service of Summons (AO 399) Petitioneress already submitted to the Clerk's office to issue summons, with an informal request to mail it Kwesi Akhan along with all other required documentation.

/s/ 

Akosua Aaebo-Akhan

No Mailing Address

Email Address: akosua.aaebo@yahoo.com

Petitioneress

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day December, 2025, that the above and foregoing document was deposited in the U.S. mail, postage prepaid, and addressed to:

Kwesi Akhan

No known mailing address

Email Address: kwesiakhan@gmail.com

All documents must be serviced by the court according to DC Superior Court Case 2021 ASO 00504.

Defendant

Internal Revenue Service

1111 Constitution Ave. NW

Washington, DC 20001

Defendant

Canaan Worship Center

5333 Bannister Rd

Kansas City, MO 64137

Defendant

Journey Church International

1601 MO-150

Lee's Summit, MO 64082

Defendant

Department of Housing & Urban Development

451 7th St SW

Washington, DC 20410

Defendant